# EXHIBIT 1

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Bahamas | LEHMAN BROTHERS | 15229 | Apr 10 1992 | Apr 10 1992 | 15229 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

16: PRINTED PUBLICATIONS, NAMELY, PUBLICATIONS RELATING TO BANKING, BROKERAGE, FINANCE AND INVESTMENT

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Benelux | LEHMAN | 1105073 | Feb 23 2006 | Mar 28 2006 | 796468 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: TRADE BROKERAGE, CONSULTANCY IN THE FIELDS OF INVESTING, INVESTMENT BANKING SERVICES, COMMERCIAL BANK SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Benelux | LEHMAN BANK | 1105074 | Feb 23 2006 | Mar 28 2006 | 796472 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: BANKING, CREDIT CARD SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Benelux | LEHMAN BROTHERS BANK | 1105075 | Feb 23 2006 | Mar 28 2006 | 796473 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: BANKING, CREDIT CARD SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Bermuda | LEHMAN BROTHERS | 25430 | Sep 27 1993 | Nov 15 1994 | 25430 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; & MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Brazil | LEHMAN BROTHERS | 816800928 | Jul 10 1992 | Nov 30 1999 | 816800928 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; & MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Canada | LEHMAN BROTHERS | 747627 | Feb 16 1994 | Jun 7 1996 | 458849 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| China | LEHMAN BROTHERS | 94022149 | Mar 21 1994 | Dec 14 1995 | 799880 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Colombia | LEHMAN BROTHERS | 92363790 | Jul 21 1992 | Dec 23 1993 | 144169 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE, FINANCIAL AND INVESTMENT CONSULTING AND INVESTMENT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| EUTM | LEHMAN BROTHERS | 000083261 | Apr 1 1996 | Apr 1 1996 | 000083261 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

16: PRINTED MATTER AND PRINTED PUBLICATIONS; PUBLICATIONS RELATED TO BANKING, BROKERAGE, FINANCE AND INVESTMENT; FINANCIAL SERVICES; SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; MERCHANT BANKING SERVICES

36: INSURANCE; FINANCIAL AFFAIRS; MONETARY AFFAIRS; REAL ESTATE AFFAIRS

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| EUTM | LEHMAN BROTHERS | 13727649 | Feb 10 2015 | Jun 4 2015 | 13727649 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

16: PUBLICATIONS CONCERNING FINANCIAL SERVICES, NAMELY, ASSET PORTFOLIOS AND TRADING ACTIVITIES

36: FINANCIAL SERVICES, NAMELY, EXECUTING DERIVATIVE CONTRACTS, FINANCING ACTIVITIES, INCLUDING EXECUTING TRANSACTIONS IN THE RELEVANT MARKETS, EXECUTING SHARE TRADES, TRADING DERIVATIVE HEDGES, TRADING FINANCIAL ASSETS AND ADMINISTERING FINANCIAL ASSET PORTFOLIO, FINANCIAL ASSET VALUATION, PROTECTION AND TRADING, AND CUSTODIAN ACTIVITIES IN RESPECT OF SECURITIES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Georgia | LEHMAN BROTHERS | 973/03-92 | Dec 24 1992 | Jun 21 1996 | 2445 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: BROKERAGE SERVICES; CONSULTING SERVICES IN CAPITAL INVESTMENT AND FINANCING MATTERS, INVESTMENT SERVICES, BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Guatemala | LEHMAN BROTHERS | 5024-92 | Aug 18 1992 | Dec 8 1994 | 73928/270/159 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Hong Kong | LEHMAN BROTHERS | 94/9755 | Aug 23 1994 | Nov 13 1997 | 199711212 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE; FINANCIAL & INVESTMENT CONSULTING, INVESTMENT BANKING SERVICES, MERCHANT BANKING SERVICES, DEPOSIT TAKING, SHARE FINANCING, BROKERAGE SERVICES RELATING TO FOREIGN EXCHANGE; EQUITY & COMMODITY BROKERAGE; INVESTMENT SERVICES RELATING TO FIXED INCOME SECURITIES; INITIAL PUBLIC OFFERING SERVICES; ADVISORY & CONSULTANCY SERVICES RELATING TO ALL THE FOREGOING

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| India | LEHMAN BROTHERS | 1237714 | Sep 17 2003 | Dec 29 2005 | 1237714 | Registered |

