# EXHIBIT 18

1

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK - CIVIL TERM - PART 48
 2   - - - - - - - - - - - - - - - - - - - - -X

 3     BRENT SATTERFIELD,

 4                         Plaintiff,
                                                    INDEX
 5           - against -                            NUMBER:
                                                    650311/19
 6   VSTOCK TRANSFER, LLC, AMERICA 2030 CAPITAL,
     LLC(a/k/a BENTLEY ROTHSCHILD CAPITAL LTD
 7   CORP.) And BENTLEY ROTHSCHILD CAPITAL LTD
     CORP.
 8
                         Defendants.
 9   - - - - - - - - - - - - - - - - - - - - -X

10                              60 Centre Street
         Proceedings            New York, New York
11                              January 23, 2019

12
     B E F O R E :
13
             HON. ANDREA MASLEY, J.S.C.
14

15   A P P E A R A N C E S :

16           GUZOV, LLC
             Attorneys for the Plaintiff
17           805 Third Avenue, 8th Floor
             New York, NY  10022
18           BY: ANNE W. SALISBURY, ESQ.

19           SIMON KOGAN, ESQ.
             Attorney for the Defendants America 2030 and Rothschild
20           25 Fanning Street, #520 A
             Staten Island, NY 10314
21
             JT SINGH, ESQ.
22           Attorney for the Defendants America 2030 and Rothschild
             209 West 38th Street, 802
23           New York, NY

24

25                                   Carolyn Barna
                                     Senior Court Reporter
                            cb
```

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 3 of 23

Proceedings

1

            THE COURT:  In the matter of Satterfield against

2    Vstock Transfer.

3            Who's here?

4            MS. SALISBURY:  Good afternoon.

5            Anne Salisbury, from Guzov, LLC.  I'm counsel for

6    the plaintiff.

7            THE COURT:  Okay.

8            MR. KOGAN:  Good afternoon, your Honor.

9            Simon Kogan.  I am counsel for America 2030, LLC.

10           I submitted an affirmation in opposition this

11   morning.

12           THE COURT:  Wait.

13           Tell me again who you have.  America 2030 and

14   Bentley Rothschild; right?

15           MS. SALISBURY:  Your Honor, Vstock has told us that

16   they are not appearing, as they did not appear at the first

17   TRO.

18           THE COURT:  Right.  Okay.

19           And you are?

20           MR. SINGH:  JT Singh.  I'm also counsel for America

21   2030 and Bentley Rothschild.  I'm the in-house general

22   counsel.

23           Simon will be arguing on our behalf.

24           THE COURT:  Okay.

25           I have been on the bench all day so I did not

                            cb

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 4 of 23

3

Proceedings

1    receive your opposition.  Tell me what your opposition is.

2    I didn't receive it.

3              MR. KOGAN:  It was filed late this morning.

4              THE COURT:  I'm sure you did, but I had a number of

5    other cases today.  Could you help me out and tell me what

6    your opposition is.

7              MR. KOGAN:  Your Honor, the basis of the opposition

8    is that this Court lacks jurisdiction to hear the case.

9    There is a binding arbitration clause in place.  Arbitration

10   has already been commenced.  Under those circumstances, I

11   submit that this proceeding should be stayed in favor of

12   arbitration.

13             THE COURT:  Okay.

14             MS. SALISBURY:  Your Honor, I submitted a reply

15   affirmation which I'm -- well, I'm sure you haven't gotten

16   it, but it's important because --

17             THE COURT:  So tell me.

18             MS. SALISBURY:  We received the opposition today,

19   even though it was due yesterday.  I'm not blaming counsel,

20   I'm sure he was hired at the last minute, but we received it

21   today and we quickly filed reply papers and I have a copy

22   for you.

23             Let me address one of the main points they made

24   which was we did not give the company notice.  We have many

25   pieces of proof that the company was given notice.

                              cb

4

Proceedings

1            Once your Honor signed the TRO on Friday afternoon,

2    we set about complying with your order, getting a process

3    server and Fed-Exing it, but we also e-mailed the company

4    from their web site, the legal address.

5            We got a call from a lawyer in response on Friday

6    afternoon saying he had received our e-mail.  He was in

7    Baton Rouge, Louisiana.  Mr. Stevens.

8            We called him three times, and did not -- we left

9    messages.  That's the first piece of evidence that they had

10    notice.

11            The second piece of evidence that they had notice

12    is they filed this binding arbitration that was referenced,

13    they filed it on Tuesday.  They just filed.  It wasn't

14    pending.  They got our motion and filed the arbitration.  In

15    their filing, they mentioned this proceeding.  They say you

16    need to arbitrate in Nevis in the Caribbean because --

17            THE COURT:  It's a lot nicer weather there.

18            MS. SALISBURY:  I'll go to Nevis.

19            And plaintiff is here in New York trying to get an

20    injunction.

21            THE COURT:  Even if it is true there is an

22    arbitration claim, you can also get injunctive relief in

23    support of.

24            MS. SALISBURY:  We have many arguments on our side

25    about the fraud here that was conducted, how the arbitration

cb

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 6 of 23

5

Proceedings

1    clause even itself was part of the fraud.

2         The third thing is after your Honor enjoined the

3    two defendants from transferring their stock shares just

4    pending today's hearing, somebody has been selling shares at

5    Bank of New York.  We do not know, at this moment, who's

6    selling them because all we knew is that's where the shares

7    were held and 57,000 shares were sold since the injunction.

8         And I can't make a representation, obviously we

9    need discovery from Bank of New York about that, but, to me,

10   it's suspicious.  They knew about this proceeding and they

11   were trying to sell the shares.

12        The fourth thing we have is one of the officers of

13   America 2030 -- sorry.  Ms. Lata, L-A-T-A filed, right after

14   your Honor issued the order, a 13G statement with the SEC

15   with respect to the million plus shares that are still

16   restricted and are over at Vstock.

17        I don't know what the plan is, but I'm concerned

18   shares have been put into someone else's name, either

19   Ms. Lata or Val Skleroff (sic), who are the two principals

20   or Ms. Lata is the only officer of record, I think; it's

21   hard to tell.  She's named as the London officer, but then

22   she's retired now.  We don't have all the facts on that.

23        But I am concerned that these shares are being sold

24   anyway, that this is irreparable harm in the highest order

25   if the company survives this dumping of shares.

cb

Proceedings

1          They have already sold and made $600,000 off a loan

2     where they paid $65,000.  They paid plaintiff $65,000.  So

3     far, they initially sold $650,000 worth of stock that they

4     took as collateral for that loan and sold ten times the

5     amount of that loan and now they have a million and-a-half

6     more shares and want to sell those shares.

