# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMERICA 2030 CAPITAL LIMITED | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| PRESCIENT INVESTMENT LIMITED | ) | NO. 1:18-cv-04875-AT |
| and MAXIMUM SUCCESS CAPITAL | ) | |
| PARTNERS LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT ORDER**

For good cause shown and upon consent of the parties, it is hereby ordered that:

1. Pursuant to Rule 21 of the Federal Rules of Civil Procedure, this action is dismissed without prejudice against Defendant Maximum Success Capital Partners Ltd. ("MSCP") upon the terms stated herein. This Consent Order does not affect the status of the Defendant Prescient Investment Limited.

2. The Motion for Sanctions of Maximum Success Capital Partners Ltd. [Doc. 11] ("Motion") is hereby granted in part as stated in paragraphs 1-6 herein, but the request for attorney's fees and expenses is not granted on condition that

1

Plaintiff, its officer Val Sklarov, and their affiliates do not bring any further legal action or claims against MSCP regarding the subject matter of this lawsuit except in Hong Kong and in accordance with this Consent Order.

3. In the event that the foregoing condition is not satisfied in every respect, then the Motion's request for attorneys' fees and expenses will be automatically and immediately granted and Plaintiff, Mr. Sklarov and Plaintiff's affiliates shall be liable for attorneys' fees and expenses of MSCP in the amount of $45,713.80, and judgment shall automatically and immediately be rendered against them for that amount. Mr. Sklarov, for himself and on behalf of Plaintiff's affiliates, consents to this Court's jurisdiction for the limited purpose stated herein.

4. With the exception of America 2030 Capital Limited, incorporated in Hong Kong as corporation 2646350 ("Hong Kong Signatory"), the Plaintiff and its affiliates (a) are barred and enjoined from suing or otherwise pursuing claims against MSCP arising out of the allegations of the Complaint [Doc. 1], and (b) waive all such claims, if any. The Hong Kong Signatory is barred and enjoined from suing or otherwise pursuing its claims against MSCP except in Hong Kong, and waives its right, if any, to sue elsewhere.

5. Plaintiff's affiliates include:

    a. America 2030 Capital Limited (incorporated in Hong Kong);

    b.    America 2030 Capital Limited (incorporated in the United Kingdom);

    c.    America 2030 Capital Limited (incorporated in Colorado);

    d.    America 2030 Capital LLC (incorporated in Colorado);

    e.    Any company doing business as America 2030 Capital Limited or America 2030 Capital Limited Co. and associated with the Plaintiff or its officers; and

    f.    All affiliates of the foregoing and of the Plaintiff.

6.    MSCP's motion to dismiss [Doc. 7] is granted by paragraph 1 herein because this Court lacks personal jurisdiction over Defendant MSCP.

So ordered this 7th day of March, 2019.

_____
United States District Judge

3

Consented to:

| | |
|---|---|
| _____ | /s/ William W. Maycock_____ |
| Esther Oise Esq. | William W. Maycock |
| Georgia Bar No. 686342 | Georgia Bar No. 479175 |
| Oise Law Group | Vickie C. Rusek |
| 1565 Woodington Circle | Georgia Bar No. 487697 |
| Suite 101D | 1230 Peachtree Street, N.E. |
| Lawrenceville, GA 30044 | Promenade, Suite 3100 |
| T: (770) 895-3736 | Atlanta, Georgia 30309-3592 |
| F: (404) 537-6531 | T: (404) 815-3500 |
| oiselaw@gmail.com | F: (404) 685-6887 |
| *Attorney for Plaintiff* | bmaycock@sgrlaw.com |
| *America 2030 Capital Limited, Val* | vrusek@sgrlaw.com |
| *Sklarov and Plaintiff's Affiliates* | *Attorneys for Defendant Maximum* |
| | *Success Capital Partners Limited* |

_____   _____
Val Sklarov                  Shih Chi Liu
Officer of Plaintiff         Officer of Defendant Maximum
America 2030 Capital Limited, Success Capital Partners Limited
and of Plaintiff's Affiliates, on behalf
of himself personally and those
entities

4

Consented to:

| | /s/ William W. Maycock |
|---|---|
| Esther Oise Esq. | William W. Maycock |
| Georgia Bar No. 686342 | Georgia Bar No. 479175 |
| Oise Law Group | Vickie C. Rusek |
| 1565 Woodington Circle | Georgia Bar No. 487697 |
| Suite 101D | 1230 Peachtree Street, N.E. |
| Lawrenceville, GA 30044 | Promenade, Suite 3100 |
| T: (770) 895-3736 | Atlanta, Georgia 30309-3592 |
| F: (404) 537-6531 | T: (404) 815-3500 |
| oiselaw@gmail.com | F: (404) 685-6887 |
| *Attorney for Plaintiff* | bmaycock@sgrlaw.com |
| *America 2030 Capital Limited, Val* | vrusek@sgrlaw.com |
| *Sklarov and Plaintiff's Affiliates* | *Attorneys for Defendant Maximum* |
| | *Success Capital Partners Limited* |

Val Sklarov
Officer of Plaintiff
America 2030 Capital Limited,
and of Plaintiff's Affiliates, on behalf
of himself personally and those
entities

Shih Chi Liu
Officer of Defendant Maximum
Success Capital Partners Limited

4