# EXHIBIT 26



# Bespoke Financial Product

# Collateralized Loan Term Sheet

## STRUCTURED FINANCE SOLUTIONS

### NON-RECOURSE STOCK LOAN

### PREPARED EXCLUSIVELY FOR

### SHAREHOLDER OF:

### NUROL GAYRIMENKUL YATIRIM ORTAKLIGI AS

### TICKER: (NUGYO:TI)

 **Bentley Rothschild**
Capital Limited

## WORLD CUSTODIANS WE MAY USE

    

      

**All costs associated with third party expenses in loan preparation and administration shall be borne by the Borrower and offset from the proceeds upon closing of the loan transaction.**

### The Rothschild Family

The Rothschilds, a prominent family originally from Germany, established banking and finance houses in Europe beginning in the 18th century. Pioneers in providing capital for kings, monarchs, business and financing infrastructure projects, the Rothschilds molded the way the international world of high finance works today. The Rothschild empire had its genesis during the 1760s when Mayer Amschel Rothschild (1744-1812) founded a banking business in Frankfurt German. Over time, and with the help of his five sons, the family business expanded throughout several European countries.  Throughout the 19th and 20th century, the decedents of the family financed, owned or controlled major banking, finance, infrastructure, diamond and mining industries. The family lives mainly in Europe as well as USA and to this day has its focus on banking, investments, asset management as well as diverse industrial holdings.

Rothschild family started offering securitized financing in the early  part of the 19th century. Bentley Rothschild Capital Limited is honored to continue to engage in the tradition of global finance by offering loans against publicly traded securities for our high-net worth clients located throughout the world. Our service is as exceptional now as it has been by the Rothschild dynasty during the past 250 years.

### Terms & Conditions

This Term Sheet is confidential and for your private information only. This Term Sheet is for discussion purposes only and is not an offer or solicitation to sell or purchase any investment or provide investment advice. This Term Sheet is geared to Accredited Investor only.  It contains indicative terms only and neither party will be legally bound until a written loan agreement is entered into, the material terms of which will be set out in the final transaction documentation, which documentation will be final. This Term Sheet is provided on the basis that shareholder has the capability to make own independent evaluation of the financial, market, legal, regulatory, credit, tax and accounting risks and consequences involved in the transaction of this type and its suitability for shareholders purposes and, to the extent permitted by applicable law, Bentley Rothschild Capital Limited accepts no responsibility or liability in this regard. By signing this Term Sheet, there is no commitment or obligation of any nature on the part of either of the parties to enter into any such definitive agreement. Terms of the Term Sheet are valid for 3 days from the day of issuance and are subject to change prior to issuance of loan documentation. Securities loan is issued and prescribed to in accordance with the International Securities Lending Association (ISLA) and the Securities Industry and Financial Markets Association (SIFMA) and all relevant laws and guidelines.

March 4, 2019

**Bentley Rothschild**
Capital Limited

| | | |
|---|---|---|
| 1. | Lender | Bentley Rothschild Capital Limited, member of Rothschild family of companies. |
| 2. | Principal Amount | Up to $5M principal amount in USD. Securities will be deposited with Lenders Securities Broker Dealer and subject to Loan Agreement and be Non-Recourse. |
| 3. | Loan Period | 5 or 7 years. |
| 4. | Listed Company Ticker | Unrestricted and unencumbered shares of: NUROL GAYRIMENKUL YATIRIM ORTAKLIGI AS NUGYO:TI |
| 5. | LTV | Loan to Value (LTV) at 50% for Title Transfer. |
| 6. | Interest | Loan at interest of 2.79% annually, but paid quarterly. |
| 7. | Mechanism | Five or more tranches, depending on market conditions. |
| 8. | Fees | Origination fee equal to 3% of loan amount. |
| 9. | Yearly Maintenance Fee | Shareholder to pay yearly maintenance fee of 0.35% of outstanding loan balance for lenders administrative expenses. |
| 10. | Dividends | Shareholder to receive credit for all dividends, if any. |
| 11. | Proceeds to Shareholder | Lender will pay in currency of Borrowers choice. |
| 12. | Return of Shares | Lender guarantees return of shareholders shares at loan expiration. |
| 13. | Shares Appreciation | Shareholder to receive all share appreciation if any, subject to loan agreement. |
| 14. | Custodian Account | Shares will be deposited with Custodian Broker Dealer of Lenders choice. |
| 15. | Loan Repayment | Shareholder may repay the loan at any time, subject to lock-up period. |
| 16. | Interest | Interest payments are paid quarterly. |
| 17. | Funding | Upon satisfactory completion of Lenders underwriting and transfer of securities |
| 18. | Loan Agreement | Loan Documents are standard and customary for international securities loans. |
| 19. | Loan Type | Non-Recourse, Standard Structured Finance Stock Loan. |
| 20. | Time Frame | Loan closing to be expedited and completed within 2-3 weeks. |
| 21. | Currency | Loan will be arranged in USD or TRY. |
| 22. | Legal Costs | None |
| 23. | Closing Costs | Lenders estimated costs at $11,000 USD and paid at closing from loan proceeds. |

3

March 4, 2019

**BR** Bentley Rothschild
Capital Limited

As Agreed to on this _____ Day of _____ 2019:

By Borrower:                                          Borrowers Agent or Authorized Person:


_____          _____
Print Name and Company                              Print Name


_____          _____
Signature                                           Signature



THE TERM SHEET IS VALID FOR 3 BUSINESS DAYS FROM THE DATE OF ISSUANCE.
THERAFTER TERMS ARE SUBJECT TO CHANGE.


IN ORDER TO PROCEED PLEASE SIGN THE TERM SHEET AND:
       A) Submit copy of Brokerage Statement
       B) Submit copy of passport or identification
       C) Complete the "Know Your Client" form (KYC)
       D) If corporate Borrower, submit all the above plus corporate signing authority


THE BELOW ILLUSTRATES THE TYPICAL LOAN PROCEDURE*
       Step 1) Quote is provided by issuance of Term Sheet
       Step 2) Client signs the Term Sheet
       Step 3) Client provides copy of Brokerage Statement
       Step 4) Client fills out the KYC form
       Step 5) Lender verifies securities ownership (if necessary)
       Step 6) Lender prepares and submits loan documents
       Step 7) Loan documents are signed & notarized
       Step 8) Client transfers shares to Lenders custodian account
       Step 9) Share transfer is confirmed & verified
       Step 10) Loan is funded in accordance with loan documents


* Terms, steps and conditions are subject to change due to country, applicable laws, stock and local customs

March 4, 2019

*Contacts:*

| | |
|---|---|
| **BAHAMAS, OFFSHORE** | Bentley Rothschild Capital Limited<br>Offices at Old Fort #4<br>Western Road<br>SP-63771, Nassau<br>New Providence, Bahamas |
| **NEVIS, OFFSHORE** | Bentley Rothschild Capital Limited<br>Hamilton Development, Unit B<br>Charlestown, Nevis<br>West Indies |
| **USA** | Bentley Rothschild Capital Limited<br>1201 Peachtree Street<br>Suite 2300<br>Atlanta, GA. 30309 |
| **UNITED KINGDOM** | Bentley Rothschild Capital Limited<br>Kemp House<br>160 City Road<br>London, United Kingdom<br>EC1V 2NX |

Rothschild Family of Companies
©1986-2019 All rights reserved.