# EXHIBIT 29

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA – ATLANTA DIVISION

| | |
|---|---|
| **ROTHSCHILD & CO CONTINUATION HOLDINGS A.G.,** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **VAL SKLAROV,** et al., <br><br> Defendants. | Case No. 1:19-cv-03561-AT |

## CONSENT ORDER

### Introduction

On August 6, 2019, Plaintiffs filed a Complaint against Defendants, alleging trademark infringement-related claims under the Lanham Act, as well as under Georgia state law. (Complaint, Doc. 1). Simultaneously with the filing of its Complaint, Plaintiffs filed a Motion for Preliminary Injunction. (Doc. 6-1). Defendants moved to dismiss (Doc. 23), which Plaintiffs opposed.

The Court conducted a hearing on the Motions on October 10, 2019 (Minute Entry, Doc. 31), at which time it denied Defendants' Motion to Dismiss from the bench (Doc. 34 at 4-5, 46-47), and granted Plaintiffs' Motion for Preliminary Injunction pending final approval of an injunction order. (Doc. 34 at 26-28).

1

EAST\175052193.1

Subsequently, the Court issued a February 13, 2020 Memorandum Opinion on Jurisdictional Ruling, permitting Plaintiffs to take jurisdictional discovery with respect to certain Defendants (Doc. 41) and a February 24, 2020 Preliminary Injunction Order and Memorandum (Doc. 42).

Counsel for the Parties have informed the Court by letter that in order to avoid the burden, delays, and uncertainty of litigation, they have entered into a Settlement Agreement on terms that include entry of a Consent Order for Permanent Injunction (the "Consent Order") binding all Parties and certain other persons and, only after such entry, entry of an order dismissing the Action under Fed R. Civ. P. 41(a)(2). Counsel for Defendants have also informed the Court that all Defendants, including those which challenged personal jurisdiction of this Court previously, have consented to submit themselves to the personal jurisdiction of this Court for purposes of entry of the Consent Order and enforcement of the Consent Order and/or Settlement Agreement, including a proceeding for contempt of court.

Jaitegh Singh, Esq., counsel for Defendants Lincoln Capital Ltd. and Newburgh Capital Ltd., has also provided the Court with a document signed by or on behalf of Lincoln Capital Ltd., Newburgh Capital Ltd., and Igor Mykolaiovych

2

Ushenko, which are not parties to the Action, under which each of them has agreed to be included in and bound by the terms of the Consent Order and Settlement Agreement and to submit themselves to personal jurisdiction in this District in any proceeding brought to enforce the Consent Order and/or Settlement Agreement, including a proceeding for contempt of court.

In addition, all Parties and Lincoln Capital Ltd., Newburgh Capital Ltd., and Igor Mykolaiovych Ushenko have requested that the Court retain continuing jurisdiction for purposes of enforcing this Consent Order and the Settlement Agreement.

WHEREFORE, the Parties and other persons and entities stated above having freely given their consent, it is hereby ORDERED, ADJUDGED and DECREED that:

Defendants in this action, as well as Lincoln Capital Ltd., Newburgh Capital Ltd., and Igor Mykolaiovych Ushenko, and all of their officers, agents, servants, employees, attorneys, and any other persons who are in active concert or participation with anyone described herein, or who have received actual notice of this Order by personal service or otherwise within the meaning of Federal Rule of Civil Procedure 65(d), are permanently enjoined from:

3

1. Using directly or indirectly, in any manner whatsoever, the BENTLEY ROTHSCHILD mark, or any other mark that includes the name or word "Rothschild" or any variant spelling thereof, in connection with any goods or services offered by them in the United States or internationally;

2. Using directly or indirectly, in any manner whatsoever, "Bentley Rothschild" or the name or word "Rothschild" or any variant spelling thereof, as part of a trade, corporate, or domain name, or incorporating or registering any entity with such a trade name or corporate name, or registering such a domain name, in the United States or internationally;

3. Using the domain name bentleyrothschild.com;

4. Using or registering any other domain name, URL, or email address that incorporates the name or word "Rothschild" or any variant spelling thereof;

5. Using the Internet website www.bentleyrothschild.com, or any other website or other form of social or electronic media, whose URL, handle, hashtag, or other identifier incorporates the name or word "Rothschild";

6. Using any e-mail address that incorporates the name or word "Rothschild" in the domain name;

4

7. Engaging in any advertising, promotion, solicitation, or other representation asserting that any Defendant or any entity in which any Defendant is a director, officer, or shareholder are affiliated, connected, or endorsed in any way by the Plaintiffs or their affiliates, the Rothschild Family, or any business controlled by a member of the Rothschild Family;

8. Doing any other act or thing calculated or likely to cause confusion or mistake in the trade or the minds of the public, or to deceive actual or potential purchasers into believing that any of their goods or services originate with any of the Plaintiffs or are approved, licensed, or otherwise authorized by any of the Plaintiffs;

9. Registering or prosecuting any application to register BENTLEY ROTHSCHILD, MAYER AMSCHEL ROTHSCHILD CAPITAL, or any other mark including the name or word "Rothschild," as a mark in the United States or in any other country; and

10. Aiding, abetting, or assisting any other person or entity in engaging in or performing any activities stated in paragraphs 1-9 hereof.

Following the entry of the foregoing order, it is hereby further ORDERED, ADJUDGED and DECREED that this action is dismissed with prejudice with consent of the parties, pursuant to Fed. R. Civ. P. 41(a)(2)

6

EAST\175052193.1

IT IS SO ORDERED THIS __9th__ day of __July__, 2020.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

7

Consented to:

For Plaintiffs:

**DLA PIPER LLP (US)**

/s/ Delia Frazier
Delia Frazier
Georgia Bar No. 940667
Christopher Campbell
Georgia Bar No. 789533
DLA Piper LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309
(404) 736-7800
(404) 682-7800 (facsimile)
Christopher.Campbell@dlapiper.com
Delia.Frazier@dlapiper.com
*Attorneys for Plaintiffs*

For Defendants:

**THE LAW OFFICES OF MICHAEL T. McCRACKEN**

/s/ Michael T. McCracken
Michael T. McCracken
Admitted *pro hac vice*
10 S. LaSalle St., Suite 1600
Chicago, Illinois 60603
(630) 926-5696
michael.t.mccracken@gmail.com
*Attorney for Defendants*

EAST\175052193.1

Consented to:

Lincoln Capital Ltd. By:
_____
Title: *Secretary*

Newburgh Capital Ltd. By:
_____
Title: *Secretary*

Igor Mykolaiovych Ushenko
_____

EAST\175052193.1