# EXHIBIT 32



























Osman Qureishi
Senior Executive Vice
President Wealth
Management Division at
Shearson Lehman Brothers
Investment Banking

Followers          6,981

+ Follow

**AFTER A CERTAIN POINT,
MONEY IS MEANINGLESS.
IT CEASES TO BE THE GOAL.
THE GAME IS WHAT COUNTS.**

ARISTOTLE

**foundr**

⊙ 16 · 1 Comments

👍 Like    💬 Comment    ↪ Share    ⏀ Send

---

Osman Qureishi · 3rd+
Senior Executive Vice President Wealth Management Division at Shearson Leh...
1y · ⊙

I am aggressively helping clients in these countries for stock loans and block sale trades. If you have clients in the list contact me we will pay you a referral fee anywhere between 2-6%
We are a direct lender and can fund deals from 200k to 500 million dollars. Looking forward to working with you have a great day! You May contact me at
:osman@america2030.email

Argentina
Australia
Austria
Belgium
Brazil
Czech Republic
Denmark
Estonia
Finland
France
Germany
Greece
Hong Kong
Hungary
Ireland
Israel
Italy
Japan
Netherlands
New Zealand
Norway
Peru
Philippines
Poland
Portugal
Singapore
South Africa
Spain
Sweden
Switzerland
Turkey
United Kingdom

⊙ 1

👍 Like    💬 Comment    ↪ Share    ⏀ Send

Be the first to comment on this

---

Osman Qureishi sees this

Commerzbank chiefs start countdown to decision on Deutsche Bank merger - Independent.ie

independent.ie

⊙ 420 · 0 Comments

👍 Like    💬 Comment    ↪ Share    ⏀ Send

---

Osman Qureishi · 3rd+
Senior Executive Vice President Wealth Management Division at Shearson Leh...
1y · ⊙

If you own blue chip stocks and need money we can help you! Get the cash you need while holding your financial goals and objectives in place. We are a direct lender and can fund deals from 250k to 500 million dollars. There is no corporate/personal guarantee required and no credit check. To get your free quote today just send me the following information to Osman@america2030.email

1. Stock symbol
2. Stock exchange and country
3. Desire loan amount
4. Number of shares to be pledged
5. Desire LTV
6. Title transfer or non title transfer

⊙ 2 · 1 Comment

---

🐾 Messaging 🔴    ☑ · · ·
🐾 Messaging 🔴    ☑ · · ·



















Osman Qureishi
Senior Executive Vice
President Wealth
Management Division at
Shearson Lehman Brothers
Investment Banking

Followers: 6,980

+ Follow

Like   Comment   Share   Send

Be the first to comment on this

Osman Qureishi • 3rd •
Senior Executive Vice President Wealth Management Division at Shearson Leh...
1yr • ⊕

I wanted to share a press release About America 2030 Capital.

https://lnkd.in/eFdreWrn

To get your free stock loan quote simply send me an email with the following information to osman@america2030.email or post your questions and let's connect!

1. Stock symbol
2. Stock exchange and country
3. Desired loan amount
4. Number of shares to be pledged

PrZen - America 2030 Capital Limited is Announcing Stock Loan Financing in Vietnam, Indonesia, Hong Kong and USA - 33203769
przen.com...
The 4th quarter of 2019 was a great year for America 2030 Capital Limited as it continues to miss...

Like   Comment   Share   Send

Be the first to comment on this

Senior Executive Vice
President Wealth
Management Division at
Shearson Lehman Brothers
Investment Banking

Followers: 6,980

+ Follow

Osman Qureishi • 3rd •
Senior Executive Vice President Wealth Management Division at Shearson Leh...
1yr • ⊕

There are many reason why stock loans are becoming so popular there easy access to cash when you need it and you don't have to pay capital gains. As we approach tax season remember we can help you to get stock loans to avoid issues with IRS for not paying taxes on time etc. contact me today to learn more and to get your free quote! Let's start planning and let us help you today!

I just need the following information for a free quote.

1. Stock symbol
2. stock exchange and country
3. Desired loan amount
4. Number of shares to be pledged

You can send me an email at Osman@america2030.email

Looking forward to talking to you soon!

