# EXHIBIT 36



## PRLOG
Press Release Distribution

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution

[Search]

### News By Tag
- Europe, Asia
- More Tags...

### Industry News
- Financial
- More Industries...

### News By Place
- New York City
- New York
- United States
- More Locations...

### Country(s)
United States
Australia
India
Hong Kong
England
China
- - -
More Countries

Industry News

All News

Exclusive News

### October 2020

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 7  | 6  | 5  | 4  | 3  | 2  | 1  |

## SHEARSON LEHMAN
Brothers Investment Banking

# Shearson Lehman is Entering into Negotiations to Invest $250 million in Alternative Energy

*By: Shearson Lehman Brothers Investment Banking*

**NEW YORK - March 20, 2020 -** *PRLog* --
Shearson Lehman Brothers Investment Banking announces its plans to invest $250 million in public and private international alternative energy corporations. Shearson Lehman proposes to inject $100 million in a European company specializing in wind turbines operating in Europe, Hong Kong, and Australia. An additional $150 million investment is projected with a leading renewable energy firm in Spain, South America, and Africa manufacturing and producing solar and wind energy, and electrical engineering.

According to top executives of Shearson Lehman, the negotiations started earlier this year in January 2020. The conglomerates are seeking to finalize the deal by the end of 3rd quarter.

**Spread the Word**

**Listed Under**

**Tag:**
- Europe, Asia

**Industry:**
- Financial

**Location:**
- New York City - New York - US

Innovation, changing technologies, and increase in demand for clean energy throughout the world offers tremendous growth opportunities for Shearson Lehman as it develops strategic partners in the regions to support clean, modern, sustainable energy solutions.

This venture will expand Shearson Lehman's portfolio including investment banking products and services. Shearson Lehman has received an overwhelming response towards its Securities Backed Lending (SBL) program in various markets including Hong Kong, Indonesia, Malaysia, Singapore, United Kingdom, Turkey, Latin America and many more. SBL program is a very attractive, quick, and easy solution for institutional investors, and high net-worth shareholders of publicly traded companies to quickly arrange financing at competitive annual interest rates ranging from 2% to 6% for a term of 1 to 10 years.

The vast increase in demand has driven high recruitment activity at Shearson Lehman. The company is aggressively hiring Business Development Professionals throughout Asia, Europe and South America.

For further information visit www.shearsonlehmanbrothers.com

**Media Contact**
Osman Qureishi
wealthmanagment@shearsonlehmanbrothers.com

.............End

[Follow] [Embed] [PDF / Print]

Email : ***@shearsonlehmanbrothers.com
Posted By : ***@shearsonlehmanbrothers.com

Account Email Address ✔  Account Phone Number ✔   Disclaimer   Report Abuse

Page Updated Last on: Apr 21, 2020


Sponsored |
5 Best Stocks To Invest In ›
Top Companies To Invest In ›
Top 10 Startups To Invest In ›

### Most Viewed
Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1861 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1087 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 754 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

"The Central Authority" Movie Wraps Production - 611 views

### Top Daily News
New Halloween Designs Released - 177 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 162 views

Remedation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 160 views

Get Business Credit & Financing For Your Business - 151 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 147 views

### PTC News
Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 575 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

Mar 20, 2020 News

***Shearson Lehman Brothers Investment Banking* PRs**

Asia's Alternative Energy Sector Becomes Front-Page News as Shearson Lehman Vows to Invest Millions

Shearson Lehman Adds a New Local Custodian and Eases SBL Requirements in Hong Kong!

**Trending News**

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner

United Midwest Savings Bank Facilitates SBA Loan To Innovative Minority Small Business

Susteen partners with Cyan Forensics to deliver rapid scanning of smartphones in the field

Adelante SCM and PINC Launch the First Annual State of Yard Management Report

MarketKeep Partners with The Law Offices of Nicholas J Del Pizzo

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1861 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1087 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 754 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

"The Central Authority" Movie Wraps Production - 611 views

**Top Daily News**

New Halloween Designs Released - 177 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 162 views

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 160 views

Get Business Credit & Financing For Your Business - 151 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 147 views

Today's Refinance Rate

**2.40%**

APR 15 Year Fixed

Select Loan Amount

$ 

$225,000

Calculate Payment

Terms & Conditions apply. NMLS#1136

SiteMap | Privacy Policy | Terms of Service | Copyright Notice | About | Advertise

