# EXHIBIT 42

**Generated on:** This page was generated by TSDR on 2020-09-30 17:50:51 EDT

**Mark:** CREDIT SUISSE FIRST BOSTON

Credit Suisse First Boston

**US Serial Number:** 88568392

**Application Filing Date:** Aug. 06, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 02, 2020

**Date Abandoned:** May 14, 2020

## Mark Information

**Mark Literal Elements:** CREDIT SUISSE FIRST BOSTON

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Lincoln Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 02, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 02, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 13, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 13, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 13, 2019 | NON-FINAL ACTION WRITTEN | 81094 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 81094 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** KUNG, KAELIE ELIZABETH

**Law Office Assigned:** LAW OFFICE 103

### File Location

**Current Location:** TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 02, 2020

Generated on: This page was generated by TSDR on 2020-09-30 17:51:09 EDT

Mark: BNP PARIBAS FORTIS

BNP Paribas Fortis

| | | | |
|---|---|---|---|
| US Serial Number: | 88568383 | Application Filing Date: | Aug. 06, 2019 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |

TM5 Common Status Descriptor:

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

Status: Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

Status Date: Jun. 02, 2020

Date Abandoned: May 13, 2020

# Mark Information

Mark Literal Elements: BNP PARIBAS FORTIS

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

# Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Securities Lending; Financing Publicly Traded Securities

International Class(es): 036 - Primary Class    U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Basis: 1(b)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

# Current Owner(s) Information

Owner Name: Lincoln Capital Ltd.

Owner Address: New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country Where Organized:** BELIZE

---

# Attorney/Correspondence Information

| **Attorney of Record** |
|---|

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com      **Attorney Email Authorized:** Yes

| **Correspondent** |
|---|

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM      **Correspondent e-mail Authorized:** Yes

| **Domestic Representative - Not Found** |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 02, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 02, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 12, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION WRITTEN | 81094 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 81094 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| **TM Staff Information** |
|---|

**TM Attorney:** KUNG, KAELIE ELIZABETH      **Law Office Assigned:** LAW OFFICE 103

| **File Location** |
|---|

**Current Location:** TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED      **Date in Location:** Jun. 02, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:51:29 EDT

**Mark:** FORTIS N.V.

Fortis N.V.

| | | | |
|---|---|---|---|
| **US Serial Number:** 88568370 | | **Application Filing Date:** Aug. 06, 2019 | |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 02, 2020

**Date Abandoned:** May 13, 2020

## Mark Information

**Mark Literal Elements:** FORTIS N.V.

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** Lincoln Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 02, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 02, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 12, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION WRITTEN | 81094 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 81094 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** KUNG, KAELIE ELIZABETH

**Law Office Assigned:** LAW OFFICE 103

### File Location

**Current Location:** TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 02, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:51:49 EDT

**Mark:** ASTOR CAPITAL

Astor Capital

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88568375 | **Application Filing Date:** | Aug. 06, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 02, 2020

**Date Abandoned:** May 14, 2020

# Mark Information

**Mark Literal Elements:** ASTOR CAPITAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

# Current Owner(s) Information

**Owner Name:** Lincoln Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

---

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 02, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 02, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 13, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 13, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 13, 2019 | NON-FINAL ACTION WRITTEN | 81094 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 81094 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** KUNG, KAELIE ELIZABETH

**Law Office Assigned:** LAW OFFICE 103

**File Location**

**Current Location:** TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 02, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:52:19 EDT

**Mark:** MAYER AMSCHEL ROTHSCHILD CAPITAL

Mayer Amschel Rothschild
Capital

| | | | |
|---|---|---|---|
| **US Serial Number:** 88568356 | | **Application Filing Date:** Aug. 06, 2019 | |
| **Filed as TEAS RF:** Yes | | **Currently TEAS RF:** Yes | |
| **Register:** Principal | | | |
| **Mark Type:** Service Mark | | | |

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 02, 2020

**Date Abandoned:** May 13, 2020

## Mark Information

**Mark Literal Elements:** MAYER AMSCHEL ROTHSCHILD CAPITAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class      **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No | |
| **Filed ITU:** Yes | | **Currently ITU:** Yes | |
| **Filed 44D:** No | | **Currently 44E:** No | |
| **Filed 44E:** No | | **Currently 66A:** No | |
| **Filed 66A:** No | | **Currently No Basis:** No | |
| **Filed No Basis:** No | | | |

## Current Owner(s) Information

**Owner Name:** Lincoln Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 02, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 02, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 12, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION WRITTEN | 81094 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 81094 |
| Oct. 31, 2019 | LETTER OF PROTEST ACCEPTED | |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** KUNG, KAELIE ELIZABETH

**Law Office Assigned:** LAW OFFICE 103

**File Location**

**Current Location:** TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 02, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:52:40 EDT

**Mark:** SAMUEL WALTON CAPITAL

Samuel Walton Capital

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88568332 | **Application Filing Date:** | Aug. 06, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 02, 2020

**Date Abandoned:** May 13, 2020

## Mark Information

**Mark Literal Elements:** SAMUEL WALTON CAPITAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Lincoln Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com jt@jtsinghlaw.com

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 02, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 02, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 12, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION WRITTEN | 81094 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 81094 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** KUNG, KAELIE ELIZABETH

**Law Office Assigned:** LAW OFFICE 103

### File Location

**Current Location:** TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 02, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:52:58 EDT

**Mark:** LAZARD FRERES & CO.

Lazard Freres & Co.

