# EXHIBIT 43

Home  >   Whois Lookup  >   BearStearnsCompanies.com

# Whois Record for BearStearnsCompanies.com

**▬ Domain Profile**

| | |
|---|---|
| **Registrant** | Registration Private |
| **Registrant Org** | Domains By Proxy, LLC |
| **Registrant Country** | us |
| **Registrar** | GoDaddy.com, LLC<br>IANA ID: 146<br>URL: http://www.godaddy.com<br>Whois Server: whois.godaddy.com<br>abuse@godaddy.com<br>(p) 14806242505 |
| **Registrar Status** | clientDeleteProhibited, clientRenewProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 485 days old<br>Created on 2019-06-10<br>Expires on 2022-06-10<br>Updated on 2020-06-06 |
| **Name Servers** | DNS1.NAMECHEAPHOSTING.COM (has 934,297 domains)<br>DNS2.NAMECHEAPHOSTING.COM (has 934,297 domains) |
| **Tech Contact** | Registration Private<br>Domains By Proxy, LLC<br>DomainsByProxy.com,<br>Scottsdale, Arizona, 85260, us<br>bearstearnscompanies.com@domainsbyproxy.com<br>(p) 14806242599 (f) 14806242598 |
| **IP Address** | 162.0.232.219 - 150 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Georgia - Atlanta - Namecheap Inc. |
| **ASN** | 🇺🇸 AS22612 NAMECHEAP-NET, US (registered Jun 21, 2011) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 12 changes on 12 unique IP addresses over 12 years |
| **Registrar History** | 2 registrars with 1 drop |
| **Hosting History** | 7 changes on 6 unique name servers over 12 years |

## ▬ Website

| Website Title | 🌐 Bear Stearns Companies \| Bear Stearns Companies | ↱ |
|---|---|---|
| **Server Type** | nginx | |
| **Response Code** | 200 | |
| **Terms** | 497 (Unique: 311, Linked: 180) | |
| **Images** | 23 (Alt tags missing: 0) | |
| **Links** | 91  (Internal: 60, Outbound: 0) | |

**Whois Record ( last updated on 2020-10-07 )**

```
Domain Name: bearstearnscompanies.com
Registry Domain ID: 2400877597_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2020-06-06T09:46:37Z
Creation Date: 2019-06-10T22:21:46Z
Registrar Registration Expiration Date: 2022-06-10T22:21:46Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibit
ed
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 14455 N. Hayden Road
Registrant City: Scottsdale
Registrant State/Province: Arizona
Registrant Postal Code: 85260
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax: +1.4806242598
Registrant Fax Ext:
Registrant Email: bearstearnscompanies.com@domainsbyproxy.com
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 14455 N. Hayden Road
Admin City: Scottsdale
Admin State/Province: Arizona
Admin Postal Code: 85260
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax: +1.4806242598
Admin Fax Ext:
Admin Email: bearstearnscompanies.com@domainsbyproxy.com
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
```

```
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 14455 N. Hayden Road
Tech City: Scottsdale
Tech State/Province: Arizona
Tech Postal Code: 85260
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax: +1.4806242598
Tech Fax Ext:
Tech Email:    bearstearnscompanies.com@domainsbyproxy.com

Name Server: DNS1.NAMECHEAPHOSTING.COM
Name Server: DNS2.NAMECHEAPHOSTING.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

TERMS OF USE: The data contained in this registrar's Whois database, while believed by
the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding
 its
accuracy. This information is provided for the sole purpose of assisting you in obtaini
ng
information about domain name registration records. Any use of this data for any other
purpose

is expressly forbidden without the prior written permission of this registrar. By submi
tting
an inquiry, you agree to these terms and limitations of warranty. In particular, you ag
ree not

to use this data to allow, enable, or otherwise support the dissemination or collection
 of
this
data, in part or in its entirety, for any purpose, such as transmission by e-
mail, telephone,
postal mail, facsimile or other means of mass unsolicited, commercial advertising or
solicitations
of any kind, including spam. You further agree not to use this data to enable high volu
me,
automated
or robotic electronic processes designed to collect or compile this data for any purpos
e,
including
mining this data for your own personal or commercial purposes. Failure to comply with t
hese
terms
may result in termination of access to the Whois database. These terms may be subject t
o
modification
at any time without notice.
```



**Tools**

| Hosting History | |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Buy This Domain ▾ | |
| Visit Website | |

| ⬇ Preview the Full Domain Report |
|---|

## Available TLDs

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| BearStearnsCompani… | View Whois |
|---|---|
| BearStearnsCompani… | View Whois |
| BearStearnsCompani… | View Whois |
| BearStearnsCompani… | Buy Domain |
| BearStearnsCompani… | Buy Domain |
| BearStearnsCompani… | Buy Domain |



Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information
© 2020 DomainTools