# EXHIBIT 44





Link: https://www.bearstearnscompanies.com/challenges-for-investors-in-2019-and-beyond
Title: Challenges for Investors in 2019 and Beyond | Bear Stearns Companies
Date: 09 17 2020



# BEAR STEARNS COMPANIES

HOME  OUR FIRM  INVESTMENT BANKING  ASSET MANAGEMENT  RESEARCH  OUR PEOPLE  CAREERS

18 September 2019

# Challenges for Investors in 2019 and Beyond

### The US has done well, but for how much longer?

The fiscal surge following the launch of the government's new tax policy upended many market forecasts. The resultant uptick in earnings and growth, along with the appreciation of the dollar against other major currencies was a welcome boost amidst ongoing political turmoil. But this surge is not expected to last, and the first question investors need to be asking is "Will the Fed be able to slow the fall?"

The Fed's interest rate increase policy could have a drastic effect on market behavior, and it is likely the dollar will take a downturn. The US government's unpredictability and revolving-door policy will likely make outcomes even more uncertain.



### Recession doom-sayers issue warnings for 2020.

Following the Fed's policy are worries over the direction that corporate growth and earnings will take this year. Corporate debt-to-cash ratios alone are reasons to worry. The increasing gap between corporate and US government bond rates has led to calls for corporations to mend their ways and slow these damaging policies. Whether that can happen in 2019 remains to be seen, recent economic indicators are not optimistic.

### US equities still worth a look.

If the economic shock can be cushioned by appropriate monetary policies by the Fed, there will still be value to be found in equities in 2019. The S&P has done well so far in 2019, investors should be wary of overvaluation though.

### Investors looking to the east left to wonder.

US-China trade relations may be on the rocks, but a strengthening yuan (+7%), and a focused approach on stimulus from the Central Bank seem to be helping the economy. With bank lending standards relaxed, and government borrowing expanded to as high as 3% of GDP, some stability can be expected for this year at least. The question is whether the ongoing trade war with the US will upset the status quo. With no end in sight for this spat, corporate assets could start being squeezed, and inflation reawakened. Alongside potential China problems, there is pressure on emerging markets in other Asian countries, including Japan.

### Emerging markets offer opportunity.

The emerging markets have generally continued to improve, yet 2017 highs have never been regained. Luckily global growth, while slowing, has remained stable. Growth, barring a dip in May, has continued in 2019 so far, but these opportunities remain vulnerable to shifts on a global level.

### Investors need to keep an eye out for any change in the weather.

Most analysts do not see recession right around the corner, but they are urging investors to stay flexible and be ready to change direction. It is unclear whether the anticipated downward trend will signal a short post-peak dip, or something more serious.

With geopolitical events having an increasingly greater impact on profit in 2019, investors must watch out for changes in policy that will have short and long term effects.

At Bear Stearns we continuously monitor global trends and adjust our strategies accordingly to provide the highest level advice and opportunities to our clients.

For more information contact us at: info@bearstearnscompanies.com

Bear Stearns embraces initiatives that drive economic growth and deliver real, sustainable benefits to humanity. You can talk to us on how we can work together to actualize your propositions in energy or other sectors and maximize your returns.



Link: https://www.bearstearnscompanies.com/our-firm/about-us
Title: About Us | Bear Stearns Companies
Date: 09 17 2020



# ABOUT US

### Bear Stearns Is The New Leader In Sustainable Growth

The original Bear Stearns was started on May 1, 1923 as a US based Equity Trading house with a partnership between Joseph A. Bear, Robert B. Stearns and Harold C. Mayer. The company thrived in the booming post war capital expansion surge bringing investment options to the masses. Bear Stearns showed its depth and resolve by not only surviving the Great Depression but avoiding the devastating layoffs and closures that were so common during that period. Bear Stearns was instrumental in making history by developing the bond market in response to President Franklin Roosevelt's infrastructure development initiatives as the country struggled out of the Depression. Through the subsequent decades Bear Stearns continued to be a revolutionary driving force in bond trading and during the 1940's was instrumental in the evolution of the rail industry through key mergers and acquisitions.

By 1948 international expansion began and through the 50's became one of the originators of block trading strategies. Throughout the 1960's Bear Stearns became a household name among investors and was highly successful in pioneering the retail business model we know today developing into a financial powerhouse that continued to make history in the trendsetting strategies and key investments that they developed. By the 1980's Bear Stearns had become a billion dollar powerhouse and grew into a publicly traded company in 1985 becoming globally recognized as a dominant full service investment brokerage and investment banking firm specializing in capital markets, securities trading and lending, wealth management and global clearing services until it was acquired by a global Investment Bank and ceased operations in 2008 during the global financial crisis of that time.

The firm has been revitalized by a partnership with a group of influential investment bankers and a select group of private investors. The New Bear Stearns continues the legacy of forward thinking and global investment banking reach across most major financial markets of the world.

