AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Osman Qureshi__
was received by me on *(date)* __Oct 19, 2020__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Arusa & Haleem Qureshi__, who is designated by law to accept service of process on behalf of *(name of organization)* __Osman Qureshi 22923 Arbor Cove Lane Richmond__ on *(date)* __10-22-2020__
__Texas__

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __10/23/2020__

*Reginald Morgan*
Server's signature

__Reginald Morgan PSC#17795__
Printed name and title

__P.O. Box 269 Missouri City, TX 77459__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BARCLAYS PLC and<br>BARCLAYS CAPITAL INC.<br><br>*Plaintiff(s)*<br>v.<br>VLADIMIR "VAL" SKLAROV, individually and dba "SHEARSON LEHMAN BROTHERS," "SHEARSON LEHMAN," "LEHMAN BROTHERS," et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 20-cv-8437<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Osman Qureshi
22923 Arbor Cove Lane
Richmond, TX 77407-644

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric J. Shimanoff
Cowan, Liebowitz & Latrman, P.C.
114 West 47th Street
21st Floor
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/14/2020

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK OF THE STATE OF NEW YORK      COUNTY OF

**Plaintiff / Petitioner:**
Barclays PLC and Barclays Capital Inc.

**Defendant / Respondent:**
Vladimir "Val" Sklarov, et al

**AFFIDAVIT OF SERVICE**

Index No:
20-cv-8437

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at P.O. BOX 269, MISSOURI CITY, TX 77459. That on Thu, Oct 22 2020 AT 06:50 PM AT 22923 Arbor Cove Lane, Richmond, TX 77407 deponent served the within COMPLAINT, EXHIBITS 1-46, SUMMONS IN A CIVIL ACTION, NATURE OF SUIT, BASIS OF JURISDICTION, RULE 7.1 STATEMENT, NOTICE OF APPEARANCE, ELECTRONIC CASE FILING RULES & INSTRUCTIONS (Received Oct 19, 2020 at 4:00pm CDT) on Osman Qureshi

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to Parent's of Osman Qureshi a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 65    Ethnicity: Middle Eastern    Gender: Female    Weight: 180
Height: 5'6"    Hair: Gray    Eyes: Brown    Relationship: Mother
Other: The mother as described previously was accompanied by an older male, age 65+, 5'. 7, 160 lbs, gray hair, fair complexion with villalago skin in his face and ears, wearing dark colored slacks and a button down shirt and sandals.

_Reginald Morgan_ (signature)

Reginald Morgan

Sworn to before me on October 23, 2020

_Angelique Beall_ (signature)
Notary Public

ANGELIQUE BEALL
Notary Public, State of Texas
Comm. Expires 04-12-2024
Notary ID 128953676

CAUSE NO. 20-cv-8437

| | | |
|---|---|---|
| Barclays PLC and Barclays Capital Inc. | § § § | UNITED STATES DISTRICT COURT FOR THE |
| Plaintiff, | § | |
| VS. | § § | FOR THE SOUTHERN DISTRICT OF NEW YORK |
| Vladimir "Val" Sklarov, et al | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Reginald Morgan** who, being by me duly sworn, deposed and said:

"The following came to hand on **Oct 19, 2020, 4:00 pm,**

**COMPLAINT, EXHIBITS 1-46, SUMMONS IN A CIVIL ACTION, NATURE OF SUIT, BASIS OF JURISDICTION, RULE 7.1 STATEMENT, NOTICE OF APPEARANCE, ELECTRONIC CASE FILING RULES & INSTRUCTIONS,**

and was executed at **22923 Arbor Cove Lane, Richmond, TX 77407** within the county of **FORT BEND** at **06:50 PM** on **Thu, Oct 22 2020**, by delivering a true copy to the within named

**OSMAN QURESHI RECEIVED BY: PARENT'S OF OSMAN QURESHI**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_Reginald Morgan_

Reginald Morgan

BEFORE ME, a Notary Public, on this day personally appeared **Reginald Morgan**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 10-23-2020

_Angelique Beall_
Notary Public, State of Texas

ANGELIQUE BEALL
Notary Public, State of Texas
Comm. Expires 04-12-2024
Notary ID 128953676

*handwritten note:* served family member / RW 10/22/20 6:50 PM / ✗ Refused to sign but acknowledge that the defendant does live there!

Eric J. Shimanoff (ejs@cll.com)
Joelle A. Milov (jam@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036
(212) 790-9200
*Attorneys for Plaintiffs Barclays PLC and Barclays Capital Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

BARCLAYS PLC and BARCLAYS CAPITAL INC.

      Plaintiffs,

 -against-

VLADIMIR "VAL" SKLAROV, individually and dba "SHEARSON LEHMAN BROTHERS," "SHEARSON LEHMAN," "LEHMAN BROTHERS," "SHEARSON LEHMAN BROTHERS INVESTMENT BANKING" and "SHEARSON LEHMAN INVESTMENT BANKING"; OSMAN QUREISHI, individually and dba "SHEARSON LEHMAN BROTHERS," "SHEARSON LEHMAN," "LEHMAN BROTHERS," "SHEARSON LEHMAN BROTHERS INVESTMENT BANKING" and "SHEARSON LEHMAN INVESTMENT BANKING"; BLACK ROCK CAPITAL LLC; NEWBURGH CAPITAL LTD.; LINCOLN CAPITAL LTD.; JAITEGH "JT" SINGH; JOHN DOES 1-10; and XYZ CORPORATIONS 1-10,

      Defendants.

------------------------------------------------------------- x

Civil Action No. 20-cv-8437

**COMPLAINT**

**JURY TRIAL DEMANDED**

28827/162/3557472