

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Joelle A. Milov**
Attorney
(212) 790-9247
jam@cll.com

February 19, 2021

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: <u>Barclays PLC et al v. Sklarov et al</u>, Case 1:20-cv-08437-LAK

Dear Hon. Judge Kaplan:

    We represent Plaintiffs in the above-referenced action. We write to request an adjournment of the Initial Pretrial Conference.

    The Initial Pretrial Conference is scheduled before Your Honor on February 23, 2021 at 10:00 AM. The parties have been negotiating a settlement, but the negotiation process is not yet complete. Plaintiffs request that the Court adjourn the Initial Pretrial Conference for at least 30 days from the originally scheduled Initial Pretrial Conference or for such other date that is convenient for the Court, so that the parties can continue their negotiations.

    Counsel for Defendants, who has not yet appeared, has consented to this request. No prior requests have been made.

                                      Respectfully submitted,

                                      Joelle A. Milov

cc:    All Counsel of Record (by ECF)