*Owner*
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Ireland | LEHMAN BROTHERS | 94/1901 | Jul 1 1996 | Jul 1 1996 | 200148 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; & MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Israel | LEHMAN BROTHERS | 82943 | Apr 3 1992 | Jan 4 1995 | 82943 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Japan | LEHMAN BROTHERS | 229705/1992 | Sep 25 1992 | Jun 13 1997 | 4010755 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Jordan | LEHMAN BROTHERS | 63995 | Jul 31 2001 | Feb 24 2003 | 63995 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES, INVESTMENT CONSULTING SERVICES, INVESTMENT BANKING SERVICES, MERCHANT BANKING SERVICES AND BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Kenya | LEHMAN BROTHERS | SMA/0459 | Aug 2 1995 | Mar 4 1997 | SMA/0459 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES, INVESTMENT CONSULTING SERVICES, INVESTMENT BANKING SERVICES, AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Kuwait | LEHMAN BROTHERS | 43222 | May 26 1999 | Aug 15 2004 | 39789 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Lebanon | LEHMAN BROTHERS | 152/76491 | Jul 13 1993 | Jul 13 1993 | 61103 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Malaysia | LEHMAN BROTHERS | 92003507 | May 26 1992 | May 26 1992 | 92003507 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

16: PRINTED PUBLICATIONS RELATING TO BANKING, BROKERAGE, FINANCE AND INVESTMENT

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Mexico | LEHMAN BROTHERS | 2304259 | Dec 11 2019 | | | Pending |

**Owner**
Barclays Plc

36: FINANCIAL SERVICES.

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| New Zealand | LEHMAN BROTHERS | 773715 | Aug 10 2007 | Aug 10 2007 | 773715 | Registered |

**Owner**
BARCLAYS CAPITAL INC.

36: FINANCIAL AFFAIRS; MONETARY AFFAIRS; SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Norway | LEHMAN BROTHERS | 921758 | Apr 1 1992 | Oct 21 1993 | 159674 | Registered |

**Owner**
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Portugal | LEHMAN BROTHERS | 281886 | Apr 3 1992 | Dec 3 1993 | 281886 | Registered |

**Owner**
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Saudi Arabia | LEHMAN BROTHERS | 16640 | May 13 1992 | Aug 1 1993 | 289/58 | Registered |

**Owner**
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; & MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Sweden | LEHMAN BROTHERS INC. | 92-3163 | Mar 31 1992 | Aug 5 1994 | 259880 | Registered |

**Owner**
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Switzerland | LEHMAN BROTHERS | 1242/19932 | Apr 1 1993 | Nov 24 1993 | 405368 | Registered |

**Owner**
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Taiwan | LEHMAN BROTHERS | 81-22313 | May 8 1992 | May 1 1993 | 63783 | Registered |

**Owner**
BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; MERCHANT BANKING SERVICES; AND BUYING AND SELLING LARGE BLOCKS OF SECURITIES AND RAISING FUNDS FOR CLIENTS; AND INVESTMENT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Ukraine | LEHMAN BROTHERS | 94093261/T | Sep 29 1994 | Jun 7 1999 | 12191 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| United Arab Emirates | LEHMAN BROTHERS | 7876 | Sep 24 1994 | May 11 1997 | 10146 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| United Kingdom | LEHMAN BROTHERS | 1436960 | Aug 2 1990 | Feb 14 1997 | 1436960 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

35: BUSINESS INFORMATION AND BUSINESS RESEARCH SERVICES; BUSINESS MANAGEMENT AND BUSINESS ORGANISATION SERVICES; BUSINESS CONSULTANCY AND BUSINESS ADVISORY SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| United States of America | LEHMAN BROTHERS | 86/081143 | Oct 2 2013 | | | Pending |

**Owner**

BARCLAYS Plc

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; MERCHANT BANKING SERVICES; FINANCIAL AND INVESTMENT MANAGEMENT SERVICES; FINANCIAL PANNING AND INVESTMENT ADVISORY SERVICES; FINANCIAL RESEARCH SERVICES; ADMINISTRATION AND VALUATION OF FINANCIAL INVESTMENTS; FINANCIAL SPONSORSHIP OF SPORTING, CHARITABLE AND EDUCATIONAL EVENTS; PROVIDING CONSULTANCY, INFORMATION AND ADVISORY SERVICES RELATING TO ALL THE FOREGOING

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Venezuela | LEHMAN BROTHERS | 1992-008086 | Apr 23 1992 | Jun 18 1999 | P211973 | Registered |

**Owner**

LEHMAN BROTHERS INC.

16: PRINTED PUBLICATIONS, NAMELY, PUBLICATIONS RELATING TO BANKING, BROKERAGE, FINANCE AND INVESTMENT

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Venezuela | LEHMAN BROTHERS | 24957/92 | Nov 13 1992 | Jun 5 1995 | S00980 | Registered |

**Owner**

LEHMAN BROTHERS INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; & MERCHANT BANKING SERVICES

| Country | Mark | Appl. No | App. Date | Reg. Date | Reg. No | Status |
|---|---|---|---|---|---|---|
| Zimbabwe | LEHMAN BROTHERS | 921/97 | Jun 5 1997 | Jun 5 1997 | 921/97 | Registered |

**Owner**

BARCLAYS CAPITAL INC.

36: SECURITIES BROKERAGE SERVICES; INVESTMENT CONSULTING SERVICES; INVESTMENT BANKING SERVICES; AND MERCHANT BANKING SERVICES