7          And because the stock price dropped so low as is in

8     the reply opposition papers, they have now called default on

9     the loan agreement saying oh, now that the stock share,

10    which is, by the way, a dollar after this dumping and is

11    threatening the company, so, we've paid ourselves back over

12    ten times the amount of the loan, we want the rest of the

13    millions, and you owe us money because even though you never

14    defaulted on your loan, our Master Loan Agreement says so.

15          It's a scam.  It's happened to other people.  And

16    we're in here trying to stop irreparable damage here.  You

17    cannot take a $65,000 loan, call this stock collateral, then

18    immediately sell without no default on the loan.  That

19    agreement, we believe, is unlawful.  It was with respect to

20    restricted shares.

21          If the interpretation of defendants were to be

22    accepted that he gave them all of his shares, his two

23    million shares, in exchange for $65,000, that would be a

24    stock sale of a restricted share.  It wouldn't be a loan

25    with collateral.  That would be a sale.  And if that were

cb

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 8 of 23

Proceedings

1    the case, there is illegality on their part, it would render

2    every other provision in the agreement meaningless if they

3    could just give you a loan, take the shares, then sell the

4    shares completely irrespective of the loan, of default of

5    amounts.  That agreement fails for lack of consideration and

6    it says we may loan you up to a million and-a-half dollars

7    and you give us all of your shares and we get to do what we

8    want with them.

9            And I understand that that odd provision is in the

10   middle of all of these other provisions, but there is a body

11   of law here saying when there is something that would render

12   each and every other provision meaningless, it would also

13   make the contract illegal that we can disregard and reform

14   it under the law of New York.

15           Thank you, your Honor.

16           THE COURT:  So, other than, I am trying to get the

17   papers, the opposition up --

18           MS. SALISBURY:  I have ours and their opposition.

19   Give me two seconds.

20           THE COURT:  Well, I'm getting it on ECF, but thank

21   you.

22           Is that the only argument that the defendants have

23   that I don't have jurisdiction?

24           MS. SALISBURY:  No --

25           THE COURT:  They are going to say what their

cb

FILED: NEW YORK COUNTY CLERK 04/11/2019 09:12 AM    INDEX NO. 650311/2019
NYSCEF DOC. NO. 161    Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 9 of 23    RECEIVED NYSCEF: 04/10/2019

8
Proceedings

1    argument is, not you.  Thank you.

2            Do you have other arguments?

3            MR. KOGAN:  Yes.

4            This is a Stock Loan Agreement, your Honor.  My

5    clients are stock loan lenders.  And the argument that there

6    was never a default -- the day the original shares were

7    delivered they were restricted, that was in violation of the

8    Stock Hold Agreement.  My clients elected not to call the

9    default at that time, but they certainly could have.

10            THE COURT:  They can sell the shares instead

11    without declaring a default.

12            MR. KOGAN:  No.

13            What he did was he issued a margin call, which was

14    ignored, and when there's a margin call, the shares holding

15    collateral get sold to cover the margin.

16            THE COURT:  Regarding your paragraph 10 and a bond,

17    it's not required for a TRO.  It's required for a

18    preliminary injunction.

19            MR. KOGAN:  What was that, Judge?

20            THE COURT:  It's required of the Court to consider

21    a bond for the purposes of a preliminary injunction.  It's

22    not at a TRC.  I can do a bond at a TRO, but it's not

23    required as it is with a preliminary injunction.  So,

24    paragraph 10 of your affidavit is just wrong.

25            Do you have anything other than your affidavit?  We

cb

Case 1:20-cv-08437-LAK   Document 1-18   Filed 10/09/20   Page 10 of 23

9

Proceedings

1    usually don't rely on an attorney's affidavit.

2            MR. KOGAN:  Not at this time, your Honor.

3            I was going to submit a Memorandum of Law.  I was

4    retained on this case on Tuesday night.

5            THE COURT:  I understand.

6            Do you have your affidavits of service?

7            MS. SALISBURY:  They were filed.

8            THE COURT:  I'll look it up, but if you have it

9    with you, I'll take a look.

10           MS. SALISBURY:  I do actually have them.

11           THE COURT:  While it is true that counsel who was

12   retained on Tuesday night learned about it, you would not

13   have been the person they contacted.  They may have

14   contacted general counsel or the company itself.  We don't

15   know you existed.

16           MR. KOGAN:  Your Honor, I can represent I spoke

17   with Mr. Skleroff (sic) late yesterday and he informed when

18   he left his office for the Bahamas, nothing had been

19   received.

20           THE COURT:  Who is that?

21           MR. KOGAN:  He's the general manager of America

22   2030, LLC.

23           MR. SINGH:  Your Honor, I can confirm I found out

24   about the matter yesterday.  I kind of scrambled to get

25   here.

cb

Proceedings

1    MS. SALISBURY:  I was wondering how two days ago it

2    was referenced in their official filings, that's all, which

3    is Exhibit B to the Guzov reply affirmation, it's a Nevis

4    filing from two days ago filed by America 2030 and Bentley

5    Rothschild.  Let's see.

6         "Borrower is seeking to invalidate the ML language

7    in the agreement.  Borrower is seeking injunctive relief

8    from a New York court."

9         This is the basis they went in to get an

10   arbitration started.  This is two days ago.  It's simply not

11   true that they didn't find out about this.  I'm not accusing

12   the two here who may have been told later, but that's not

13   true.

14        Friday afternoon on the 18th we spoke to a lawyer

15   who said we got your e-mail sent to the company.

16        THE COURT:  You don't know who it was?

17        MS. SALISBURY:  You know what, Debra Guzov is the

18   one he called.  I put it in her affirmation.  Mr. Stevens --

19   hold on.  Steve Roberts.  And what he said on a voice

20   message was -- I misspoke; I said we spoke to him.  We

21   didn't speak to him.

22        We received a message from Steve Roberts in Baton

23   Rouge, Louisiana, he had been forwarded a copy of the e-mail

24   we sent to the company and he wanted to speak with Debra

25   Guzov, my partner.  We called him right back and got a voice

cb

FILED: NEW YORK COUNTY CLERK 04/11/2019 09:12 AM
NYSCEF DOC. NO. 161
INDEX NO. 650311/2019
RECEIVED NYSCEF: 04/10/2019
Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 12 of 23

11

Proceedings

1    mail.  We called him twice since.  It's not true they didn't

2    know about this.  That was Friday afternoon.

3                MR. KOGAN:  Your Honor, Tuesday evening after I was

4    retained I went to the court's web site and I found the

5    order to show cause.