Like   Comment   Share   Send

Be the first to comment on this

Osman Qureishi
Senior Executive Vice
President Wealth
Management Division at
Shearson Lehman Brothers
Investment Banking

Followers: 6,980

+ Follow

Osman Qureishi replied to Javardo Green's comment on his post
•••

Osman Qureishi • 3rd •
Senior Executive Vice President Wealth Management Division at Shearson Lehman...
1yr • ⊕

Here are some main reasons for stock loans.

1. Real estate opportunities.
second home, bridge loan or invest in commercial property.

2. Start a business.
seed capital to grow a profitable company.
Inject a capital infusion cash-flow shortage-
day-to-day expenses. Use funds for working capital or to pay for inventory.

3. Pay taxes.
Avoid paying a penalty or interest to the I.R.S.

4. Finance any major purchase. Would you like to buy a new automobile? Thinking of doing a home renovation?

Like   Comment   Share   Send

Add a comment...

Most Relevant ▼

Javardo Green • 3rd •
Vice President Good Fingers International LTD
Am replying to your messages it keeps failing. Don't know what's wrong
Like   Reply   2 Replies
Load previous replies

Osman Qureishi  Author
Senior Executive Vice President Wealth Management Division at S...
Please email me at osman.america2030@gmail.com or we can talk over the phone

Messaging











www.AUS.com

For more than 60 years, Allied Universal has evolved as risk has evolved. We provide security solutions that not only help protect against threats, but enable organizations to make better, more informed decisions about their security operations. Allied Universal's mission is focused on leveraging manpower, data and technology to deploy smarter security for our customers.

FOR OVER 60 YEARS, WE HAVE PUT SAFETY AND SECURITY FIRST

AUS.COM

Be the first to comment on this

Osman Qureishi likes this

**Juliet Krantweiss** • 3rd+
Regional Tax Marketing Leader, New Core Hertz at PwC
1yr •

PwC's myMobility was recently awarded the Mark of Excellence in the HR technology provider of the year category at the Future Workplace Awards 2018 in Dubai #makingmobilityeasy #technology

**HR Technology Provider of the Year**

**MARK OF EXCELLENCE**

myMobility - PwC

1 Comment

Osman Qureishi likes this

**Osman Qureishi** • 3rd+
Senior Executive Vice President Wealth Management Division at Shearson Lehma...
1yr •

Investors, Are you looking for an Exit strategy? Contact me today by sending me a direct message or post a comment with contact information.

Cross-Border M&A Professionals

QUICK STOCK LOAN AT 0% AGAINST PUBLICLY TRADED SECURITIES
ALTERNATIVE EXIT STRATEGY

WE CAN FACILITATE STOCK LOANS, BLOCK SALES & STOCK LIQUIDATIONS

Be the first to comment on this

**Osman Qureishi** • 3rd+
Senior Executive Vice President Wealth Management Division at Shearson Lehm...
1yr •

Investors, Are you looking for an Exit strategy? Contact me today by sending me a direct message or post a comment with contact information.

Cross-Border M&A Professionals

QUICK STOCK LOAN AT 0% AGAINST PUBLICLY TRADED SECURITIES
ALTERNATIVE EXIT STRATEGY

WE CAN FACILITATE STOCK LOANS, BLOCK SALES & STOCK LIQUIDATIONS

Be the first to comment on this

**Osman Qureishi**
Senior Executive Vice President Wealth Management Division at Shearson Lehman Brothers Investment Banking
Followers    6,90

+ Follow

+ Follow

PREMIUM

**Osman Qureishi**
Senior Executive Vice President Wealth Management Division at Shearson Lehman Brothers Investment Banking
Followers    6,93

+ Follow

Messaging
Messaging
Messaging































**Osman Qureishi**
Senior Executive Vice
President Wealth
Management Division at
Shearson Lehman Brothers
Investment Banking

Followers          6,760

+ Follow

Osman Qureishi **Author**
Senior Executive Vice President Wealth Management Division at S...

What's a good email where I can send you the questions I need,
to answer to get you a quote

Like · Reply · 1 Reply

YOOP GI S.Y. · 2d ·
GI FUND HOLDINGS Inc. Group work of France Consuming, Management f...