**Like PRLog?**

9K   2K   1K



## PRLOG
Press Release Distribution

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution

**News By Tag**
- Broker Dealer, Stock Loans
- More Tags...

**Industry News**
- Loans
- More Industries...

**News By Place**
- New York City
- New York
- United States
- More Locations...

**Country(s)**
- United States
- Australia
- India
- Hong Kong
- England
- China
- - - -
- More Countries

Industry News

All News

Exclusive News

**October 2020**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |

## SHEARSON LEHMAN
Brothers Investment Banking

# Shearson Lehman Brothers Investment Banking Broker Dealer Affiliate Program is Available World Wide

*By: Shearson Lehman Brothers Investment Banking*

**NEW YORK - April 7, 2020** - *PRLog* -- Shearson Lehman Brothers Investment Banking is proud to be building over 500 new Broker Dealer relationships worldwide to fund transactions anywhere from $2.5 Million to $500 Million. Shearson Lehman's distinguished Securities Backed Lending (SBL) program is rapidly gaining attraction in global markets as the demand for alternative financing rises. Shearson Lehman's Broker Dealer Affiliate program creates key business relations and provides lucrative financial opportunities.

One of the top producing Brokers in Asia reveals,   *Sponsored* |
"Shearson Lehman is one of the few direct lenders that has industry experts who value and understand the securities lending market landscape as well as the needs and cultures of their clients. Their loan process is transparent, simple, fast, and easy to follow."

Current market conditions make it the perfect opportunity to take advantage of record low interest rates. SBL program offers non-recourse loans up to 65% LTV with no personal or corporate guarantee. Shearson Lehman also provides the flexibility of providing both Title Transfer Loan and Non-Title Transfer Loan.

Shearson Lehman is a global brand that appreciates different cultures and firmly believes in establishing keen contractual relationships. If you are interested to learn more about the Broker Dealer Affiliate program, please contact Shearson Lehman Brothers Investment Banking wealth management division at wealthmanagement@shearsonlehmanbrothers.com.

For information visit www.shearsonlehmanbrothers.com

**Contact**
Shearson Lehman Brothers Investment Banking
wealthmanagement@shearsonlehmanbrothers.com

...........End

Affiliate Marketing For Beginners   ›

Best Investments For Seniors   ›

High Yield Safe Investments   ›

| Follow | Embed | PDF / Print |

Email   : ***@shearsonlehmanbrothers.com ✔
Tags    : Broker Dealer, Stock Loans
Industry : Loans
Location : New York City - New York - United States

Account Email Address ✔   Account Phone Number ✔   Disclaimer   Report Abuse

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1861 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1087 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 754 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

"The Central Authority" Movie Wraps Production - 611 views

**Top Daily News**

New Halloween Designs Released - 177 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 162 views

Remedation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 160 views

Get Business Credit & Financing For Your Business - 151 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 147 views

**PTC News**

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 575 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

Apr 07, 2020 News

### *Shearson Lehman Brothers Investment Banking* PRs

Asia's Alternative Energy Sector Becomes Front-Page News as Shearson Lehman Vows to Invest Millions

Shearson Lehman Adds a New Local Custodian and Eases SBL Requirements in Hong Kong!

Shearson Lehman is Entering into Negotiations to Invest $250 million in Alternative Energy

### Trending News

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner

United Midwest Savings Bank Facilitates SBA Loan To Innovative Minority Small Business

Susteen partners with Cyan Forensics to deliver rapid scanning of smartphones in the field

Adelante SCM and PINC Launch the First Annual State of Yard Management Report

MarketKeep Partners with The Law Offices of Nicholas J Del Pizzo

### Most Viewed

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1861 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1087 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 754 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

"The Central Authority" Movie Wraps Production - 611 views

### Top Daily News

New Halloween Designs Released - 177 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 162 views

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 160 views

Get Business Credit & Financing For Your Business - 151 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 147 views

SiteMap | Privacy Policy | Terms of Service | Copyright Notice | About | Advertise

**Like PRLog?**

9K  2K  1K



## PRLOG
Press Release Distribution

**News By Tag**
- Securities, financing
- More Tags...

**Industry News**
- Banking
- More Industries...

**News By Place**
- Hong Kong
- Hong Kong Island
- Hong Kong
- More Locations...

**Country(s)**
- United States
- Australia
- India
- Hong Kong
- England
- China
- - - -
- More Countries

Industry News

All News

Exclusive News

**October 2020**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |

### SHEARSON LEHMAN
Brothers Investment Banking

# Shearson Lehman Adds a New Local Custodian and Eases SBL Requirements in Hong Kong!

*By: Shearson Lehman Brothers Investment Banking*

**HONG KONG - May 1, 2020** -- *PRLog* --
Shearson Lehman Brothers Investment Banking has entered a new Broker Dealer relationship with ZD Securities. ZD Securities has officially agreed to be the Custodian for Shearson Lehman in Hong Kong. This new custodian is an addition to the existing business portfolio which includes financial institutions such as Citibank, HSBC, and Deutsche Bank to name a few. The recent ease of restrictions for Hong Kong based Securities Backed Lending (SBL) program at Shearson Lehman has increased popularity for SBL financing making it an energetic, aggressive market.