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88568313 | **Application Filing Date:** | Aug. 06, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**  DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 02, 2020

**Date Abandoned:** May 13, 2020

## Mark Information

**Mark Literal Elements:** LAZARD FRERES & CO.

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Lincoln Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

| | |
|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | BELIZE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | JT SINGH |
| **Attorney Primary Email Address:** | jt@jtsinghlaw.com |
| **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JT SINGH<br>MILES PHILLIP S.W., GOLDSON HIGHWAY<br>BELIZE CITY, BELIZE BELIZE |
| **Correspondent e-mail:** | jt@jtsinghlaw.com JT@MANNYSINGH.COM |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 02, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 02, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 12, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION WRITTEN | 81094 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 81094 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | KUNG, KAELIE ELIZABETH |
| **Law Office Assigned:** | LAW OFFICE 103 |

### File Location

| | |
|---|---|
| **Current Location:** | TMEG LAW OFFICE 103 - EXAMINING ATTORNEY ASSIGNED |
| **Date in Location:** | Jun. 02, 2020 |

**Generated on:** This page was generated by TSDR on 2020-09-30 17:53:23 EDT

**Mark:** UBS PAINE WEBBER

UBS Paine Webber

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88571547 | **Application Filing Date:** | Aug. 08, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | DEAD/APPLICATION/Refused/Dismissed or Invalidated | |

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 08, 2020

**Date Abandoned:** Apr. 27, 2020

## Mark Information

**Mark Literal Elements:** UBS PAINE WEBBER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL, LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771

NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BAHAMAS

# Attorney/Correspondence Information

| Attorney of Record |
|---|

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

| Correspondent |
|---|

**Correspondent Name/Address:** JT SINGH
OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Correspondent e-mail:** jt@jtsinghlaw.com niuj12@outlook.com

**Correspondent e-mail Authorized:** Yes

| Domestic Representative - Not Found |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 08, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 24, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION WRITTEN | 93662 |
| Oct. 17, 2019 | ASSIGNED TO EXAMINER | 93662 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Aug. 25, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 12, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information |
|---|

**TM Attorney:** MCBRIDE, CAMERON L

**Law Office Assigned:** LAW OFFICE 106

| File Location |
|---|

**Current Location:** TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 08, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:53:52 EDT

**Mark:** PRICE WATERHOUSE COOPERS

Price Waterhouse Coopers

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88536616 | **Application Filing Date:** | Jul. 25, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 08, 2020

**Date Abandoned:** Apr. 27, 2020

## Mark Information

**Mark Literal Elements:** PRICE WATERHOUSE COOPERS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, corporate workout, debt restructuring, receivership, and loan resolution for commercial loans

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL, LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771

NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BAHAMAS

# Attorney/Correspondence Information

| Attorney of Record |
|---|

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized** Yes

| Correspondent |
|---|

**Correspondent Name/Address:** JT SINGH
BLACK ROCK CAPITAL LLC
OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Correspondent e-mail:** jt@jtsinghlaw.com

**Correspondent e-mail Authorized:** Yes

| Domestic Representative - Not Found |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 08, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 24, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION WRITTEN | 93662 |
| Oct. 17, 2019 | ASSIGNED TO EXAMINER | 93662 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 06, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 06, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 02, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 29, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information |
|---|

**TM Attorney:** MCBRIDE, CAMERON L

**Law Office Assigned:** LAW OFFICE 106

| File Location |
|---|

**Current Location:** TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 08, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:54:13 EDT

**Mark:** ARTHUR ANDERSEN

Arthur Andersen

| | |
|---|---|
| **US Serial Number:** 88536605 | **Application Filing Date:** Jul. 25, 2019 |
| **Filed as TEAS RF:** Yes | **Currently TEAS RF:** Yes |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**TM5 Common Status Descriptor:** 

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 08, 2020

**Date Abandoned:** Apr. 27, 2020

## Mark Information

**Mark Literal Elements:** ARTHUR ANDERSEN

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Lining and Stippling Statement:** The stippling is a feature of the mark and does not indicate color.