We provide specialized financial services for exclusive corporations, governments, financial institutions and select private individuals across a wide range asset of management and investment banking products.

The New Bear Stearns is committed to leading change initiatives to improve economic practices. Bear Stearns will be at the forefront of restructuring those practices for the benefit of humanity and the environment. The New Bear Stearns maintains regional offices on five continents.



### Corporate Social Responsibility

Today's enlightened consumers expect increased accountability from those with whom they do business, a shift in social expectations toward greater social, environment and economic outcomes.

Check also:


OUR PURPOSE


OUR CULTURE


GIVING BACK


OUR RESPONSIBILITY



















## MAKING CAPITAL WORK FOR THE BENEFIT OF ALL

Across the globe a strong desire to restructure traditional economic practices for the benefit of humanity and the environment is on the rise. The New Bear Stearns is committed to leading that evolution.

## IMPACT INVESTING

CURRENTLY WE ARE ACTIVELY INVOLVED IN THE FOLLOWING SECTORS:

- Renewable energy
- Climate change
- Sustainable agriculture
- Healthcare

- Education
- Housing
- Micro-finance
- Pollution prevention

- Gender lens investing
- Infrastructure
- Water
- Indigenous

Find out more








Bear Stearns is currently expanding our team across a broad range of roles. We are a rapidly growing company with teams in place all around the globe. If you're an experienced professional or a student/graduate we would love to hear from you. Please submit a resume and cover letter and our Human Resources Department will get back to you should you be selected for our placement process.



WE NEED YOUR MIND

Our Clients



Link: https://www.bearstearnscompanies.com/our-firm/our-responsibility
Title: Our Responsibility | Bear Stearns Companies
Date: 09/02/2020

# OUR RESPONSIBILITY

WE BELIEVE IN RESPONSIBLE CONDUCT. OUR MANTRA, "MAKING CAPITAL WORK FOR THE BENEFIT OF ALL," IS A PRINCIPAL THAT GUIDES US THROUGH OUR DAY-TO-DAY OPERATIONS.

We are committed to adhering to our Code of Conduct and assuming corporate responsibility in every facet of our work.



BEAR STEARNS ACTION AREAS:



## PHILANTHROPY

The Bear Stearns Foundation is dedicated to working with nonprofit organizations to 'give back' in the following areas:
- Job creation in emerging economies
- Women's focused small business expansion
- Waste management and reforestation projects
- Community development
- Education efforts for the underserved and underprivileged

## COMMUNITY ENGAGEMENT

Bear Stearns provides local opportunities for employees to utilize their talents to aid the communities in which they work and live. We believe that our employees understand the powerful benefits of giving back through fundraising efforts and volunteering activities. Our Volunteer Reward Program rewards our employees in more ways than just financial incentives from our company. It provides benefits that can only come from helping others and seeing the positive impacts of such.



## SOCIAL & ENVIRONMENTAL

At Bear Stearns, we are committed to the highest standards of ethical behavior and business practices. We believe all our partners and stakeholders should have similar standards. We carefully evaluate and develop an understanding of each client's business, expertise and reputation. We use a tailored approach in our risk mitigation practices for each entity to ensure the best results for our client's long-term interests. In doing so, we ensure sustainable growth practices that better serve the clients, communities and our firm.

## BEAR STEARNS' SUSTAINABLE BUSINESS OPERATIONS

Our company is dedicated to reducing waste in our corporate operations. We primarily focus on reduction of energy consumption, recycling efforts, and efficiency innovation. We promote environmentally friendly forms of transportation, energy efficient products for lighting and heating our offices, paper waste reduction and recycling.



Bear Stearns Foundation funds only charitable, not-for-profit organizations exempt from federal income taxation under section 501(c)(3) of the Internal Revenue Code or equivalent. Furthermore, we do not directly fund the following types of organizations, activities or purposes regardless of tax status:

- Organizations that discriminate against any of their employees or applicants for employment because of age, race, color, religion, creed, citizenship status, marital status, sexual orientation, sex, gender identity, genetic information, national origin, disability, veteran status or any other protected status under applicable law (e.g., civil union status, height, weight, arrest record and status with regard to public assistance, to the extent protected under applicable law)
- Athletic teams or social groups
- Endowments or capital campaigns (exceptions are made by invitation only)
- Fraternal organizations
- Funds to pay down operating deficits
- Higher education, unless program is specifically within guidelines
- Individuals
- Parent-teacher associations
- Programs designed to promote religious or political doctrines
- Public agencies

Check also:


OUR VALUES


OUR PURPOSE


CULTURE

GIVING BACK

Our Clients

...ments and Foundations    Corporations    Defined Contribution Plans    Financial Sponsors    Financial Institutions    Governments    Hedge Funds

140 Broadway,
46th Floor
New York,
NY 10005

Interoceanic Canal Center
200 B, Suite 126
Calle 53 Este,
Marbella,
Panama APDO 0834-
0253
República de Panamá