6                THE COURT:  That's what one does when one gets

7    hired.

8                I'm looking at Plaintiff's Exhibit B to the reply,

9    which is the Nevis arbitration, where is it that they say in

10   that document that they received --

11               MS. SALISBURY:  It starts on the fourth page --

12   fifth page, the arbitration application is stamped received

13   January -- it looks like this (indicating) received

14   January 21, 2019.

15               THE COURT:  Right.

16               MS. SALISBURY:  Party one, two, three.  Next page

17   nature of dispute, second paragraph and third paragraph or

18   line.

19               THE COURT:  There you go.  Okay.

20               "Bcrrower is seeking injunctive relief from a New

21   York court."

22               Whose signature is that?  The claimant?

23               MS. SALISBURY:  It's dated the 20th so it's even

24   one day earlier.

25               THE COURT:  Who signed it on behalf of defendant?

cb

12

Proceedings

1              MS. SALISBURY:   I would have to ask general counsel

2       of defendant if you know who that is (indicating).

3              THE COURT:   Whose signature is that?

4              MR. SINGH:   Not sure, your Honor.   I don't

5       recognize it.

6              THE COURT:   Is that your application for

7       arbitration?

8              MR. SINGH:   I did not draft this application, your

9       Honor.

10              THE COURT:   Not you.   Your client.

11              MR. SINGH:   There is a separate arbitration

12       department that handles these matters.   This did not come

13       across my desk.

14              THE COURT:   Counsel told me there is an arbitration

15       application in Nevis; correct?

16              MR. KOGAN:   Yes.

17              THE COURT:   The only argument against the Court's

18       jurisdiction is that there is an arbitration provision

19       which, of course, does not rob this Court of jurisdiction.

20       Certainly, if a party is seeking injunctive relief in

21       support of an arbitration, so, that argument is rejected.

22              But the plaintiff still has to establish likelihood

23       of success, which I think she has established.   You may be

24       right that the stock agreement allows you to make a margin

25       call, but just in terms of standing still until your legal

cb

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 14 of 23

13

Proceedings

1    argument can be addressed, I think it is the prudent thing

2    to stand still.

3         So, anyone who is involved with Bank of New York

4    sales of shares, is looking at contempt in violation of this

5    Court's order.

6         So, I am directing the defendants to talk to your

7    clients.  This is a very serious matter.  Contempt is very

8    serious here in New York.  And they need to know that.

9    Depending on the circumstances, they need to know that there

10   is potential jail time for violation of this Court's order,

11   which is a valid order as of now.

12        I absolutely have jurisdiction to issue such an

13   order and particularly when it is simply to stand still

14   until the legal issues and factual issues can be resolved.

15        So, I have to say -- I understand you were rushed

16   to put in this affidavit.  There is just nothing in this

17   opposition that would nothing that would give me pause about

18   continuing the TRO as a preliminary injunction.  We can

19   certainly expedite things which I tried to do with the

20   argument today.

21        Also, in forming this Court's decision is the

22   possibility that someone is not just threatening to do, but

23   actually violating this Court's order and actually doing the

24   thing that the plaintiff is asking them to not do, and that

25   would be selling the shares and the irreparable harm is the

cb

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 15 of 23

14

Proceedings

1    effect it is having on the stock price which figuring out

2    what that effect is going to be is not easy and we can

3    certainly get an economist to do it, but I'm finding that is

4    a basis for the potential irreparable harm.

5            MR. KOGAN:  Your Honor, I attached as Exhibit D to

6    my affirmation, a price chart.

7            THE COURT:  Okay.  As of today?

8            MR. KOGAN:  It shows a drop in price from $2 a

9    share back when it all started to 95 cents today.

10           THE COURT:  That's a problem.

11           MR. KOGAN:  It's a problem for both of our clients.

12           THE COURT:  Right.

13           MS. SALISBURY:  Can I make one correction?  When

14   the loan agreement -- there was $5.

15           THE COURT:  The chart that you have there shows a

16   high of 3.75, so, yeah, this is a problem for everyone.

17           Finally, I'm finding the balancing of the equities

18   favors the plaintiff at this point, given these overwhelming

19   other two factors.  So, that's the Court's decision.

20           The plaintiff can get the transcript and I will

21   so-order it.

22           Let me also say that the statement in the Nevis

23   arbitration application, I am also relying on that as proof

24   of the plaintiff having followed the Court's order in giving

25   notice and was trying to get notice to the defendants right

cb

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 16 of 23

Proceedings

1   away, and that appears to have been done.

2           The issue of service and jurisdiction not as

3   precluded by the arbitration provision, but just service of

4   process, is a different issue.  I'm sure we will here about

5   that going down the road once issues are joined.

6           So, the answer is due when?

7           MS. SALISBURY:  We did a summons with notice.

8           THE COURT:  You need a demand.

9           MS. SALISBURY:  Or we need to do a complaint.

10          THE COURT:  I don't like parties to leave without

11  giving them a date to come back.

12          MR. KOGAN:  I have to file a demand for the

13  complaint and respond to the complaint.

14          THE COURT:  Okay.  Well, I'm going to just give the

15  case a date 90 days from now.  You may have a preliminary

16  conference before that and we'll just see how things shake

17  out, but I don't want you falling off my calendar and so

18  that's more of a check in date.

19          Certainly, having made this appearance, if you

20  would like to have conferences by telephone, we have three

21  law clerks, four clerks doing conferences so that's always

22  an option.  Just call Mr. Hanson and he will make those

23  arrangements.

24          MS. SALISBURY:  I am going to give further notice

25  to Bank of America.

cb

Proceedings

1          THE COURT:  Bank of New York or Bank of America?

2          MS. SALISBURY:  Bank of New York.

3          They would probably ask I show them a copy of this

4     Court's order today.  We've provided them with a TRO, but

5     will this be a written order from today or just the

6     transcript?

7          THE COURT:  It's just the transcript.  If you want

8     to propose or settle -- or submit an order, you can do that

9     on notice to counsel.

10          MS. SALISBURY:  Okay.

11          THE COURT:  Counsel of record.  I will be happy to

12     do that as quickly as possible.  If you want to get

13     something to me tomorrow, that's fine, but it has to be on

14     notice and I would need comments, you know, as quickly as

15     possible, okay.  Let's try to get that done by Friday.

16          Thank you.

17          MS. SALISBURY:  Thank you.

18          MR. KOGAN:  Thank you, your Honor.

19          MR. SINGH:  Thank you, your Honor.

20                    **          **          **

21          This is certified to be a true and accurate

22     transcription of my stenographic notes.