Hello? Is the korean Stock maket available? gwds16@gmail.com

Like · Reply · 2 Replies

Load previous replies

Osman Qureishi **Author**
Senior Executive Vice President Wealth Management Division at S...

**Osman Qureishi** sent.

Like · Reply

Osama Salah · 2d ·
Group Chief Financial Officer at Anída Holding ...

Can you please contact me

Like · Reply · 1 Reply

Osman Qureishi **Author**
Senior Executive Vice President Wealth Management Division at S...

What's a good email so I can email you

Like · Reply

Simplice OKANA · 2d ·
Travailleur indépendant ssl nomina Prénde et amique

Dear Mr Osman; please do send me details to mbouel@Hotmail.com.
tks

Like · Reply · 1 Reply

Osman Qureishi **Author**
Senior Executive Vice President Wealth Management Division at S...

Sent

Like · Reply

---

ahmet KOCH · 1w ·
Ad Alican cindegan 09-19 - inter agricultural tech CGT acre was PARX 1

INVESTMENT LOAN WITH COLLATERALS.
Mr Ahmet KOC, Director & Manager of Internet Istanbul LTD.
(Registration 245926826) invites Investment Loan proposals as detailed
below.
Loan Amount: $ 1.530.000 ($ 1.5/km)                    ...see more

Like · Reply

Igor Denjanko · 1w ·
Lawyer – legal support of transactions, consulting, protect ful interest...

Western Europe clients. Please contact me.

Like · ○ 1 · Reply

Bhiraj Sutar · 2d ·
Aditya Export...

Contact adityaexport3@gmail.com/919702126782

Like · Reply

---

Osman Qureishi · 3d ·
Senior Executive Vice President Wealth Management Division at Shearson Leh...
2d · ⊕

If you are a stock broker, financial advisor or wealth advisor then we can work
together to helping your clients. We are a direct lender offering 4.5%-7% loans
against publicly traded securities owned by individuals or corporations. Up to 80%
LTV. Your firm can earn 2%-4% fee of the loan amount paid at time of closing. Entire
process is about 2-4 weeks. Almost all publicly traded securities are eligible. The
securities must be in electronic form and unrestricted. Paper certificates not eligible.
See attached Teaser/Term Sheet for conditions. Fast and simple process. You've
heard of quick loans against car titles. These are quick loans against publicly traded
securities. If you have clients who can benefit, please contact us for an
NDA/Agreement which addresses your fee. Securities are deposited with custodian
during the loan and not with the lender. Over $2 billion in stock loans secured to
date. Average loan typically is $3M-$30M so that works out to about $50k-$1.2M in
fees to your firm. We do not charge application or upfront fees. You are all paid at
closing. You make the client introductions, we handle the rest. Contact me to learn
more

⊕ XL · 17 Comments

△ Like    ▢ Comment    ⇄ Share    ◁ Send

⊙  Add a comment...                                              ◎

Most Relevant ▾

Christian Dobrefsky · ⊘ · 3d ·
Required broker en Mocajella Investments Management | Capital Markets...

Interested

Like · Reply · 1 Reply

Osman Qureishi **Author**
Senior Executive Vice President Wealth Management Division at S...

What's a good email where I can send you the questions I need,
to answer to get you a quote

Like · Reply

YOOP GI S.Y. · 3d ·
GI FUND HOLDINGS Inc. Group work of France Consuming, Management f...

Hello? Is the korean Stock maket available? gwds16@gmail.com

Like · Reply · 2 Replies

Load previous replies

Osman Qureishi **Author**
Senior Executive Vice President Wealth Management Division at S...

**Osman Qureishi** sent.

Like · Reply

Osama Salah · 3d ·
Group Chief Financial Officer at Anída Holding ...

Can you please contact me

Like · Reply · 1 Reply

Osman Qureishi **Author**
Senior Executive Vice President Wealth Management Division at S...

What's a good email so I can email you

Like · Reply

Simplice OKANA · 3d ·
Travailleur indépendant ssl nomina Prénde et amique

Messaging ⊙























