3-Minute WACC Video

2,301 Likes 464,403 Views

Weighted Average Cost of Capital, Free Playlist of Selected Finance Videos

mbabull.com

OPEN

Recently, Shearson Lehman has funded multiple transactions in Hong Kong ranging from $10 Million - $150 Million. Fixed Interest rates start at 2% and loan terms range from 1-10 years. Shearson Lehman now offers SBL program to both restricted and non-restricted securities in Hong Kong. Boldly, Shearson Lehman waives daily trading volume requirement to ease eligibility and qualification process.

Additionally, Shearson Lehman's SBL program offers non-recourse loans up to 65% LTV with no personal or corporate guarantee. Shearson Lehman also allows the flexibility of providing both Title Transfer Loan and Non-Title Transfer Loan. Shearson Lehman's non-recourse SBL program is a very attractive and simple solution compared to traditional financing methods for institutional investors and ultra-high net-worth clients to quickly obtain access to funds from their investment portfolio.

Shearson Lehman understands and values building healthy client relationships in the Hong Kong region that will grow with this new local venture with ZD Securities as one of the Custodians. Shearson Lehman is an international investment banking boutique that appreciates different cultures and understands the importance of developing strong contractual bonds. To learn more, please contact Shearson Lehman Brothers Investment Banking at wealthmanagement@shearsonlehmanbrothers.com.

**Spread the Word**



**Listed Under**

**Tag:**
- Securities, financing

**Industry:**
- Banking

**Location:**
- Hong Kong - Hong Kong Island - Hong Kong

**Contact**
wealthmanagement@shearsonlehmanbrothers.com

............End............

Follow | Embed | PDF / Print

**Email** : ***@shearsonlehmanbrothers.com ✔

Account Email Address ✔   Account Phone Number ✔   Disclaimer   Report Abuse

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1860 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1075 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 751 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

"The Central Authority" Movie Wraps Production - 607 views

**Top Daily News**

New Halloween Designs Released - 175 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 161 views

Get Business Credit & Financing For Your Business - 150 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 145 views

Remedation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 87 views

**PTC News**

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 566 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

May 01, 2020 News

### *Shearson Lehman Brothers Investment Banking* PRs

Asia's Alternative Energy Sector Becomes Front-Page News as Shearson Lehman Vows to Invest Millions

Shearson Lehman is Entering into Negotiations to Invest $250 million in Alternative Energy

### Most Viewed

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1860 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1075 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 751 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

"The Central Authority" Movie Wraps Production - 607 views

### Trending News

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner

United Midwest Savings Bank Facilitates SBA Loan To Innovative Minority Small Business

Susteen partners with Cyan Forensics to deliver rapid scanning of smartphones in the field

Adelante SCM and PINC Launch the First Annual State of Yard Management Report

MarketKeep Partners with The Law Offices of Nicholas J Del Pizzo

### Top Daily News

New Halloween Designs Released - 175 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 161 views

Get Business Credit & Financing For Your Business - 150 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 145 views

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 87 views



Blend documents, data, and conversation
Collaboration in Salesforce
together more done in one now!

LEARN MORE

SiteMap | Privacy Policy | Terms of Service | Copyright Notice | About | Advertise

**Like PRLog?**

9K   2K   1K



**PRLOG**
Press Release Distribution

[Search field] Search

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution

**News By Tag**
- Investment
- More Tags...

**Industry News**
- Banking
- More Industries...

**News By Place**
- New York City
- New York
- United States
- More Locations...

**Country(s)**
- United States
- Australia
- India
- Hong Kong
- England
- China
- - - -
- More Countries

Industry News

All News

Exclusive News

**October 2020**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|-----|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |

SHEARSON LEHMAN
Brothers Investment Banking

# Asia's Alternative Energy Sector Becomes Front-Page News as Shearson Lehman Vows to Invest Millions

Shearson Lehman eyes Asia for its next big renewable energy investment

*By: Shearson Lehman Brothers Investment Banking*

**NEW YORK - Aug. 24, 2020** - *PRLog* -- In a move that the pundits in the energy investment industry have been expecting for a while now, Shearson Lehman – a Lehman Brother company that offers specialized and personalized wealth management solutions and services – has announced that it will soon be turning to the Asian markets for its next set of investments in alternative energy.