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, corporate workout, debt restructuring, receivership, and loan resolution for commercial loans

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** No | | **Currently Use:** No |
| **Filed ITU:** Yes | | **Currently ITU:** Yes |
| **Filed 44D:** No | | **Currently 44E:** No |
| **Filed 44E:** No | | **Currently 66A:** No |
| **Filed 66A:** No | | **Currently No Basis:** No |
| **Filed No Basis:** No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | BLACK ROCK CAPITAL, LLC |
| **Owner Address:** | OLD FORT #4 - WESTERN ROAD, SP-63 771<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>NASSAU, NEW PROVIDENCE BAHAMAS |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country** BAHAMAS
**Where Organized:**

# Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| **Attorney Name:** | JT SINGH |
| **Attorney Primary Email Address:** | jt@jtsinghlaw.com |

**Attorney Email** Yes
**Authorized:**

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | JT SINGH<br>BLACK ROCK CAPITAL LLC<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>NASSAU, NEW PROVIDENCE BAHAMAS |
| **Correspondent e-mail:** | jt@jtsinghlaw.com |

**Correspondent e-** Yes
**mail Authorized:**

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 08, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 24, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION WRITTEN | 93662 |
| Oct. 17, 2019 | ASSIGNED TO EXAMINER | 93662 |
| Aug. 26, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 26, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 06, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 06, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 02, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 29, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | |
|---|---|
| **TM Attorney:** | MCBRIDE, CAMERON L |

**Law Office** LAW OFFICE 106
**Assigned:**

### File Location

| | |
|---|---|
| **Current Location:** | TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED |

**Date in Location:** Jun. 08, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:54:33 EDT

**Mark:** CORNELIUS VANDERBILT

Cornelius Vanderbilt

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88536590 | **Application Filing Date:** | Jul. 25, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 08, 2020

**Date Abandoned:** Apr. 27, 2020

## Mark Information

**Mark Literal Elements:** CORNELIUS VANDERBILT

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, corporate workout, debt restructuring, receivership, and loan resolution for commercial loans

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL, LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771

NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY  **State or Country** BAHAMAS
**Where Organized:**

# Attorney/Correspondence Information

| Attorney of Record | |
|---|---|
| **Attorney Name:** JT SINGH | |
| **Attorney Primary Email Address:** jt@jtsinghlaw.com | **Attorney Email Authorized** Yes |

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** JT SINGH<br>BLACK ROCK CAPITAL LLC<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>NASSAU, NEW PROVIDENCE BAHAMAS | |
| **Correspondent e-mail:** jt@jtsinghlaw.com | **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 08, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 24, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION WRITTEN | 93662 |
| Oct. 17, 2019 | ASSIGNED TO EXAMINER | 93662 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 06, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 06, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 02, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 29, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** MCBRIDE, CAMERON L | **Law Office Assigned:** LAW OFFICE 106 |

| File Location | |
|---|---|
| **Current Location:** TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** Jun. 08, 2020 |

**Generated on:** This page was generated by TSDR on 2020-09-30 17:54:48 EDT

**Mark:** JOHN D. ROCKEFELLER

John D. Rockefeller

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88536572 | **Application Filing Date:** | Jul. 25, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 08, 2020

**Date Abandoned:** Apr. 27, 2020

## Mark Information

**Mark Literal Elements:** JOHN D. ROCKEFELLER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, corporate workout, debt restructuring, receivership, and loan resolution for commercial loans

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL, LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771

NASSAU, NEW PROVIDENCE BAHAMAS

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | BAHAMAS |

# Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | JT SINGH | | |
| **Attorney Primary Email Address:** | jt@jtsinghlaw.com | **Attorney Email Authorized** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | JT SINGH<br>BLACK ROCK CAPITAL LLC<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>NASSAU, NEW PROVIDENCE BAHAMAS | | |
| **Correspondent e-mail:** | jt@jtsinghlaw.com | **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 08, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 24, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION WRITTEN | 93662 |
| Oct. 17, 2019 | ASSIGNED TO EXAMINER | 93662 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 06, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 06, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 02, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 29, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

| | | | |
|---|---|---|---|
| **TM Attorney:** | MCBRIDE, CAMERON L | **Law Office Assigned:** | LAW OFFICE 106 |

### File Location

| | | | |
|---|---|---|---|
| **Current Location:** | TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Jun. 08, 2020 |

**Generated on:** This page was generated by TSDR on 2020-09-30 17:55:07 EDT

**Mark:** ANDREW CARNEGIE

*Andrew Carnegie*

**US Serial Number:** 88536550

**Application Filing Date:** Jul. 25, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 08, 2020

**Date Abandoned:** Apr. 27, 2020

## Mark Information

**Mark Literal Elements:** ANDREW CARNEGIE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, corporate workout, debt restructuring, receivership, and loan resolution for commercial loans

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL, LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771

NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BAHAMAS

# Attorney/Correspondence Information

| Attorney of Record | |
|---|---|
| **Attorney Name:** JT SINGH | |
| **Attorney Primary Email Address:** jt@jtsinghlaw.com | **Attorney Email Authorized** Yes |
| **Correspondent** | |
| **Correspondent Name/Address:** JT SINGH<br>BLACK ROCK CAPITAL LLC<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>OLD FORT #4 - WESTERN ROAD, SP-63 771<br>NASSAU, NEW PROVIDENCE BAHAMAS | |
| **Correspondent e-mail:** jt@jtsinghlaw.com | **Correspondent e-mail Authorized:** Yes |
| **Domestic Representative - Not Found** | |

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 08, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 24, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION WRITTEN | 93662 |
| Oct. 17, 2019 | ASSIGNED TO EXAMINER | 93662 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 06, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 06, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 02, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 29, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** MCBRIDE, CAMERON L | **Law Office Assigned:** LAW OFFICE 106 |
| **File Location** | |
| **Current Location:** TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** Jun. 08, 2020 |

**Generated on:** This page was generated by TSDR on 2020-09-30 17:55:27 EDT

**Mark:** SAL. OPPENHEIM

Sal. Oppenheim

| | | | |
|---|---|---|---|
| **US Serial Number:** 88536535 | | **Application Filing Date:** Jul. 25, 2019 | |

**Filed as TEAS RF:** Yes                    **Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 08, 2020

**Date Abandoned:** Apr. 27, 2020

## Mark Information

**Mark Literal Elements:** SAL. OPPENHEIM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, corporate workout, debt restructuring, receivership, and loan resolution for commercial loans

**International Class(es):** 036 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No                    **Currently Use:** No

**Filed ITU:** Yes                    **Currently ITU:** Yes

**Filed 44D:** No                    **Currently 44E:** No

**Filed 44E:** No                    **Currently 66A:** No

**Filed 66A:** No                    **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL, LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771

NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BAHAMAS

# Attorney/Correspondence Information

| Attorney of Record |
|---|

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized** Yes

| Correspondent |
|---|

**Correspondent Name/Address:** JT SINGH
BLACK ROCK CAPITAL LLC
OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Correspondent e-mail:** jt@jtsinghlaw.com

**Correspondent e-mail Authorized:** Yes

| Domestic Representative - Not Found |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 08, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Oct. 24, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 24, 2019 | NON-FINAL ACTION WRITTEN | 93662 |
| Oct. 17, 2019 | ASSIGNED TO EXAMINER | 93662 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 06, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 06, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 02, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 29, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information |
|---|

**TM Attorney:** MCBRIDE, CAMERON L

**Law Office Assigned:** LAW OFFICE 106

| File Location |
|---|

**Current Location:** TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 08, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:55:57 EDT

**Mark:** OPPENHEIM

Oppenheim

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88568112 | **Application Filing Date:** | Aug. 06, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 05, 2020

**Date Abandoned:** May 13, 2020

## Mark Information

**Mark Literal Elements:** OPPENHEIM

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771

NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country Where Organized:** BAHAMAS

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com    **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** BLACK ROCK CAPITAL LLC
BLACK ROCK CAPITAL LLC
OLD FORT #4 - WESTERN ROAD, SP-63 771
OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Correspondent e-mail:** jt@jtsinghlaw.com niuj12@outlook.com    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 08, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 05, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 12, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION WRITTEN | 94657 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94657 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 29, 2019 | ASSIGNED TO LIE | 76568 |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** RUSKIN, MATTHEW SEAN    **Law Office Assigned:** LAW OFFICE 106

**File Location**

**Current Location:** TMEG LAW OFFICE 106 - EXAMINING ATTORNEY ASSIGNED    **Date in Location:** Jun. 05, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:56:16 EDT

**Mark:** BENTLEY ROTHSCHILD

*Bentley Rothschild*

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88457938 | **Application Filing Date:** | Jun. 03, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Apr. 10, 2020

**Date Abandoned:** Mar. 17, 2020

# Mark Information

**Mark Literal Elements:** BENTLEY ROTHSCHILD

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
* Brackets [..] indicate deleted goods/services;
* Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
* Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, advising corporations on debt and financial restructuring, bankruptcy reorganization and divestitures, namely, sales of entities and their stock and assets; strategic planning and capital raising for corporations, start-ups, emerging companies, private equity fund and other similar corporate entities; stock loans; arranging financing for start-ups, emerging companies, private equity funds and other similar corporate entities; merchant banking; investment banking; underwriting, namely, underwriting offers of securities as manager, co-manager or syndicate member; private placements; investment management and advice; financial consultancy, planning, research and appraisal of corporate entities; financial evaluation and other wealth management services, namely, for high net worth individuals, for pension and other institutional accounts; trading and dealing in stocks, securities and other financial products, namely, bonds and advisory services relating thereto; brokerage and dealer services in the field of stocks and securities; providing financial news and information via a global communication network; financial investment and financial advisory services in the field of real estate; leasing of real estate; real estate acquisition services; real estate appraisal; real estate equity sharing, namely, managing and arranging for co-ownership of real estate; and real estate investment and real estate management