8 Harp Lane
London Bridge
London
Greater London
SE1 2HB
United Kingdom

GET A QUOTE
REQUEST INFORMATION
CONTACT US

info@bearstearnscompanies.com
+1 (888) 747-4823

copyright © 2019 Bear Stearns Companies



15 September 2019

# America's Storm Clouds of Recession

**Key Points**

- The ongoing trade war with China is devaluing their currency and China is retaliating at the US tariffs by halting imports of American goods, including grain.
- The wide yield curve of US Treasury Bonds is a concern for the economy because they can indicate a downturn.
- Manufacturing is declining globally except for the United States and Canada.
- Expanding US tariffs are compelling China to implement an economic stimulus.

In the eleven years following the great recession, the United States has prospered in a record-long period of growth. However, recent political and economic developments have threatened this growth. In the last eighteen months the US has steadily raised tariffs on Chinese imports, leading to their retaliation with their own tariffs. These retaliations have included the halting of American grain imports and a revaluation of the Yuan. Yesterday these developments lead to a 700 point fall in the Dow Jones Industrial Average (DJIA).

While the stock market has rebounded from this momentary instability, there are signals that the business cycle could be entering a period of economic instability.



## Inverting Government Debt

On Monday, the yield curve of United States Treasury Bonds reached a peak spread of 32 points. The yield curve is a measure of the difference in bond interest rates. In a nominal economy, the longer maturity bond should have a higher yield than a shorter maturity bond. However in recent months the curve has inverted, with the shorter term 3-month bonds producing higher yields than 10-year bonds. The last time this inversion occurred in 2007, the economy was unstable and would soon enter a recession. This inversion also proceeded recessions of the last fifty years.

## The Manufacturing PMI Index Recession

The investment bank J.P. Morgan surveys manufacturing globally to compute their PMI index. This PMI index is a composite score of seven figures unique to each economy. They are new orders, new exports, employment, input prices, output prices, and future output. In the last three months, all of these figures except for input prices and future output have declined overseas. This manufacturing recession is already in progress in the Pacific countries of China, Japan, South Korea, and Taiwan. Manufacturing is also in recession in the European countries of France, Germany, and the United Kingdom. However the PMI Index is still growing marginally in the United States and Canada. This growth is unlikely to continue with the 10% tariffs about to be implemented by the Trump Administration.

## The China Stimulus

With President Trump's latest threat to tax over three hundred billion dollars of Chinese imports at a 10% tariff on top of existing tariffs, the Chinese are concerned that the tariffs will lead to a contraction of their economy from 6.5% to 6%. In order to combat this downturn, analysts at Goldman Sachs are speculating that China will soon implement a stimulus in the form of tax cuts. The Goldman analysts are also expecting a 2.7% decline in Chinese exports. This decline could further compel China to expand its stimulus beyond the tax cuts.

Recession is a threat to every business. Managers need to educate themselves on the details of international economics to best prepare for the incoming recession.

At Bear Stearns we watch macro-economic indicators on a national and global scale vigilantly seeking ways to protect and provide opportunities to our clients across all sectors. With each downturn, recession or market shift comes opportunity for those that have the right information. Providing that information to our clients is our commitment.

For more information contact us at: info@bearstearnscompanies.com

Bear Stearns embraces initiatives that drive economic growth and deliver real, sustainable benefits to humanity. You can talk to us on how we can work together to actualize your propositions in energy or other sectors and maximize your returns.







# EQUITY CAPITAL MARKETS

The Equity Capital Markets team initiates, structures and executes equity linked financings such as initial public offerings, convertibles and derivatives. Our ECM teams are broken into the following categories:



### EQUITY ORIGINATION GROUP

The Equity Origination Group specializes in working with corporations raising capital and executes financing deals such as IPOs, follow-on offerings, block trades, share repurchases as well as private placements across a broad range of industry sectors on a global scale. We pride ourselves in advising issuers through each step of the transaction through the most challenging market conditions.

### SYNDICATE GROUP

In order to diversify the risk involved in many of the larger equity deals it is standard practice to work with other banks and financial institutions to collaborate on deal execution. The Syndicate Group specializes in initiating and managing these partnerships or integrating with an existing framework.





### CONVERTIBLE BONDS GROUP

Equity linked convertible bonds are a powerful option for many corporations looking to raise capital. The Convertible Bonds Group works with corporations to identify opportunity and offers advice on ideal strategies as well as advises and facilitates execution of the strategy.

### PRIVATE PLACEMENT GROUP

The Private Placement Group works with corporations to execute the sale of equity outside the broad market offerings. By advising on timing and strategy and attracting groups of key large investors across many sectors and geographical areas our Private Placement Group is instrumental in accessing capital for most types of mid to large corporations.



Check also:


MERGERS AND ACQUISITIONS


FINANCING


GLOBAL CAPITAL MARKETS









