23

24     _____

25     CAROLYN BARNA
        SENIOR COURT REPORTER

                              cb

HON. ANDREA MASLEY

FILED: NEW YORK COUNTY CLERK 04/11/2019 09:12 AM   INDEX NO. 650311/2019
NYSCEF DOC. NO. 161   Case 1:20-cv-08437-LAK   Document 1-18   Filed 10/09/20   Page 18 of 23   RECEIVED NYSCEF: 04/10/2019

1

**#**

#520 [1] - 1:20

**$**

$5 [1] - 14:14
$600,000 [1] - 6:1
$65,000 [4] - 6:2, 6:17, 6:23
$650,000 [1] - 6:3

**1**

10 [2] - 8:16, 8:24
10022 [1] - 1:17
10314 [1] - 1:20
13G [1] - 5:14
18th [1] - 10:14

**2**

2 [1] - 14:8
2019 [2] - 1:11, 11:14
2030 [8] - 1:6, 1:19, 1:22, 2:9, 2:13, 2:21, 5:13, 9:22, 10:4
209 [1] - 1:22
20th [1] - 11:23
21 [1] - 11:14
23 [1] - 1:11
25 [1] - 1:20

**3**

3.75 [1] - 14:16
38th [1] - 1:22

**4**

48 [1] - 1:1

**5**

57,000 [1] - 5:7

**6**

60 [1] - 1:10
650311/19 [1] - 1:5

**8**

802 [1] - 1:22

805 [1] - 1:17
8th [1] - 1:17

**9**

90 [1] - 15:15
95 [1] - 14:9

**A**

absolutely [1] - 13:12
accepted [1] - 6:22
accurate [1] - 16:21
accusing [1] - 10:11
actually [3] - 9:10, 13:23
address [2] - 3:23, 4:4
addressed [1] - 13:1
affidavit [4] - 8:24, 8:25, 9:1, 13:16
affidavits [1] - 9:6
affirmation [5] - 2:10, 3:15, 10:3, 10:18, 14:6
afternoon [8] - 2:4, 2:8, 4:1, 4:6, 10:14, 11:2
against [3] - 1:5, 2:1, 12:17
ago [3] - 10:1, 10:4, 10:10
agreement [7] - 6:9, 6:19, 7:2, 7:5, 10:7, 12:24, 14:14
Agreement [3] - 6:14, 8:4, 8:8
allows [1] - 12:24
always [1] - 15:21
America [10] - 1:19, 1:22, 2:9, 2:13, 2:20, 5:13, 9:21, 10:4, 15:25, 16:1
AMERICA [1] - 1:6
amount [2] - 6:5, 6:12
amounts [1] - 7:5
and-a-half [2] - 6:5, 7:6
ANDREA [1] - 1:13
Anne [1] - 2:5
ANNE [1] - 1:18
answer [1] - 15:6
anyway [1] - 5:24
appear [1] - 2:16
appearance [1] - 15:19

appearing [1] - 2:16
application [5] - 11:12, 12:6, 12:8, 12:15, 14:23
arbitrate [1] - 4:16
arbitration [17] - 3:9, 3:12, 4:12, 4:14, 4:22, 4:25, 10:10, 11:9, 11:12, 12:7, 12:11, 12:14, 12:18, 12:21, 14:23, 15:3
arguing [1] - 2:23
argument [7] - 7:22, 8:1, 8:5, 12:17, 12:21, 13:1, 13:20
arguments [2] - 4:24, 8:2
arrangements [1] - 15:23
attached [1] - 14:5
Attorney [2] - 1:19, 1:22
attorney's [1] - 9:1
Attorneys [1] - 1:16
Avenue [1] - 1:17

**B**

Bahamas [1] - 9:18
balancing [1] - 14:17
Bank [7] - 5:5, 5:9, 13:3, 15:25, 16:1, 16:2
BARNA [1] - 16:24
Barna [1] - 1:25
basis [3] - 3:7, 10:9, 14:4
Baton [2] - 4:7, 10:22
behalf [2] - 2:23, 11:25
being [1] - 5:23
believe [1] - 6:19
bench [1] - 2:25
BENTLEY [2] - 1:6, 1:7
Bentley [3] - 2:14, 2:21, 10:4
binding [2] - 3:9, 4:12
blaming [1] - 3:19
body [1] - 7:10
bond [3] - 8:16, 8:21, 8:22
borrower [3] - 10:6, 10:7, 11:20
both [1] - 14:11
BRENT [1] - 1:3
but [22] - 3:4, 3:16, 3:20, 4:3, 5:9, 5:17,

5:21, 5:23, 7:10, 7:20, 8:9, 8:22, 9:8, 10:12, 12:22, 12:25, 13:22, 14:3, 15:3, 15:17, 16:4, 16:13
BY [1] - 1:18
by [5] - 6:10, 10:4, 15:3, 15:20, 16:15

**C**

C [1] - 1:15
calendar [1] - 15:17
call [7] - 4:5, 6:17, 8:8, 8:13, 8:14, 12:25, 15:22
called [5] - 4:8, 6:8, 10:18, 10:25, 11:1
can [13] - 4:22, 7:13, 8:10, 8:22, 9:16, 9:23, 13:1, 13:14, 13:18, 14:2, 14:13, 14:20, 16:8
can't [1] - 5:8
cannot [1] - 6:17
CAPITAL [3] - 1:6, 1:6, 1:7
Caribbean [1] - 4:16
CAROLYN [1] - 16:24
Carolyn [1] - 1:25
case [4] - 3:8, 7:1, 9:4, 15:15
cases [1] - 3:5
cause [1] - 11:5
Centre [1] - 1:10
cents [1] - 14:9
certainly [5] - 8:9, 12:20, 13:19, 14:3, 15:19
certified [1] - 16:21
chart [2] - 14:6, 14:15
check [1] - 15:18
circumstances [2] - 3:10, 13:9
CIVIL [1] - 1:1
claim [1] - 4:22
claimant [1] - 11:22
clause [2] - 3:9, 5:1
clerks [2] - 15:21
client [1] - 12:10
clients [4] - 8:5, 8:8, 13:7, 14:11
collateral [4] - 6:4, 6:17, 6:25, 8:15
come [2] - 12:12, 15:11
commenced [1] -

3:10
comments [1] - 16:14
company [8] - 3:24, 3:25, 4:3, 5:25, 6:11, 9:14, 10:15, 10:24
complaint [3] - 15:9, 15:13
completely [1] - 7:4
complying [1] - 4:2
concerned [2] - 5:17, 5:23
conducted [1] - 4:25
conference [1] - 15:16
conferences [2] - 15:20, 15:21
confirm [1] - 9:23
consider [1] - 8:20
consideration [1] - 7:5
contacted [2] - 9:13, 9:14
contempt [2] - 13:4, 13:7
continuing [1] - 13:18
contract [1] - 7:13
copy [3] - 3:21, 10:23, 16:3
CORP [2] - 1:7, 1:7
correct [1] - 12:15
correction [1] - 14:13
could [3] - 3:5, 7:3, 8:9