Earlier this year, the company announced a $250 million investment in international alternative energy, $100 million out of which went into a European company with wind turbines operations in Asia, Australia and Europe and the other $150 million were invested in a Spanish company for its solar and wind energy projects in South America and Africa.

Best Energy Sector Stocks ⟩

5 Best Stocks To Invest In ⟩

Renewable Energy Stocks To Buy ⟩

Sponsored |

**Spread the Word**

---

**Listed Under**

**Tag:**
- Investment

**Industry:**
- Banking

**Location:**
- New York City - New York - US

---

According to company representatives, Shearson Lehman is already vetting project proposals and negotiating with multiple parties whose work in wind and solar energy has received praise from industry gurus.

It is expected that the over the next few months, as the effects of the COVID-19 pandemic recede, Shearson Lehman will go through a final round of project selection and negotiations before choosing the projects the company wants to back and announce the magnitude of its investment.

This series of investment decisions spanning over multiple continents is a strategic move by Shearson Lehman evidently aimed at expanding the company's presence in the multi-continental alternative energy markets and may add a new dimension to the company's already impressive portfolio of investment products and services to its prestigious clientele.

Shearson Lehman's clientele has recently shown immense interest in this new direction and the Securities Backed Lending (SBL) program in key markets on virtually all continents, including Hong Kong, Indonesia, Latin America, Malaysia, Singapore, Turkey, United Kingdom, among others.

The company aims to secure its investment for Asia's alternative energy projects from its growing portfolio of blue-chip enterprise and individual clients. It is expected that this new body of investments could also amount to over $150 million.

Speaking about this direction for the company's imminent future, Senior Executive Vice President of Shearson Lehman's Wealth Management Division said, "We are headed towards another revolutionary change which requires investing into the proper channels to building a better and greater future of tomorrow filled with growth and prosperity."

**Company Contact Information**

Shearson Lehman is a Lehman Brothers company. It is a premier boutique investment banking firm offering direct financing solutions to a global clientele. More details about Shearson Lehman can be found on their business website (https://www.shearsonlehmanbrothers.com) or via email

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1860 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1075 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 751 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

"The Central Authority" Movie Wraps Production - 607 views

**Top Daily News**

New Halloween Designs Released - 175 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 161 views

Get Business Credit & Financing For Your Business - 150 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 145 views

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 87 views

**PTC News**

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 566 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

Aug 24, 2020 News

(wealthmanagement@shearsonlehmanbrothers.com) while inquiries can also be made via phone calls to (332) 228-0152.

··············End··········································································································································

Follow   Embed   PDF / Print

Email    : ***@shearsonlehmanbrothers.com ✔
Phone    : 3322280157
Tags     : Investment
Industry : Banking
Location : New York City - New York - United States

Account Email Address ✔   Account Phone Number ✔    Disclaimer   Report Abuse

**Shearson Lehman Brothers Investment Banking PRs**

Shearson Lehman Adds a New Local Custodian and Eases SBL Requirements in Hong Kong!

Shearson Lehman is Entering into Negotiations to Invest $250 million in Alternative Energy

**Trending News**

Remedation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner

United Midwest Savings Bank Facilitates SBA Loan To Innovative Minority Small Business

Susteen partners with Cyan Forensics to deliver rapid scanning of smartphones in the field

Adelante SCM and PINC Launch the First Annual State of Yard Management Report

MarketKeep Partners with The Law Offices of Nicholas J Del Pizzo

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1860 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1075 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 751 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

"The Central Authority" Movie Wraps Production - 607 views

**Top Daily News**

New Halloween Designs Released - 175 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 161 views

Get Business Credit & Financing For Your Business - 150 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 145 views

Remedation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 87 views

Today's Refinance Rate

**2.40%**
APR 15 Year Fixed

Select Loan Amount

$

**$225,000**

Calculate Payment

Terms & Conditions apply. NMLS#1136

SiteMap  |  Privacy Policy  |  Terms of Service  |  Copyright Notice  |  About  |  Advertise

**Like PRLog?**

9K   2K   1K