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |

**Filed No Basis:** No

# Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL LLC
**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS
**Legal Entity Type:** LIMITED LIABILITY COMPANY    **State or Country** BAHAMAS
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** JT SINGH
**Attorney Primary** jt@jtsinghlaw.com    **Attorney Email** Yes
**Email Address:**    **Authorized:**

**Correspondent**

**Correspondent** JT SINGH
**Name/Address:** 132 E. 43 rd Street
New York, NEW YORK UNITED STATES 10017
**Correspondent e-** jt@jtsinghlaw.com jt@jtsinghlaw.com    **Correspondent e-** Yes
**mail:**    **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Apr. 10, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Apr. 10, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Sep. 16, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 16, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 16, 2019 | NON-FINAL ACTION WRITTEN | 91245 |
| Sep. 04, 2019 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 66213 |
| Aug. 30, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 30, 2019 | AMENDMENT FROM APPLICANT ENTERED | 66213 |
| Aug. 30, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 66213 |
| Aug. 30, 2019 | ASSIGNED TO LIE | 66213 |
| Aug. 23, 2019 | PAPER RECEIVED | |
| Aug. 22, 2019 | ASSIGNED TO EXAMINER | 91245 |
| Jun. 18, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 06, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SEVERSON, JUSTIN    **Law Office** LAW OFFICE 111
**Assigned:**

**File Location**

**Current Location:** TMO LAW OFFICE 111 - EXAMINING    **Date in Location:** Apr. 10, 2020
ATTORNEY ASSIGNED

**Generated on:** This page was generated by TSDR on 2020-09-30 17:56:32 EDT

**Mark:** PENN STATE FINANCIAL

PENN STATE FINANCIAL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88457959 | **Application Filing Date:** | Jun. 03, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 24, 2020

**Date Abandoned:** Mar. 12, 2020

# Mark Information

**Mark Literal Elements:** PENN STATE FINANCIAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FINANCIAL"

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, advising corporations on debt and financial restructuring, bankruptcy reorganization and divestitures, namely, sales of entities and their stock and assets; strategic planning and capital raising for corporations, start-ups, emerging companies, private equity fund and other similar corporate entities; stock loans; arranging financing for start-ups, emerging companies, private equity funds and other similar corporate entities; merchant banking; investment banking; underwriting, namely, underwriting offers of securities as manager, co-manager or syndicate member; private placements; investment management and advice; financial consultancy, planning, research and appraisal of corporate entities; financial evaluation and other wealth management services, namely, for high net worth individuals, for pension and other institutional accounts; trading and dealing in stocks, securities and other financial products, namely, bonds and advisory services relating thereto; brokerage and dealer services in the field of stocks and securities; providing financial news and information via a global communication network; financial investment and financial advisory services in the field of real estate; leasing of real estate; real estate acquisition services; real estate appraisal; real estate equity sharing, namely, managing and arranging for co-ownership of real estate; and real estate investment and real estate management

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |

**Filed 66A:** No                                              **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY          **State or Country** BAHAMAS
**Where Organized:**

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** BLACK ROCK CAPITAL LLC
BLACK ROCK CAPITAL LLC
OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 24, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Mar. 24, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Sep. 11, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION WRITTEN | 91245 |
| Aug. 22, 2019 | ASSIGNED TO EXAMINER | 91245 |
| Jun. 18, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 06, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SEVERSON, JUSTIN          **Law Office** LAW OFFICE 111
**Assigned:**

**File Location**

**Current Location:** TMO LAW OFFICE 111 - EXAMINING          **Date in Location:** Mar. 24, 2020
ATTORNEY ASSIGNED

**Generated on:** This page was generated by TSDR on 2020-09-30 17:56:51 EDT

**Mark:** WASHINGTON MUTUAL

WASHINGTON MUTUAL

**US Serial Number:** 88457955

**Application Filing Date:** Jun. 03, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 24, 2020

**Date Abandoned:** Mar. 12, 2020

## Mark Information

**Mark Literal Elements:** WASHINGTON MUTUAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY      **State or Country**  BAHAMAS
                                                      **Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** JT SINGH

**Attorney Primary**  jt@jtsinghlaw.com           **Attorney Email**  Yes
**Email Address:**                                 **Authorized:**

**Correspondent**

**Correspondent**  JT SINGH
**Name/Address:**  6610 N. University Drive
                   Florida, FLORIDA UNITED STATES 33321

**Correspondent e-**  jt@jtsinghlaw.com jt@jtsinghlaw.com      **Correspondent e-**  Yes
**mail:**                                                       **mail Authorized:**