counsel [11] - 2:5, 2:9, 2:20, 2:22, 3:19, 9:11, 9:14, 12:1, 12:14, 16:9, 16:11
COUNTY [1] - 1:1
course [1] - 12:19
Court [4] - 1:25, 3:8, 8:20, 12:19
COURT [42] - 1:1, 2:1, 2:7, 2:12, 2:18, 2:24, 3:4, 3:13, 3:17, 4:17, 4:21, 7:16, 7:20, 7:25, 8:10, 8:16, 8:20, 9:5, 9:8, 9:11, 9:20, 10:16, 11:6, 11:15, 11:19, 11:25, 12:3, 12:6, 12:10, 12:14, 12:17, 14:7, 14:10, 14:12, 14:15, 15:8, 15:10, 15:14, 16:1, 16:7, 16:11, 16:25
court [2] - 10:8, 11:21
court's [1] - 11:4

—cb—

FILED: NEW YORK COUNTY CLERK 04/11/2019 09:12 AM    INDEX NO. 650311/2019
NYSCEF DOC. NO. 161    Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 19 of 23    RECEIVED NYSCEF: 04/10/2019

2

**Court's** [8] - 12:17, 13:5, 13:10, 13:21, 13:23, 14:19, 14:24, 16:4
  **cover** [1] - 8:15

**D**

D [1] - 14:5
**damage** [1] - 6:16
**date** [3] - 15:11, 15:15, 15:18
  **dated** [1] - 11:23
**day** [3] - 2:25, 8:6, 11:24
**days** [4] - 10:1, 10:4, 10:10, 15:15
**Debra** [2] - 10:17, 10:24
**decision** [2] - 13:21, 14:19
**declaring** [1] - 8:11
**default** [6] - 6:8, 6:18, 7:4, 8:6, 8:9, 8:11
**defaulted** [1] - 6:14
**defendant** [2] - 11:25, 12:2
**Defendants** [3] - 1:8, 1:19, 1:22
**defendants** [5] - 5:3, 6:21, 7:22, 13:6, 14:25
**delivered** [1] - 8:7
**demand** [2] - 15:8, 15:12
**department** [1] - 12:12
**depending** [1] - 13:9
**desk** [1] - 12:13
**did** [9] - 2:16, 2:25, 3:4, 3:24, 4:8, 8:13, 12:8, 12:12, 15:7
**didn't** [4] - 3:2, 10:11, 10:21, 11:1
**different** [1] - 15:4
**directing** [1] - 13:6
**discovery** [1] - 5:9
**dispute** [1] - 11:17
**disregard** [1] - 7:13
**do** [14] - 5:5, 7:7, 8:2, 8:22, 8:25, 9:6, 9:10, 13:19, 13:22, 13:24, 14:3, 15:9, 16:8, 16:12
  **document** [1] - 11:10
**does** [2] - 11:6, 12:19
**doing** [2] - 13:23,

15:21
**dollar** [1] - 6:10
**dollars** [1] - 7:6
**don't** [9] - 5:17, 5:22, 7:23, 9:1, 9:14, 10:16, 12:4, 15:10, 15:17
**done** [2] - 15:1, 16:15
**down** [1] - 15:5
**draft** [1] - 12:8
**drop** [1] - 14:8
**dropped** [1] - 14:8
**due** [2] - 3:19, 15:6
**dumping** [2] - 5:25, 6:10

**E**

e [4] - 4:3, 4:6, 10:15, 10:23
E [4] - 1:12, 1:15
**e-mail** [3] - 4:6, 10:15, 10:23
**e-mailed** [1] - 4:3
**each** [1] - 7:12
**earlier** [1] - 11:24
**easy** [1] - 14:2
**ECF** [1] - 7:20
**economist** [1] - 14:3
**effect** [2] - 14:1, 14:2
**either** [1] - 5:18
**elected** [1] - 8:8
**enjoined** [1] - 5:2
**equities** [1] - 14:17
**ESQ** [3] - 1:18, 1:19, 1:21
**establish** [1] - 12:22
**established** [1] - 12:23
**even** [5] - 3:19, 4:21, 5:1, 6:13, 11:23
**evening** [1] - 11:3
**every** [2] - 7:2, 7:12
**everyone** [1] - 14:16
**evidence** [2] - 4:9, 4:11
**exchange** [1] - 6:23
**Exhibit** [2] - 10:3, 14:5
**Exing** [1] - 4:3
**existed** [1] - 9:15
**expedite** [1] - 13:19

**F**

F [1] - 1:12
**factors** [1] - 14:19
**facts** [1] - 5:22

**factual** [1] - 13:14
**fails** [1] - 7:5
**failing** [1] - 15:17
**Fanning** [1] - 1:20
**far** [1] - 6:3
**favor** [1] - 3:11
**favors** [1] - 14:18
**Fed** [1] - 4:3
**Fed-Exing** [1] - 4:3
**fifth** [1] - 11:12
**figuring** [1] - 14:1
**file** [1] - 15:12
**filed** [9] - 3:3, 3:21, 4:12, 4:13, 4:14, 5:13, 9:7, 10:4
**filing** [2] - 4:15, 10:4
**filings** [1] - 10:2
**finally** [1] - 14:17
**find** [1] - 14:11
**finding** [2] - 14:3, 14:17
**fine** [1] - 16:13
**first** [2] - 2:16, 4:9
**Floor** [1] - 1:17
**followed** [1] - 14:24
**for** [20] - 1:16, 1:19, 1:22, 2:5, 2:9, 2:20, 3:22, 6:4, 6:23, 7:5, 8:17, 8:21, 9:18, 12:6, 13:10, 14:4, 14:11, 14:16, 15:12
  **forming** [1] - 13:21
  **forwarded** [1] - 10:23
**found** [2] - 9:23, 11:4
**four** [1] - 15:21
**fourth** [2] - 5:12, 11:11
  **fraud** [1] - 4:25, 5:1
**Friday** [5] - 4:1, 4:5, 10:14, 11:2, 16:15
**from** [12] - 2:5, 4:4, 4:5, 5:3, 5:9, 10:4, 10:8, 10:22, 11:20, 14:8, 15:15, 16:5
**further** [1] - 15:24

**G**

**gave** [1] - 6:22
**general** [4] - 2:21, 9:14, 9:21, 12:1
**get** [12] - 4:19, 4:22, 7:7, 7:16, 8:15, 9:24, 10:9, 14:3, 14:20, 14:25, 16:12, 16:15
**gets** [1] - 11:6
**getting** [1] - 4:2, 7:20
**give** [7] - 3:24, 7:3,

7:7, 7:19, 13:17, 15:14, 15:24