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 24, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Mar. 24, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Sep. 11, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION WRITTEN | 91245 |
| Sep. 04, 2019 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Sep. 04, 2019 | ASSIGNED TO LIE | 68552 |
| Aug. 28, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 22, 2019 | ASSIGNED TO EXAMINER | 91245 |
| Jun. 18, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 06, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SEVERSON, JUSTIN      **Law Office**  LAW OFFICE 111
                                        **Assigned:**

**File Location**

**Current Location:** TMO LAW OFFICE 111 - EXAMINING      **Date in Location:**  Mar. 24, 2020
                      ATTORNEY ASSIGNED

**Generated on:** This page was generated by TSDR on 2020-09-30 17:57:07 EDT

**Mark:** BEAR STEARNS

BEAR STEARNS

**US Serial Number:** 88457949

**Application Filing Date:** Jun. 03, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** 

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 24, 2020

**Date Abandoned:** Mar. 12, 2020

## Mark Information

**Mark Literal Elements:** BEAR STEARNS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

Legal Entity Type: LIMITED LIABILITY COMPANY    State or Country BAHAMAS
Where Organized:

## Attorney/Correspondence Information

**Attorney of Record**

Attorney Name: JT SINGH

Attorney Primary jt@jtsinghlaw.com    Attorney Email Yes
Email Address:    Authorized:

**Correspondent**

Correspondent JT SINGH
Name/Address: 6610 N. University Drive
Florida, FLORIDA UNITED STATES 33321

Correspondent e- jt@jtsinghlaw.com jt@jtsinghlaw.com    Correspondent e- Yes
mail:    mail Authorized:

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 24, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Mar. 24, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Sep. 11, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION WRITTEN | 91245 |
| Sep. 04, 2019 | APPLICANT AMENDMENT PRIOR TO EXAMINATION - ENTERED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Sep. 04, 2019 | ASSIGNED TO LIE | 68552 |
| Aug. 28, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 22, 2019 | ASSIGNED TO EXAMINER | 91245 |
| Jun. 18, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 06, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

TM Attorney: SEVERSON, JUSTIN    Law Office LAW OFFICE 111
Assigned:

**File Location**

Current Location: TMO LAW OFFICE 111 - EXAMINING    Date in Location: Mar. 24, 2020
ATTORNEY ASSIGNED

Generated on: This page was generated by TSDR on 2020-09-30 17:57:26 EDT

Mark: DREYFUS FINANCIAL

Dreyfus Financial

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88457944 | **Application Filing Date:** | Jun. 03, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Mar. 24, 2020

**Date Abandoned:** Mar. 12, 2020

## Mark Information

**Mark Literal Elements:** DREYFUS FINANCIAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "FINANCIAL"

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Financial services, namely, advising corporations on debt and financial restructuring, bankruptcy reorganization and divestitures, namely, sales of entities and their stock and assets; strategic planning and capital raising for corporations, start-ups, emerging companies, private equity fund and other similar corporate entities; stock loans; arranging financing for start-ups, emerging companies, private equity funds and other similar corporate entities; merchant banking; investment banking; underwriting, namely, underwriting offers of securities as manager, co-manager or syndicate member; private placements; investment management and advice; financial consultancy, planning, research and appraisal of corporate entities; financial evaluation and other wealth management services, namely, for high net worth individuals, for pension and other institutional accounts; trading and dealing in stocks, securities and other financial products, namely, bonds and advisory services relating thereto; brokerage and dealer services in the field of stocks and securities; providing financial news and information via a global communication network; financial investment and financial advisory services in the field of real estate; leasing of real estate; real estate acquisition services; real estate appraisal; real estate equity sharing, namely, managing and arranging for co-ownership of real estate; and real estate investment and real estate management

**International Class(es):** 036 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** BLACK ROCK CAPITAL LLC

**Owner Address:** OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BAHAMAS

## Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** BLACK ROCK CAPITAL LLC
BLACK ROCK CAPITAL LLC
OLD FORT #4 - WESTERN ROAD, SP-63 771
NASSAU, NEW PROVIDENCE BAHAMAS

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Mar. 24, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Mar. 24, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Sep. 11, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Sep. 11, 2019 | NON-FINAL ACTION WRITTEN | 91245 |
| Aug. 22, 2019 | ASSIGNED TO EXAMINER | 91245 |
| Jun. 18, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 06, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** SEVERSON, JUSTIN