**given** [2] - 3:25, 14:18
  **giving** [1] - 14:24, 15:11
**go** [2] - 4:18, 11:19
**going** [6] - 7:25, 9:3, 14:2, 15:5, 15:14, 15:24
**good** [2] - 2:4, 2:8
**got** [4] - 4:5, 4:14, 10:15, 10:25
**gotten** [1] - 3:15
**GUZOV** [1] - 1:16
**Guzov** [4] - 2:5, 10:3, 10:17, 10:25

**H**

**half** [2] - 6:5, 7:6
**handles** [1] - 12:12
**Hanson** [1] - 15:22
**happened** [1] - 6:15
**happy** [1] - 16:11
**hard** [1] - 5:21
**harm** [3] - 5:24, 13:25, 14:4
**hear** [1] - 3:8
**hearing** [1] - 5:4
**held** [1] - 5:7
**help** [1] - 3:5
**high** [1] - 14:16
**highest** [1] - 5:24
**hired** [2] - 3:20, 11:7
**Hold** [1] - 8:8
**hold** [1] - 10:19
**holding** [1] - 8:14
**hON** [1] - 1:13
**Honor** [18] - 2:8, 2:15, 3:7, 3:14, 4:1, 5:2, 5:14, 7:15, 8:4, 9:2, 9:16, 9:23, 11:3, 12:4, 12:9, 14:5, 16:18, 16:19
**house** [1] - 2:21

**I**

**ignored** [1] - 8:14
**illegal** [1] - 7:13
**illegality** [1] - 7:1
**immediately** [1] - 6:18
**important** [1] - 3:16
**in-house** [1] - 2:21
**INDEX** [1] - 1:4
**indicating** [1] - 11:13

**indicating** [1] - 12:2
**Informed** [1] - 9:17
**initially** [1] - 6:3
**injunction** [6] - 4:20, 5:7, 8:18, 8:21, 8:23, 13:18
**injunctive** [4] - 4:22, 10:7, 11:20, 12:20
**instead** [1] - 8:10
**interpretation** [1] - 6:21
**invalidate** [1] - 10:6
**involved** [1] - 13:3
**irreparable** [4] - 5:24, 6:16, 13:25, 14:4
**irrespective** [1] - 7:4
**Island** [1] - 1:20
**issue** [3] - 13:12, 15:2, 15:4
**issued** [2] - 5:14, 8:13
**issues** [3] - 13:14, 15:5
**itself** [2] - 5:1, 9:14

**J**

**J.S.C** [1] - 1:13
**jail** [1] - 13:10
**January** [3] - 1:11, 11:13, 11:14
**joined** [1] - 15:5
**JT** [2] - 1:21, 2:20
**Judge** [1] - 8:19
**jurisdiction** [6] - 3:8, 7:23, 12:18, 12:19, 13:12, 15:2

**K**

**kind** [1] - 9:24
**KOGAN** [17] - 1:19, 2:8, 3:3, 3:7, 8:3, 8:12, 8:19, 9:2, 9:16, 9:21, 11:3, 12:16, 14:5, 14:8, 14:11, 15:12, 16:18
**Kogan** [1] - 2:9

**L**

**lack** [1] - 7:5
**lacks** [1] - 3:8
**language** [1] - 10:6
**last** [1] - 3:20
**Lata** [3] - 5:13, 5:19, 5:20

-cb-

FILED: NEW YORK COUNTY CLERK 04/11/2019 09:12 AM
INDEX NO. 650311/2019
NYSCEF DOC. NO. 161
Case 1:20-cv-08437-LAK   Document 1-18   Filed 10/09/20   Page 20 of 23
RECEIVED NYSCEF: 04/10/2019

3

LATA [1] - 5:13
late [2] - 3:3, 9:17
Law [1] - 9:3
law [3] - 7:11, 7:14, 15:21
lawyer [2] - 4:5, 10:14
learned [1] - 9:12
leave [1] - 15:10
left [2] - 4:8, 9:18
legal [3] - 4:4, 12:25, 13:14
lenders [1] - 8:5
likelihood [1] - 12:22
line [1] - 11:18
LLC [5] - 1:6, 1:16, 2:5, 2:9, 9:22
LLC(a/k/a [1] - 1:6
loan [14] - 6:1, 6:4, 6:5, 6:9, 6:12, 6:14, 6:17, 6:18, 6:24, 7:3, 7:4, 7:6, 8:5, 14:14
Loan [2] - 6:14, 8:4
London [1] - 5:21
look [2] - 9:8, 9:9
looking [2] - 11:8, 13:4
looks [1] - 11:13
Louisiana [2] - 4:7, 10:23
low [1] - 6:7
LTD [2] - 1:6, 1:7

M

mail [4] - 4:6, 10:15, 10:23, 11:1
mailed [1] - 4:3
main [1] - 3:23
manager [1] - 9:21
margin [4] - 8:13, 8:14, 8:15, 12:24
MASLEY [1] - 1:13
Master [1] - 6:14
matter [3] - 2:1, 9:24, 13:7
matters [1] - 12:12
meaningless [2] - 7:2, 7:12
Memorandum [1] - 9:3
mentioned [1] - 4:15
message [2] - 10:20, 10:22
messages [1] - 4:9
middle [1] - 7:10
million [4] - 5:15, 6:5, 6:23, 7:6
millions [1] - 6:13

minute [1] - 3:20
misspoke [1] - 10:20
ML [1] - 10:6
moment [1] - 5:5
money [1] - 6:13
morning [2] - 2:11, 3:3
motion [1] - 4:14
MR [22] - 2:8, 2:20, 3:3, 3:7, 8:3, 8:12, 8:19, 9:2, 9:16, 9:21, 9:23, 11:3, 12:4, 12:8, 12:11, 12:16, 14:5, 14:8, 14:11, 15:12, 16:18, 16:19
MS [23] - 2:4, 2:15, 3:14, 3:18, 4:18, 4:24, 7:18, 7:24, 9:7, 9:10, 10:1, 10:17, 11:11, 11:16, 11:23, 12:1, 14:13, 15:7, 15:9, 15:24, 16:2, 16:10, 16:17

N

name [1] - 5:18
named [1] - 5:21
nature [1] - 11:17
need [7] - 4:16, 5:9, 13:8, 13:9, 15:8, 15:9, 16:14
never [2] - 6:13, 8:6
Nevis [8] - 4:16, 4:18, 10:3, 11:9, 12:15, 14:22
NEW [2] - 1:1, 1:1
New [14] - 1:10, 1:17, 1:23, 4:19, 5:5, 5:9, 7:14, 10:8, 11:20, 13:3, 13:8, 16:1, 16:2
next [1] - 11:16
nicer [1] - 4:17
night [2] - 9:4, 9:12
notes [1] - 16:22
nothing [3] - 9:18, 13:16, 13:17
notice [10] - 3:24, 3:25, 4:10, 4:11, 14:25, 15:7, 15:24, 16:9, 16:14
number [1] - 3:4
NUMBER [1] - 1:5
NY [3] - 1:17, 1:20, 1:23

O

obviously [1] - 5:8

odd [1] - 7:9
OF [3] - 1:1, 1:1
office [1] - 9:18
officer [2] - 5:20, 5:21
officers [1] - 5:12
official [1] - 10:2
once [2] - 4:1, 15:5
one [8] - 3:23, 5:12, 10:18, 11:6, 11:16, 11:24, 14:13
opposition [10] - 2:10, 3:1, 3:6, 3:7, 3:18, 6:8, 7:17, 7:18, 13:17
option [1] - 15:22