**Law Office Assigned:** LAW OFFICE 111

**File Location**

**Current Location:** TMO LAW OFFICE 111 - EXAMINING
ATTORNEY ASSIGNED

**Date in Location:** Mar. 24, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:57:43 EDT

**Mark:** GEORGE SOROS CAPITAL

George Soros Capital

**US Serial Number:** 88571143

**Application Filing Date:** Aug. 08, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 04, 2020

**Date Abandoned:** May 12, 2020

## Mark Information

**Mark Literal Elements:** GEORGE SOROS CAPITAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Newburgh Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

| | |
|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | BELIZE |

# Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | JT SINGH |
| **Attorney Primary Email Address:** | jt@jtsinghlaw.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | JT SINGH<br>NEW HORIZON BUILDING<br>GROUND FLOOR, PHILLIP S.W. GOLDSON HGHWY<br>BELIZE CITY, BELIZE BELIZE |
| **Correspondent e-mail:** | jt@jtsinghlaw.com  jt@mannysingh.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 04, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION WRITTEN | 94649 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94649 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 24, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 12, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | GADSON, SHARI B. | **Law Office Assigned:** | LAW OFFICE 120 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | TMO LAW OFFICE 120 - EXAMINING ATTORNEY ASSIGNED | **Date in Location:** | Jun. 04, 2020 |

**Generated on:** This page was generated by TSDR on 2020-09-30 17:58:00 EDT

**Mark:** WARREN BUFFET CAPITAL

WARREN BUFFETT CAPITAL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88568489 | **Application Filing Date:** | Aug. 06, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 04, 2020

**Date Abandoned:** May 12, 2020

## Mark Information

**Mark Literal Elements:** WARREN BUFFET CAPITAL

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Securities Lending; Financing Publicly Traded Securities | | |
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Newburgh Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY  **State or Country Where Organized:** BELIZE

---

# Attorney/Correspondence Information

| **Attorney of Record** |
|---|

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com   **Attorney Email Authorized:** Yes

| **Correspondent** |
|---|

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM   **Correspondent e-mail Authorized:** Yes

| **Domestic Representative - Not Found** |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 04, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION WRITTEN | 94649 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94649 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 13, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 13, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| **TM Staff Information** |
|---|

**TM Attorney:** GADSON, SHARI B.   **Law Office Assigned:** LAW OFFICE 120

| **File Location** |
|---|

**Current Location:** TMO LAW OFFICE 120 - EXAMINING ATTORNEY ASSIGNED   **Date in Location:** Jun. 04, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:58:25 EDT

**Mark:** DEAN WITTER REYNOLDS

Dean Witter Reynolds

**US Serial Number:** 88568478

**Application Filing Date:** Aug. 06, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 04, 2020

**Date Abandoned:** May 12, 2020

## Mark Information

**Mark Literal Elements:** DEAN WITTER REYNOLDS

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Newburgh Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

| | |
|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | BELIZE |

# Attorney/Correspondence Information

| **Attorney of Record** | |
|---|---|

| | |
|---|---|
| **Attorney Name:** | JT SINGH |
| **Attorney Primary Email Address:** | jt@jtsinghlaw.com |
| **Attorney Email Authorized:** | Yes |

| **Correspondent** | |
|---|---|

| | |
|---|---|
| **Correspondent Name/Address:** | JT SINGH MILES PHILLIP S.W., GOLDSON HIGHWAY BELIZE CITY, BELIZE BELIZE |
| **Correspondent e-mail:** | jt@jtsinghlaw.com JT@MANNYSINGH.COM |
| **Correspondent e-mail Authorized:** | Yes |

| **Domestic Representative - Not Found** |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 04, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION WRITTEN | 94649 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94649 |
| Oct. 08, 2019 | LETTER OF PROTEST ACCEPTED | |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| **TM Staff Information** | |
|---|---|

| | |
|---|---|
| **TM Attorney:** | GADSON, SHARI B. |
| **Law Office Assigned:** | LAW OFFICE 120 |

| **File Location** | |
|---|---|

| | |
|---|---|
| **Current Location:** | TMO LAW OFFICE 120 - EXAMINING ATTORNEY ASSIGNED |
| **Date in Location:** | Jun. 04, 2020 |

**Generated on:** This page was generated by TSDR on 2020-09-30 17:58:49 EDT

**Mark:** SALOMON SMITH BARNEY

Salomon Smith Barney

**US Serial Number:** 88568441          **Application Filing Date:** Aug. 06, 2019

**Filed as TEAS RF:** Yes          **Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**  DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 04, 2020

**Date Abandoned:** May 12, 2020

## Mark Information

**Mark Literal Elements:** SALOMON SMITH BARNEY

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No          **Currently Use:** No

**Filed ITU:** Yes          **Currently ITU:** Yes

**Filed 44D:** No          **Currently 44E:** No

**Filed 44E:** No          **Currently 66A:** No

**Filed 66A:** No          **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Newburgh Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