order [14] - 4:2, 5:14, 5:24, 11:5, 13:5, 13:10, 13:11, 13:13, 13:23, 14:21, 14:24, 16:4, 16:5, 16:8
original [1] - 8:6
ourselves [1] - 6:11
overwhelming [1] - 14:18
owe [1] - 6:13

P

page [3] - 11:11, 11:12, 11:16
paid [3] - 6:2, 6:11
papers [3] - 3:21, 6:8, 7:17
paragraph [4] - 8:16, 8:24, 11:17
PART [1] - 1:1
part [2] - 5:1, 7:1
particularly [1] - 13:13
parties [1] - 15:10
partner [1] - 10:25
party [2] - 11:16, 12:20
pause [1] - 13:17
pending [2] - 4:14, 5:4
people [1] - 6:15
person [1] - 9:13
piece [2] - 4:9, 4:11
pieces [1] - 3:25
place [1] - 3:9
plaintiff [8] - 2:6, 4:19, 6:2, 12:22, 13:24, 14:18, 14:20, 14:24
Plaintiff [2] - 1:4, 1:16
Plaintiff's Exhibit [1]

- 11:8
plan [1] - 5:17
plus [1] - 5:15
point [1] - 14:18
points [1] - 3:23
possibility [1] - 13:22
possible [2] - 16:12, 16:15
potential [2] - 13:10, 14:4
precluded [1] - 15:3
preliminary [5] - 8:18, 8:21, 8:23, 13:18, 15:15
price [4] - 6:7, 14:1, 14:6, 14:8
principals [1] - 5:19
problem [2] - 14:10, 14:11, 14:16
proceeding [3] - 3:11, 4:15, 5:10
Proceedings [1] - 1:10
process [2] - 4:2, 15:4
proof [2] - 3:25, 14:23
propose [1] - 16:8
provided [1] - 16:4
provision [5] - 7:2, 7:9, 7:12, 12:18, 15:3
provisions [1] - 7:10
prudent [1] - 13:1
purposes [1] - 8:21
put [3] - 5:18, 10:18, 13:16

Q

quickly [3] - 3:21, 16:12, 16:14

R

receive [2] - 3:1, 3:2
received [8] - 3:18, 3:20, 4:6, 9:19, 10:22, 11:10, 11:12, 11:13
recognize [1] - 12:5
record [2] - 5:20, 16:11
referenced [2] - 4:12, 10:2
reform [1] - 7:13
regarding [1] - 8:16
rejected [1] - 12:21
relief [4] - 4:22, 10:7,

11:20, 12:20
rely [1] - 9:1
relying [1] - 14:23
render [2] - 7:1, 7:11
reply [5] - 3:14, 3:21, 6:8, 10:3, 11:8
REPORTER [1] - 16:25
Reporter [1] - 1:25
represent [1] - 9:16
representation [1] - 5:8
required [4] - 8:17, 8:20, 8:23
resolved [1] - 13:14
respect [2] - 5:15, 6:19
respond [1] - 15:13
response [1] - 4:5
rest [1] - 6:12
restricted [4] - 5:16, 6:20, 6:24, 8:7
retained [3] - 9:4, 9:12, 11:4
retired [1] - 5:22
road [1] - 15:5
rob [1] - 12:19
Roberts [2] - 10:19, 10:22
ROTHSCHILD [2] - 1:6, 1:7
Rothschild [5] - 1:19, 1:22, 2:14, 2:21, 10:5
Rouge [2] - 4:7, 10:23
rushed [1] - 13:15

S

sale [2] - 6:24, 6:25
sales [1] - 13:4
Salisbury [1] - 2:5
SALISBURY [24] - 1:18, 2:4, 2:15, 3:14, 3:18, 4:18, 4:24, 7:18, 7:24, 9:7, 9:10, 10:1, 10:17, 11:11, 11:16, 11:23, 12:1, 14:13, 15:7, 15:9, 15:24, 16:2, 16:10, 16:17
Satterfield [1] - 2:1
SATTERFIELD [1] - 1:3
scam [1] - 6:15
scrambled [1] - 9:24
SEC [1] - 5:14
second [2] - 4:11, 11:17

—cb—

FILED: NEW YORK COUNTY CLERK 04/11/2019 09:12 AM
INDEX NO. 650311/2019
NYSCEF DOC. NO. 161
Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 21 of 23
RECEIVED NYSCEF: 04/10/2019

4

seconds [1] - 7:19
see [2] - 10:5, 15:16
seeking [4] - 10:6, 10:7, 11:20, 12:20
sell [5] - 5:11, 6:6, 6:18, 7:3, 8:10
selling [3] - 5:4, 5:6, 13:25
SENIOR [1] - 16:25
Senior [1] - 1:25
sent [2] - 10:15, 10:24
separate [1] - 12:11
serious [2] - 13:7, 13:8
server [1] - 4:3
service [3] - 9:6, 15:2, 15:3
set [1] - 4:2
settle [1] - 16:8
shake [1] - 15:16
share [3] - 6:9, 6:24, 14:9
shares [22] - 5:3, 5:4, 5:6, 5:7, 5:11, 5:15, 5:18, 5:23, 5:25, 6:6, 6:20, 6:22, 6:23, 7:3, 7:4, 7:7, 8:6, 8:10, 8:14, 13:4, 13:25
show [2] - 11:5, 16:3
shows [2] - 14:8, 14:15
sic [2] - 5:19, 9:17
sida [1] - 4:24
signature [2] - 11:22, 12:3
signed [2] - 4:1, 11:25
Simon [2] - 2:9, 2:23
SIMON [1] - 1:19
simply [2] - 10:10, 13:13
SINGH [7] - 1:21, 2:20, 9:23, 12:4, 12:8, 12:11, 16:19
Singh [1] - 2:20
site [2] - 4:4, 11:4
Skleroff [2] - 5:19, 9:17
so-order [1] - 14:21
sold [6] - 5:7, 5:23, 6:1, 6:3, 6:4, 8:15
somebody [1] - 5:4
someone [2] - 5:18, 13:22
something [2] - 7:11, 16:13
sorry [1] - 5:13
speak [2] - 10:21, 10:24

spoke [3] - 9:16, 10:14, 10:20
stamped [1] - 11:12
stand [2] - 13:2, 13:13
standing [1] - 12:25
started [2] - 10:10, 14:9
starts [1] - 11:11
STATE [1] - 1:1
statement [2] - 5:14, 14:22
Staten [1] - 1:20
stayad [1] - 3:11
stenographic [1] - 16:22
Steve [2] - 10:19, 10:22
Stevens [2] - 4:7, 10:18
still [5] - 5:15, 12:22, 12:25, 13:2, 13:13
Stock [2] - 8:4, 8:8
stock [9] - 5:3, 6:3, 6:7, 6:9, 6:17, 6:24, 8:5, 12:24, 14:1
stop [1] - 6:16
Street [3] - 1:10, 1:20, 1:22
submit [3] - 3:11, 9:3, 16:8
submitted [2] - 2:10, 3:14
success [1] - 12:23