## Attorney/Correspondence Information

| Attorney of Record | |
|---|---|
| **Attorney Name:** | JT SINGH |
| **Attorney Primary Email Address:** | jt@jtsinghlaw.com |
| **Attorney Email Authorized:** | Yes |

| Correspondent | |
|---|---|
| **Correspondent Name/Address:** | JT SINGH MILES PHILLIP S.W., GOLDSON HIGHWAY BELIZE CITY, BELIZE BELIZE |
| **Correspondent e-mail:** | jt@jtsinghlaw.com JT@MANNYSINGH.COM |
| **Correspondent e-mail Authorized:** | Yes |

| Domestic Representative - Not Found |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 04, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION WRITTEN | 94649 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94649 |
| Oct. 08, 2019 | LETTER OF PROTEST ACCEPTED | |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

| TM Staff Information | |
|---|---|
| **TM Attorney:** | GADSON, SHARI B. |
| **Law Office Assigned:** | LAW OFFICE 120 |

| File Location | |
|---|---|
| **Current Location:** | TMO LAW OFFICE 120 - EXAMINING ATTORNEY ASSIGNED |
| **Date in Location:** | Jun. 04, 2020 |

**Generated on:** This page was generated by TSDR on 2020-09-30 17:59:12 EDT

**Mark:** PRUDENTIAL - BACHELOR



| | | | |
|---|---|---|---|
| **US Serial Number:** | 88568466 | **Application Filing Date:** | Aug. 06, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 04, 2020

**Date Abandoned:** May 13, 2020

## Mark Information

**Mark Literal Elements:** PRUDENTIAL - BACHELOR

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

| | | | |
|---|---|---|---|
| **International Class(es):** | 036 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Newburgh Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

# Attorney/Correspondence Information

| Attorney of Record |
|---|

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

| Correspondent |
|---|

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM

**Correspondent e-mail Authorized:** Yes

| Domestic Representative - Not Found |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 04, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 12, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 12, 2019 | NON-FINAL ACTION WRITTEN | 94649 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94649 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 13, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 13, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information |
|---|

**TM Attorney:** GADSON, SHARI B.

**Law Office Assigned:** LAW OFFICE 120

| File Location |
|---|

**Current Location:** TMO LAW OFFICE 120 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 04, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:59:35 EDT

**Mark:** DL & J DONALDSON, LUFKIN, & JENRETTE

DL & J DONALDSON, LUFKIN, & JENRETTE

**US Serial Number:** 88568430

**Application Filing Date:** Aug. 06, 2019

**Filed as TEAS RF:** Yes

**Currently TEAS RF:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 04, 2020

**Date Abandoned:** May 12, 2020

## Mark Information

**Mark Literal Elements:** DL & J DONALDSON, LUFKIN, & JENRETTE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** No

**Filed ITU:** Yes

**Currently ITU:** Yes

**Filed 44D:** No

**Currently 44E:** No

**Filed 44E:** No

**Currently 66A:** No

**Filed 66A:** No

**Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Newburgh Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

---

# Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM

**Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 04, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION WRITTEN | 94649 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94649 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 23, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

### TM Staff Information

**TM Attorney:** GADSON, SHARI B.

**Law Office Assigned:** LAW OFFICE 120

### File Location

**Current Location:** TMO LAW OFFICE 120 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 04, 2020

**Generated on:** This page was generated by TSDR on 2020-09-30 17:59:54 EDT

**Mark:** BACHE & CO.

Bache & Co.

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88568454 | **Application Filing Date:** | Aug. 06, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 04, 2020

**Date Abandoned:** May 12, 2020

## Mark Information

**Mark Literal Elements:** BACHE & CO.

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Securities Lending; Financing Publicly Traded Securities

**International Class(es):** 036 - Primary Class          **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** Newburgh Capital Ltd.

**Owner Address:** New Horizon Building
Ground Floor, Phillip S.W. Goldson Hghwy

Belize City, Belize BELIZE

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** BELIZE

# Attorney/Correspondence Information

| Attorney of Record |
|---|

**Attorney Name:** JT SINGH

**Attorney Primary Email Address:** jt@jtsinghlaw.com

**Attorney Email Authorized:** Yes

| Correspondent |
|---|

**Correspondent Name/Address:** JT SINGH
MILES PHILLIP S.W., GOLDSON HIGHWAY
BELIZE CITY, BELIZE BELIZE

**Correspondent e-mail:** jt@jtsinghlaw.com JT@MANNYSINGH.COM

**Correspondent e-mail Authorized:** Yes

| Domestic Representative - Not Found |
|---|

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 04, 2020 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| Jun. 04, 2020 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 09, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 09, 2019 | NON-FINAL ACTION WRITTEN | 94649 |
| Nov. 05, 2019 | ASSIGNED TO EXAMINER | 94649 |
| Sep. 04, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Sep. 04, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 13, 2019 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 88889 |
| Aug. 13, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Aug. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

| TM Staff Information |
|---|

**TM Attorney:** GADSON, SHARI B.

**Law Office Assigned:** LAW OFFICE 120

| File Location |
|---|

**Current Location:** TMO LAW OFFICE 120 - EXAMINING ATTORNEY ASSIGNED

**Date in Location:** Jun. 04, 2020