summons [1] - 15:7
support [2] - 4:23, 12:21
SUPREME [1] - 1:1
survives [1] - 5:25
suspicious [1] - 5:10

**T**

talk [1] - 13:6
telephone [1] - 15:20
ten [2] - 6:4, 6:12
TERM [1] - 1:1
terms [1] - 12:25
THE [41] - 1:1, 2:1, 2:7, 2:12, 2:18, 2:24, 3:4, 3:13, 3:17, 4:17, 4:21, 7:16, 7:20, 7:25, 8:10, 8:16, 8:20, 9:5, 9:8, 9:11, 9:20, 10:16, 11:6, 11:15, 11:19, 11:25, 12:3, 12:6, 12:10, 12:14, 12:17, 14:7, 14:10, 14:12, 14:15, 15:8, 15:10,

15:14, 16:1, 16:7, 16:11
third [2] - 5:2, 11:17
Third [1] - 1:17
threatening [2] - 6:11, 13:22
three [3] - 4:8, 11:16, 15:20
time [3] - 8:9, 9:2, 13:10
times [3] - 4:8, 6:4, 6:12
today [8] - 3:5, 3:18, 3:21, 13:20, 14:7, 14:9, 16:4, 16:5
today's [1] - 5:4
tomorrow [1] - 16:13
took [1] - 6:4
transcript [3] - 14:20, 16:6, 16:7
transcription [1] - 16:22
Transfer [1] - 2:2
TRANSFER [1] - 1:6
transferring [1] - 5:3
tried [1] - 13:19
TRO [7] - 2:17, 4:1, 8:17, 8:22, 13:18, 16:4
true [6] - 4:21, 9:11, 10:11, 10:13, 11:1, 16:21
try [1] - 16:15
trying [5] - 4:19, 5:11, 6:16, 7:16, 14:25
Tuesday [4] - 4:13, 9:4, 9:12, 11:3
twice [1] - 11:1
two [10] - 5:3, 5:19, 6:22, 7:19, 10:1, 10:4, 10:10, 10:12, 11:16, 14:19

**U**

under [2] - 3:10, 7:14
understand [3] - 7:9, 9:5, 13:15
unlawful [1] - 6:19
up [3] - 7:6, 7:17, 9:8
usually [1] - 9:1

**V**

Val [1] - 5:19
valid [1] - 13:11
violating [1] - 13:23

violation [3] - 8:7, 13:4, 13:10
voice [2] - 10:19, 10:25
VSTOCK [1] - 1:6
Vstock [3] - 2:2, 2:15, 5:16

**W**

walt [1] - 2:12
weather [1] - 4:17
web [2] - 4:4, 11:4
West [1] - 1:22
without [3] - 6:18, 8:11, 15:10
wondering [1] - 10:1
worth [1] - 6:3
would [13] - 6:23, 6:25, 7:1, 7:11, 7:12, 9:12, 12:1, 13:17, 13:25, 15:20, 16:3, 16:14
wouldn't [1] - 6:24
written [1] - 16:5
wrong [1] - 8:24

**Y**

yeah [1] - 14:16
yesterday [3] - 3:19, 9:17, 9:24
YORK [2] - 1:1, 1:1
York [14] - 1:10, 1:17, 1:23, 4:19, 5:5, 5:9, 7:14, 10:8, 11:21, 13:3, 13:8, 16:1, 16:2

cb

FILED: NEW YORK COUNTY CLERK 02/04/2019 04:10 PM
NYSCEF DOC. NO. 47      Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 22 of 23

INDEX NO. 650311/2019

RECEIVED NYSCEF: 02/04/2019

At IAS Part ___ of the Supreme Court of the
State of New York, held in and for the County
of New York, at the Courthouse located at 60
Centre St, New York, NY, on the ___ day of
January 2019.

P R E S E N T :
Hon. Andrea Masley, J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
BRENT SATTERFIELD,

Index No.
650311/2019

                    Plaintiff,

          -against-

VSTOCK TRANSFER, LLC, AMERICA 2030
CAPITAL, LLC (a/k/a BENTLEY ROTHSCHILD
CAPITAL LTD CORP.), and BENTLEY ROTHSCHILD
CAPITAL LTD CORP.

**PROPOSED
PRELIMINARY
INJUNCTION
ORDER**

                    Defendants.
-------------------------------------------------------------------X

          Upon review of the Affidavit of Brent Satterfield sworn to on January 16, 2019, with

exhibits, the Emergency Affirmation of Debra J. Guzov, Esq. dated January 16, 2019, the

Affidavit of Brent Satterfield sworn to on January 18, 2019, with exhibits, the Emergency

Affirmation of Anne W. Salisbury, Esq. dated January 18, 2019, Plaintiff's Memoranda of Law,

the Affirmation of Simon Kogan, Esq. dated January 23, 2019, with exhibits, and all prior

proceedings herein, and due deliberation having been had,

          IT IS HEREBY ORDERED, that pending further order of this Court, Defendants VStock

Transfer, LLC, America 2030 Capital, LLC, and Bentley Rothschild Capital Ltd Corp., and each

of their owners, managers, members, officers, directors, representatives, principals, successors or

assigns, are hereby enjoined and restrained from selling, transferring, assigning, encumbering or

otherwise disposing of any shares of Co-Diagnostics, Inc. which are the subject of this action;

Case 1:20-cv-08437-LAK    Document 1-18    Filed 10/09/20    Page 23 of 23

and

IT IS FURTHER ORDERED that a copy of this Order may be served upon any third

party, including without limitation any broker, transfer agent, or the Depository Trust Company

or its affiliates, in order to effect the injunction provided herein.

ENTER:

Hon. Andrea Masley, J.S.C.

**HON. ANDREA MASLEY**

No Opposition or counter selected filed.

HON. ANDREA MASLEY

2

2 of 2