UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

BARCLAYS PLC and BARCLAYS CAPITAL
INC.

                        Plaintiffs,

    -against-

VLADIMIR "VAL" SKLAROV, individually
and dba "SHEARSON LEHMAN
BROTHERS," "SHEARSON LEHMAN,"
"LEHMAN BROTHERS," "SHEARSON
LEHMAN BROTHERS INVESTMENT
BANKING" and "SHEARSON LEHMAN
INVESTMENT BANKING"; OSMAN
QUREISHI, individually and dba "SHEARSON
LEHMAN BROTHERS," "SHEARSON
LEHMAN," "LEHMAN BROTHERS,"
"SHEARSON LEHMAN BROTHERS
INVESTMENT BANKING" and "SHEARSON
LEHMAN INVESTMENT BANKING";
BLACK ROCK CAPITAL LLC; NEWBURGH
CAPITAL LTD.; LINCOLN CAPITAL LTD.;
JAITEGH "JT" SINGH; JOHN DOES 1-10;
and XYZ CORPORATIONS 1-10,

                        Defendants.

------------------------------------------------------------- x

No. 20-cv-8437 (LAK)

**CONSENT JUDGMENT AND
PERMANENT INJUNCTION**

        **WHEREAS**, Plaintiffs Barclays PLC and Barclays Capital Inc. (collectively, "Plaintiffs") are the owners of record of names and trademarks containing or comprising LEHMAN, including without limitation LEHMAN BROTHERS, in connection with financial and related goods and services (the "LEHMAN Names and Marks").

        **WHEREAS**, Defendants Vladimir "Val" Sklarov, individually and dba "Shearson Lehman Brothers" "Shearson Lehman," "Lehman Brothers," "Shearson Lehman Brothers Investment Banking" and "Shearson Lehman Investment Banking" ("Sklarov"), Osman

Qureishi, individually and dba "Shearson Lehman Brothers," "Shearson Lehman," "Lehman Brothers," "Shearson Lehman Brothers Investment Banking" and "Shearson Lehman Investment Banking" ("Qureishi"), Black Rock Capital LLC ("Black Rock"), Newburgh Capital Ltd. ("Newburgh"), Lincoln Capital Ltd. ("Lincoln"), Jaitegh "JT" Singh ("Singh") and XYZ Corporation 1, now identified as Cerebequity Holdings Ltd. ("Cerebequity") (collectively, "Defendants"), have directly and/or indirectly used, registered and/or sought to register names, trademarks and/or domain names containing or comprising "Lehman Brothers" and/or "Lehman" in connection with financial and related services, including without limitation "Lehman," "Lehman Brothers," "Shearson Lehman Brothers," "Shearson Lehman," "Shearson Lehman Brothers Investment Banking," "Shearson Lehman Investment Banking" and <shearsonlehmanbrothers.com>, including without limitation in the following stylizations:





(collectively, the "Infringing Names and Marks").

**WHEREAS**, Defendant Sklarov represents that he owns and controls Black Rock, Newburgh, Lincoln and Cerebequity and has the authority to execute this Consent Judgment and Permanent Injunction on their behalf.

**WHEREAS**, Plaintiffs commenced this action against Defendants for false designation of origin, cybersquatting and trademark dilution under the Lanham Act of 1946, as amended, 15 U.S.C. § 1501 *et seq*. and trademark dilution, deceptive trade practices and unfair competition under the laws of the state of New York.

**WHEREAS**, in this Consent Judgment and Permanent Injunction:

    a.    "Lehman Brothers" shall mean Lehman Brothers Holdings Inc., its present and former subsidiaries and affiliates, and/or each of their predecessors, licensees, assignors and assigns.

    b.    "Lehman Font" shall mean the following font:



    c.    "Shearson Lehman Stylizations" shall mean the following stylizations:



3

**SHEARSON LEHMAN BROTHERS**

d.   "Infringing Website" shall mean Defendants' website located at www.shearsonlehmanbrothers.com, excerpts from which are attached hereto as **Exhibit A**.

e.   "Querishi's LinkedIn Profile" shall mean the LinkedIn profile currently located at https://www.linkedin.com/in/osman-qureishi-ab2434100/, excerpts from which are attached hereto as **Exhibit B**.

f.   "SLRA" shall mean Defendants' document entitled "Securities Lending Referral Agreement," a copy of which is attached hereto as **Exhibit C**.

g.   "Broker Flyer" shall mean Defendants' document entitled "2020 Broker Dealer Affiliate Program," a copy of which is attached hereto as **Exhibit D**.

h.   "Direct Lender Flyer" shall mean Defendants' document entitled "Direct Lender for Global Securities Backed Lending Program," a copy of which is attached hereto as **Exhibit E**.

i.   "Press Releases" shall mean Defendants' press releases entitled "Shearson Lehman is Entering into Negotiations to Invest $250 million in Alternative Energy" (March 20, 2020), "Shearson Lehman Brothers Investment Banking Broker Dealer Affiliate Program is Available World Wide" (April 7, 2020), "Shearson Lehman Adds a New Local Custodian and Eases SBL Requirements in Hong Kong!" (May 1, 2020) and "Asia's Alternative Energy Sector Becomes Front-Page News as Shearson Lehman Vows to Invest Millions" (August 24, 2020), copies of which are attached hereto as **Exhibit F**.

j.   "Andorra Registrations" shall mean Trademark Registration No. 41125 for the mark LEHMAN BROTHERS and Trademark Registration No. 41044 for the mark SHEARSON LEHMAN, both filed in the name of Newburgh with the Office of Trademarks of the Principality of Andorra.

k.   "Panama Application" shall mean Trademark Application No. M279372-01 for the mark SHEARSON LEHMAN BROTHERS &

4

SHEARSON LEHMAN BROTHERS

Design (                              ), filed in the name of Lincoln with the Directorate General of the Industrial Property Registry - Ministry of Commerce and Industries in Panama.

l.    "Serbia Application" shall mean Trademark Application No. 2020/0000906 for the mark LEHMAN filed in the name of Cerebequity with the Intellectual Property Office of the Republic of Serbia.

m.   "Slovenia Application" shall mean Trademark Application No. 202070650 for the mark LEHMAN filed in the name of Cerebequity with the Slovenian Intellectual Property Office.

n.    "Anguilla Application" shall mean Trademark Application No. 99312264 for the mark LEHMAN filed in the name of Cerebequity with the Commercial Registry the Government of Anguilla.

o.    "Philippines Application" shall mean Trademark Application No. 42020513991 for the mark LEHMAN filed in the name of Cerebequity with the Intellectual Property Office of the Philippines.

p.    "Cayman Islands Registration" shall mean Registration No. T0001738 for the mark LEHMAN filed in the name of Cerebequity with the Cayman Islands Intellectual Property Office.

q.    "Nepal Application" shall mean Trademark Application No. 7667 for the mark SHEARSON LEHMAN BROTHERS field in the name of Newburgh with the Nepal Ministry of Industry.

r.    "Belize Applications" shall mean Trademark Application No. 15947.20 for the mark SHEARSON LEHMAN BROTHERS filed by Black Rock and another application for the mark LEHMAN filed by Cerebequity with the Belize Intellectual Property Office.

**WHEREAS**, Plaintiffs and Defendants have reached an amicable agreement for resolution of this action;

**NOW, THEREFORE**, upon consent of the parties, it is hereby Ordered, Adjudged and Decreed as follows:

1.    This Court has jurisdiction over the parties hereto and over the subject matter in issue, and venue is proper in this district.

28827/169/3701046

2.     Defendants and their agents, servants, representatives, employees, successors and assigns, and all those persons or entities in active concert or participation with any of them who receive actual notice of this Consent Judgment and Permanent Injunction, are and shall be permanently enjoined and restrained world-wide from:

      a.     using, registering or seeking to register any name, designation, corporate name, domain name, URL, email address, social media handle, account name, trade name, trade mark or service mark containing, comprising or confusingly similar to the LEHMAN Names and Marks, SHEARSON, BARCLAYS or BARCLAY, including without limitation the Infringing Names and Marks, including without limitation orally and in all media, including without limitation the Infringing Website or any other website, Qureishi's LinkedIn profile or any other social media platform, emails and correspondence, agreements, including without limitation the SLRA, marketing and recruiting documents, including without limitation the Broker Flyer and the Direct Lender Flyer, the Press Releases and any other press release distributed by Defendants;

      b.     making any statements or taking any actions likely to cause consumers to believe mistakenly that Defendants are affiliated or associated with Lehman Brothers or Barclays, including without limitation by: (i) using the address 200 Vesey Street, New York, New York or any other address previously or currently associated with Barclays or Lehman Brothers; (ii) using the Lehman Font or Shearson Lehman Stylizations; and (iii) using other names or marks previously or currently associated with Barclays or Lehman Brothers, including without limitation NOMURA, NEUBERGER, BERMAN, AURORA, CROSSROADS, KUHN, LOEB, AMERICAN EXPRESS, HUTTON and STIFEL; and

      c.     encouraging, directing or assisting others to do the same.

3.     Defendants and their agents, servants, representatives, employees, successors and assigns, and all those persons or entities in active concert or participation with any of them who receive actual notice of this Consent Judgment and Permanent Injunction, shall perform the following within thirty (30) calendar days of the entry of this Order :

      a.     disable access world-wide to the Infringing Website;

28827/169/3701046

b.   transfer to Plaintiffs the domain name <shearsonlehmanbrothers.com>, and any other domain name in their possession, custody or control containing, comprising or confusingly similar to the LEHMAN Names and Marks;

c.   retract the Press Releases and any other press releases by Defendants that use the LEHMAN Marks and/or the Infringing Names and Marks;

d.   withdraw and permanently abandon or cause to withdraw and to permanently abandon all registrations or applications to register marks, within their possession, custody or control or over which they have authority, containing, comprising or confusing similar to the LEHMAN Marks world-wide, including without limitation the Andorra Registrations, the Panama Application, the Serbia Application, the Slovenia Application, the Anguilla Application, the Philippines Application, the Cayman Islands Registration, the Nepal Application and the Belize Applications.

4.     Defendants are directed to file with the Court and serve upon Plaintiffs, within sixty (60) calendar days after entry of this Consent Judgment and Permanent Injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the provisions set forth above, including the deletion, removal, transfer, destruction, recall, withdrawal, abandonment or cancellation of any materials or documents as required herein.

5.     Each and every term of this Consent Judgment and Permanent Injunction shall be deemed to be separately enforceable.

6.     This Court shall retain jurisdiction over the subject matter in issue and the parties for the purpose of enforcement of this Consent Judgment and Permanent Injunction and each of the provisions hereof.

7.     No bond or posting of security is required in connection with the entry of this Consent Judgment and Permanent Injunction.

28827/169/3701046

8.    Defendants agree to email service in any proceedings for contempt of or to enforce this Consent Judgment and Permanent Injunction.

9.    The parties waive their right to appeal or otherwise contest this Consent Judgment and Permanent Injunction, which may be entered without further notice to any party.

10.    This Consent Judgment and Permanent Injunction may be executed in multiple counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument.   Faxed and/or emailed signatures will be valid and enforceable as if originals.

11.    The undersigned individuals hereby warrant and represent they have full authority to execute this Consent Judgment and Permanent Injunction on behalf of the party for which they signed.

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

28827/169/3701046

**AGREED AS TO FORM AND SUBSTANCE BY THE PARTIES:**

**BARCLAYS PLC**

By_____

Name:  Marcus Southerden
Title:   Head of IP Legal EME and APAC
Date:   5 March 2021

**BARCLAYS CAPITAL INC.**

By   /s/ Andrew Tannenbaum_____

Name: Andrew Tannenbaum
Title:  Managing Director, Legal
Date:  2 March 2021

**BLACK ROCK CAPITAL LLC**

By_____

Name:
Title:
Date:

**NEWBURGH CAPITAL LTD.**

By_____

Name:
Title:
Date:

**LINCOLN CAPITAL LTD.**

By_____

Name:
Title:
Date:

**CEREBEQUITY HOLDINGS LTD.**

By_____

Name:
Title:
Date:

**VLADIMIR "VAL" SKLAROV**

_____

Date:

**OSMAN QUREISHI**

_____

Date:

**JAITEGH "JT" SINGH**

_____

Date:

**AGREED AS TO FORM AND SUBSTANCE BY THE PARTIES:**

**BARCLAYS PLC**

By_____

Name:
Title:
Date:

**BARCLAYS CAPITAL INC.**

By _Andrew Tannenbaum_  _____
   1-4BAFF14CA29199...

Name:    Andrew Tannenbaum
Title:       Managing Director, Legal
Date:  3/8/2021

**BLACK ROCK CAPITAL LLC**

By_____

Name:
Title:
Date:

**NEWBURGH CAPITAL LTD.**

By_____

Name:
Title:
Date:

**LINCOLN CAPITAL LTD.**

By_____

Name:
Title:
Date:

**CEREBEQUITY HOLDINGS LTD.**

By_____

Name:
Title:
Date:

**VLADIMIR "VAL" SKLAROV**

_____

Date:

**OSMAN QUREISHI**

_____

Date:

**JAITEGH "JT" SINGH**

_____

Date:

9

**AGREED AS TO FORM AND SUBSTANCE BY THE PARTIES:**

**BARCLAYS PLC**

By_____

Name:
Title:
Date:

**BARCLAYS CAPITAL INC.**

By_____

Name:
Title:
Date:

**BLACK ROCK CAPITAL LLC**

By_____

Name: Val Sklarov
Title: March 15, 2021 Manager
Date: March 15, 2021

**NEWBURGH CAPITAL LTD.**

By_____

Name: Val Sklarov
Title: Manager
Date: March 15, 2021

**LINCOLN CAPITAL LTD.**

By_____

Name: Val Sklarov
Title: Manager
Date: March 15, 2021

**CEREBEQUITY HOLDINGS LTD.**

By_____

Name: Val Sklarov
Title: Manager
Date: March 15, 2021

**VLADIMIR "VAL" SKLAROV**

_____

Date: March 15, 2021

**OSMAN QUREISHI**

_____

Date:

**JAITEGH "JT" SINGH**

_____

Date: 03/15/2021

9

AGREED AS TO FORM AND SUBSTANCE BY THE PARTIES:

**BARCLAYS PLC**                                    **BARCLAYS CAPITAL INC.**

By _____                         By _____

Name:                                              Name:
Title:                                             Title:
Date:                                              Date:

**BLACK ROCK CAPITAL LLC**                          **NEWBURGH CAPITAL LTD.**

By _____                         By _____

Name:                                              Name:
Title:                                             Title:
Date:                                              Date:

**LINCOLN CAPITAL LTD.**                            **CEREBEQUITY HOLDINGS LTD.**

By _____                         By _____

Name:                                              Name:
Title:                                             Title:
Date:                                              Date:

**VLADIMIR "VAL" SKLAROV**                          **OSMAN QUREISHI**

_____                            _____

Date:                                              Date:

**JAITEGH "JT" SINGH**

_____

Date:

**AGREED AS TO FORM AND SUBSTANCE BY COUNSEL FOR THE PARTIES:**

COWAN, LIEBOWITZ & LATMAN, P.C.

By:_____
      Eric J. Shimanoff, Esq.

114 West 47th Street
New York, NY 10036
(212) 790-9200
ejs@cll.com

*Attorneys for Plaintiffs*

Dated: _____03/17/2021_____

LAW OFFICES OF MICHAEL B.
MCCRACKEN, PC

By:_____
      Michael T. McCracken, Esq.

10 South LaSalle Street, Suite 1600
Chicago, IL 60603
(630) 926-5696
michael.t.mccracken@gmail.com

*Attorneys for Defendants*

Dated: _____3/17/21_____

**APPROVED AND SO ORDERED** this _17th_ day of _March_, 2021.

_____
Lewis A. Kaplan, United States District Judge

# EXHIBIT A







Case 1:20-cv-08437-LAK   Document 41   Filed 03/17/21   Page 18 of 47



Case 1:20-cv-08437-LAK   Document 41   Filed 03/17/21   Page 19 of 47



# EXHIBIT B

Title: Osman Qureshi | LinkedIn
Link: https://www.linkedin.com/in/osman-qureshi-ab2434190/detail/recent-activity/
Date: 08 14 2020















# EXHIBIT C


# SECURITIES LENDING REFERRAL AGREEMENT ("SLRA")

This Securities Lending Referral Agreement ("SLRA"), established as of _____
between Shearson Lehman Brothers Investment Banking ("Shearson Lehman"),       and
_____ ,
a
Securities Lending

Agent ("Agent") who resides at _____
, both known hereafter in this SLRA, as the ("Parties") and individually as the ("Party").

In consideration of the mutual terms, premises, conditions, and covenants in this Agreement, satisfaction of which is acknowledged, Shearson Lehman and Agent hereby agree to as follows:

## 1. Background and Engagement

Agent has expressed an interest in becoming an independent contractor to refer prospective borrowers to Shearson Lehman for the purpose of obtaining Loans backed by Securities, and Shearson Lehman has agreed to engage Agent as an independent contractor to identify and introduce prospective borrowers interested in such Loans. Accordingly, Shearson Lehman hereby engages Agent as an independent contractor for such purpose, pursuant to the terms and conditions in this SLRA.

## 2. Agent Duties and Responsibilities

Agent shall identify and locate prospects and shall market Shearson Lehman's Securities Backed Lending program to those borrowers. Agent shall forward all forms, applications, and prospective client information to Shearson Lehman once a prospective borrower has firmly expressed an interest in procuring a Loan backed by Securities. Agent shall not make any representations or warranties to any borrowers, nor guarantee that Shearson Lehman will fund. Agent is expressly prohibited from executing any documents on Shearson Lehman's behalf and is never allowed to do so.

## 3. No Exclusive Relationship

Agent is not an exclusive Agent for the marketing of Shearson Lehman's Securities Backed Lending Program. Shearson Lehman works with other referral sources, and nothing in this SLRA



precludes Agent from referring clients to other competing companies. If more than one agent refers the same prospective borrower to Shearson Lehman within a sixty-day period, Shearson Lehman shall inform and evaluate the multiple referrals and, to the extent that the borrower closes a Securities Loan with Shearson Lehman, Shearson Lehman will allocate commissions to one or several agents under its sole and absolute discretion, which decision shall not be contested.

## 4. Commissions

Shearson Lehman shall pay to Agent commission for each successful Securities Loan that Shearson Lehman closes for borrower referred by Agent, within five (5) business days of a Securities Loan closing and funding. Commissions are contingent upon borrower transferring publicly traded securities into a specified custodial account, funding of the transaction and disbursement of the loan proceeds.

Commissions shall be calculated as follows:

a) Shearson Lehman commission to Agent will be referred to as "Loan Origination Fee," and will be that which will be reflected as the Loan Origination Fee in the Term Sheet issued and Loan Contract between borrower and Shearson Lehman. The final commission payable will be solely based on amount funded to borrower and that which will result in a successful closing. Commissions will not be paid for Loans which are not successfully funded.

b) Agent will also earn an additional Back-End Commission ("BEC") of up to two and a half percent (2.5%) of the principal Loan amount successfully funded to borrower.

c) Shearson Lehman shall bear no responsibility or liability to payout any third-party affiliates that the Agent utilizes. Agent will defend, indemnify, and hold Shearson Lehman harmless for all third-party claims for compensations from persons or entities that Agent so retains.

d) Shearson Lehman shall make all commission payments to Agent via wire transfer into Agent's provided personal account. In the event that an Agent chooses not to proceed via wire transfer, commission will be held in a custodian account. All commission is paid as 1099 income from



independent contracting; therefore, taxes are not withheld. Agent shall bear the sole liability and responsibility for remitting taxes on all commissions that Shearson Lehman pays to Agent.

## 5. Duration of Agreement

This SLRA shall commence on the date of execution hereof and shall continue in full force and effect for three (3) years ("Term"). Shearson Lehman and Agent may by mutual agreement choose to extend this SLRA. If either Party desires to terminate this SLRA before its natural Term, a written notice is required at least seven (7) days in advance.

Shearson Lehman shall remain obligated for one hundred twenty (120) days after termination of this SLRA to pay any and all commissions due to the Agent with respect to Agent referred and procured successful Securities Loan(s) closed by Shearson Lehman.

## 6. Agent's Warranties and Representations

During the Term of this SLRA while Agent is an independent contractor for Shearson Lehman, Agent warrants that at all times it will comply with any and all statutes, rules, and regulations as promulgated by the U.S. Securities & Exchange Commission ("SEC"), the Securities Acts of 1933 (as amended), the Securities and Exchange Act of 1934 (as amended), and any other State and international securities regulatory authorities, and shall assume any and all costs associated with such compliance.

## 7. Shearson's Warranties and Representations

Shearson Lehman will use all reasonable efforts to close and fund any and all Securities Loans with prospective borrowers referred to Shearson Lehman by Agent, in accordance with and as contemplated by this SLRA and its underwriting policies.

## 8. Confidentiality

This (I) SLRA and the terms and conditions described herein, and (II) Shearson Lehman's business, business methods, internal affairs, results of operations, financial statements, services, trade sources, clients, contacts, vendors, subsidiaries, other prospective financial interests and investment information are confidential and proprietary information of Shearson Lehman, and


Agent may not disclose or reproduce this SLRA in whole or in part for any purpose other than to effectuate its terms.

## 9. Non-Interference

During the Term of this Agreement, and for three (3) years after its termination, the Agent shall not: (i) solicit, encourage, or cause any client, third party or individual not to do business with or to reduce any part of its business with Shearson Lehman Brothers, (ii) market, sell or provide to any client, third party or individual any services or products that are competitive with or a substitute for Shearson Lehman's services or products, (iii) solicit, contact, encourage, interfere with or cause others to solicit, contact or interfere with any securities custodian, broker dealer, trustee or sub-custodian which has a known relationship with Shearson Lehman Brothers, (iv) make inquiries with or to any securities custodian, broker dealer , trustee or sub-custodian which has a known relationship with Shearson Lehman Brothers, (v) make any disparaging comments about Shearson Lehman Brothers or its business, services, officers, managers, shareholders, directors or employees, whether in writing, verbally, or on any online forum, (vi) assist or encourage anyone else to engage in any of the conduct prohibited by this Section.

## 10. Liability and Indemnification

Agent agrees to defend, indemnify, and hold harmless Shearson Lehman and each of Shearson Lehman's respective directors, officers, contractors, and employees (the "Indemnified Parties") from any and all liabilities for any and all claims, damages, losses, and expenses, including counsel fees, which may occur or which may be asserted against any Indemnified Party due to the default or bad faith actions of Agent in connection with or arising out of, or relating to, the matters referred to in this SLRA.

Agent further and expressly agrees to defend, indemnify, and hold the Indemnified Parties harmless for, from, and against any intentional, reckless or grossly negligent tort, defamation, slander, libel, tortious interference with business and/or malicious act made against Shearson Lehman by Agent or as a result of Agent's conduct in respect of Shearson Lehman's business.



## 11. Dispute Resolution

The Parties hereby mutually agree to resolve any dispute, claim, or controversy between them arising out of any application, breach, interpretation, enforcement, performance, implementation, Termination or validity of this agreement at binding arbitration, as conducted by One (1) agreed-upon Arbitrator of the Conflict Resolution Service in St. Kitts & Nevis and which shall be construed in accordance with, covered by, and interpreted under, UNCITRAL Arbitration Rules, in force at the time as such Notice of Arbitration is submitted. The Arbitrator's decision shall be legally binding and non-appealable by either Party to this Agreement and shall be subject to enforcement in any courts having jurisdiction over the Parties thereto.

In the event of arbitration mandated to enforce any provision of this SLRA, the prevailing party thereto shall be entitled to recover reasonable attorneys' fees and expenses incurred therein, in addition to any substantive award made by the Arbitrator thereof.

## 12. Force Majeure

 In the event that either Party is unable to perform its obligations under the terms and conditions of this Agreement because of Force Majeure, including, but not limited to acts of God, acts of war or terrorism, fire, floods, strikes, embargos, utility or communication disruption, omissions or delays in acting by any government authority, or other causes reasonably beyond its control, such Party shall not be liable for damages to the other for any damages resulting from such failure to perform or otherwise or otherwise from such clause.

## 13. General Provisions

All notices and communications to either of the Parties by the other shall be in writing, sent by government post, electronic mail, or by a reputable commercial carrier and shall be deemed duly given on the date any such notice is sent. Either Party may designate by notice in writing to the other an address to which notices, requests, and other communications hereunder shall be given.

Amendments to this SLRA (including the adding or updating of any annexes, appendices, or schedules) will not be enforced unless they are in writing and signed by authorized signatories on behalf of both Parties and added as an Addendum hereto.


This Agreement and any dispute or claim arising out of or in connection with it, its subject matter, validity, formation, and/or enforcement shall be governed by and construed in accordance with the laws of the Federation of St. Kitts & Nevis during the Term of this Agreement and thereafter.

This Agreement may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same agreement regardless of the number in existence or the number of copies distributed.

The Parties shall not intentionally make, or intentionally cause any other Person to make any public statement that is intended to criticize or disparage the other Party, any of its affiliates, directors, nominees, agents, and/or any of their respective officers, managers or employees thereto.

Except as herein provided, each of the Parties' representations, warranties, waivers, obligations, releases, indemnities and covenants made in this SLRA, shall remain in full force and survive the execution, delivery, cancellation and termination of this SLRA.

If any of the provisions of this SLRA is found to be unlawful and/or void thereto, then such provisions shall be deemed to be excised from this SLRA and the remaining terms, provisions, conditions, and covenants of this SLRA shall remain in full force and effect.

No waiver of any provision of this Agreement shall be effective unless agreed to in writing by the Parties.

Agent is not an employee shall never become an employee of Shearson Lehman, and at no time shall  represent itself as an employee of the Shearson Lehman. Agent shall at all times and under all conditions remain an independent contractor, and Agent shall not be entitled to any rights, remedies, or benefits that might otherwise be provided to Shearson Lehman's employees.

Agent is and shall be solely responsible for all taxes and withholdings, and all other statutory and/or contractual obligations of any sort with respect to their independent contractor status, as prescribed by law, regardless of jurisdiction.

This Agreement contains the entire Agreement between the Parties hereto, is legally binding upon them as of the date of the execution hereof, and supersedes all previous written and oral negotiations, commitments, and understandings by and between the Parties therein.



IN WITNESS WHERE OF the parties have executed this Securities Lending Referral Agreement as of the date first written above.


Dated: May 1, 2020


**SHEARSON LEHMAN BROTHERS**                    **AGENT**


_____                      _____
Signature                                     Signature


_____                      _____
Signatory Name                                Signatory Name


_____                      _____
Date                                          Date

# EXHIBIT D



# EXHIBIT E

# SHEARSON LEHMAN
### A Lehman Brothers Company

## DIRECT LENDER FOR GLOBAL SECURITIES BACKED LENDING PROGRAM

**ASIA | SOUTH AMERICA | EUROPE | MIDDLE EAST | AUSTRALIA | CANADA | CENTRAL AMERICA**

### WHY SECURITIES BACKED LENDING?

• It's a simple and transparent process that provides near immediate cash liquidity from your non marginable publicaly traded securities.

• There is NO credit check and personal or corporate guarantee required.

• It's a convenient alternative solution to maximize wealth with tax advantages.

• Borrower is entitled to earn all dividends as owner of record.

### SUBMIT ITEMS LISTED BELOW TO DETERMINE IF YOUR SECURITY QUALIFIES!

1. Security/Ticker Symbol

2. Stock Exchange

3. Number of Shares to be Pledged

4. Loan Amount

SHEARSON LEHMAN is dedicated and committed to providing unparallel client services around the globe. We can largely fund transactions from $2.5 million up to $500 million for international stock exchanges. We are flexible and can accommodate loan origination in any currency with no conversion fees.

◆ FIXED LOW INTREST RATES STARTING AS LOW AS **3%**

◆ LOAN TERM AS LOW AS **1 YEAR**

◆ NON RECOURSE LOAN

◆ UP TO **65% LTV**

◆ QUICK LOAN CLOSING IN **14** BUSINESS DAYS

## NO UPFRONT FEES
## APPLY TODAY!

**ALL COLLATERAL SECURITIES MUST BE IN ELECTRONIC FORMAT AND UNRESTRICTED. ALL LOAN REQUESTS ARE SUBJECT TO UNDERWRITING.**



For more information please contact

### OSMAN QUREISHI

Senior Executive Vice President
Wealth Management Division

**Office:** 212.208.0900
**Toll to free:** 888.418.7999
**E-mail:** Osman.Qureishi@ShearsonLehmanBrothers.com

Telephone: 332.228.0152 | Direct: 212.208.0900 | Toll Free: 888.418.7999
NY, New York City - Brookfield Place, 200 Vesey Street, 24th Floor, New York, 10281, USA
www.shearsonlehmanbrothers.com

# EXHIBIT F

# PRLOG
**Press Release Distribution**

[ Search ]

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution |

## SHEARSON LEHMAN
Brothers Investment Banking

**News By Tag**
- Europe, Asia
- More Tags...

**Industry News**
- Financial
- More Industries...

**News By Place**
- New York City
- New York
- United States
- More Locations...

**Country(s)**
- United States
- Australia
- India
- Hong Kong
- England
- China
- - - -
- More Countries

Industry News

[ All News ]

[ Exclusive News ]

**October 2020**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |

## Shearson Lehman is Entering into Negotiations to Invest $250 million in Alternative Energy

*By: Shearson Lehman Brothers Investment Banking*

**NEW YORK - March 20, 2020** - *PRLog* — Shearson Lehman Brothers Investment Banking announces its plans to invest $250 million in public and private international alternative energy corporations. Shearson Lehman proposes to inject $100 million in a European company specializing in wind turbines operating in Europe, Hong Kong, and Australia. An additional $150 million investment is projected with a leading renewable energy firm in Spain, South America, and Africa manufacturing and producing solar and wind energy, and electrical engineering.

According to top executives of Shearson Lehman, the negotiations started earlier this year

**Spread the Word**

**Listed Under**

**Tag:**
- Europe, Asia

**Industry:**
- Financial

**Location:**
- New York City - New York - US

in January 2020. The conglomerates are seeking to finalize the deal by the end of 3rd quarter.

Innovation, changing technologies, and increase in demand for clean energy throughout the world offers tremendous growth opportunities for Shearson Lehman as it develops strategic partners in the regions to support clean, modern, sustainable energy solutions.

This venture will expand Shearson Lehman's portfolio including investment banking products and services. Shearson Lehman has received an overwhelming response towards its Securities Backed Lending (SBL) program in various markets including Hong Kong, Indonesia, Malaysia, Singapore, United Kingdom, Turkey, Latin America and many more. SBL program is a very attractive, quick, and easy solution for institutional investors, and high net-worth shareholders of publicly traded companies to quickly arrange financing at competitive annual interest rates ranging from 2% to 6% for a term of 1 to 10 years.

The vast increase in demand has driven high recruitment activity at Shearson Lehman. The company is aggressively hiring Business Development Professionals throughout Asia, Europe and South America.

For further information visit www.shearsonlehmanbrothers.com

**Media Contact**
Osman Qureishi
weal.hmanagment@shearsonlehmanbrothers.com

...........End...........

[ Follow ]  [ Embed ]  [ PDF / Print ]

Email    : ***@shearsonlehmanbrothers.com
Posted By : ***@shearsonlehmanbrothers.com

Account Email Address ✔   Account Phone Number ✔   Disclaimer   Report Abuse

Page Updated Last on: Apr 21, 2020

---

Sponsored |

| 5 Best Stocks To Invest In | › |
| Top Companies To Invest In | › |
| Top 10 Startups To Invest In | › |

---

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1861 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1087 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 754 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

"The Central Authority" Movie Wraps Production - 611 views

**Top Daily News**

New Halloween Designs Released - 177 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 162 views

Remedation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 160 views

Get Business Credit & Financing For Your Business - 151 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 147 views

**PTC News**

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 575 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

Mar 20, 2020 News

**PRLOG**
Press Release Distribution

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution |

[ Search ]

### News By Tag
• Broker Dealer, Stock Loans
• More Tags...

### Industry News
• Loans
• More Industries...

### News By Place
• New York City
• New York
• United States
• More Locations...

### Country(s)
United States
Australia
India
Hong Kong
England
China
- - -
More Countries

Industry News

[ All News ]

[ Exclusive News ]

**October 2020**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |

## SHEARSON LEHMAN
Brothers Investment Banking

## Shearson Lehman Brothers Investment Banking Broker Dealer Affiliate Program is Available World Wide

*By: Shearson Lehman Brothers Investment Banking*

**NEW YORK - April 7, 2020** - *PRLog* — Shearson Lehman Brothers Investment Banking is proud to be building over 500 new Broker Dealer relationships worldwide to fund transactions anywhere from $2.5 Million to $500 Million. Shearson Lehman's distinguished Securities Backed Lending (SBL) program is rapidly gaining attraction in global markets as the demand for alternative financing rises. Shearson Lehman's Broker Dealer Affiliate program creates key business relations and provides lucrative financial opportunities.

One of he top producing Brokers in Asia reveals, "Shearson Lehman is one of the few direct lenders that has industry experts who value and understand the securities lending market landscape as well as the needs and cultures of their clients. Their loan process is transparent, simple, fast, and easy to follow."

Current market conditions make it the perfect opportunity to take advantage of record low interest rates. SBL program offers non-recourse loans up to 65% LTV wi h no personal or corporate guarantee. Shearson Lehman also provides he flexibility of providing both Title Transfer Loan and Non-Title Transfer Loan.

Shearson Lehman is a global brand that appreciates different cultures and firmly believes in establishing keen contractual relationships. If you are interested to learn more about the Broker Dealer Affiliate program, please contact Shearson Lehman Brothers Investment Banking weal h management division at wealthmanagement@shearsonlehmanbrothers.com.

For information visit www.shearsonlehmanbrothers.com

**Contact**
Shearson Lehman Brothers Investment Banking
weal hmanagement@shearsonlehmanbrothers.com
---------- End ----------

[ Follow ] [ Embed ] [ PDF / Print ]

Email : ***@shearsonlehmanbrothers.com ✓
Tags : Broker Dealer, Stock Loans
Industry : Loans
Location : New York City - New York - United States

Account Email Address ✓    Account Phone Number ✓    Disclaimer    Report Abuse

Affiliate Marketing For Beginners ›

Best Investments For Seniors ›

High Yield Safe Investments ›

Sponsored |

### Most Viewed
Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1861 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1087 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 754 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

"The Central Authority" Movie Wraps Production - 611 views

### Top Daily News
New Halloween Designs Released - 177 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 162 views

Remedation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 160 views

Get Business Credit & Financing For Your Business - 151 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 147 views

### PTC News
Whitechapel Holdings, Provides Update on PPE Website Launch - 697 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 575 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

Apr 07, 2020 News

## PRLOG
Press Release Distribution

| | | Search |

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution

**News By Tag**
- Securities, financing
- More Tags...

**Industry News**
- Banking
- More Industries...

**News By Place**
- Hong Kong
- Hong Kong Island
- Hong Kong
- More Locations...

**Country(s)**
- United States
- Australia
- India
- Hong Kong
- England
- China
- - - -
- More Countries

Industry News

All News

Exclusive News

**October 2020**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 7  | 6  | 5  | 4  | 3  | 2  | 1  |

## SHEARSON LEHMAN
Brothers Investment Banking

# Shearson Lehman Adds a New Local Custodian and Eases SBL Requirements in Hong Kong!

*By: Shearson Lehman Brothers Investment Banking*

**HONG KONG - May 1, 2020 -** *PRLog* —
Shearson Lehman Brothers Investment Banking has entered a new Broker Dealer relationship with ZD Securities. ZD Securities has officially agreed to be the Custodian for Shearson Lehman in Hong Kong. This new custodian is an addition to the existing business portfolio which includes financial institutions such as Citibank, HSBC, and Deutsche Bank to name a few. The recent ease of restrictions for Hong Kong based Securities Backed Lending (SBL) program at Shearson Lehman has increased popularity for SBL financing making it an energetic, aggressive market.

Recently, Shearson Lehman has funded multiple transactions in Hong Kong ranging from $10 Million - $150 Million. Fixed Interest rates start at 2% and loan terms range from 1-10 years. Shearson Lehman now offers SBL program to both restricted and non-restricted securities in Hong Kong. Boldly, Shearson Lehman waives daily trading volume requirement to ease eligibility and qualification process.

Additionally, Shearson Lehman's SBL program offers non-recourse loans up to 65% LTV with no personal or corporate guarantee. Shearson Lehman also allows the flexibility of providing both Title Transfer Loan and Non-Title Transfer Loan. Shearson Lehman's recognized SBL program is a very attractive and simple solution compared to traditional financing methods for institutional investors and ultra-high net-worth clients to quickly obtain access to funds from their investment portfolio.

Shearson Lehman understands and values building healthy client relationships in the Hong Kong region that will grow with this new local venture with ZD Securities as one of the Custodians. Shearson Lehman is an international investment banking boutique that appreciates different cultures and understands the importance of developing strong contractual bonds. To learn more, please contact Shearson Lehman Brothers Investment Banking at wealthmanagement@shearsonlehmanbrothers.com.

**Contact**
wealthmanagement@shearsonlehmanbrothers.com
--------- End ---------

**Spread the Word**

**Listed Under**

**Tag:**
- Securities, financing

**Industry:**
- Banking

**Location:**
- Hong Kong - Hong Kong Island - Hong Kong

Follow | Embed | PDF / Print

**Email** : ***@shearsonlehmanbrothers.com

Account Email Address ✓    Account Phone Number ✓    Disclaimer    Report Abuse

▷ ✕

**3-Minute WACC Video**

2,301 Likes 464,403 Views

Weighted Average Cost of Capital, Free Playlist of Selected Finance Videos
mbabull.com

OPEN

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1860 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1075 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 751 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

"The Central Authority" Movie Wraps Production - 607 views

**Top Daily News**

New Halloween Designs Released - 175 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 161 views

Get Business Credit & Financing For Your Business - 150 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 145 views

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 87 views

**PTC News**

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 566 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

May 01, 2020 News

**PRLOG**
Press Release Distribution

PR Home | Latest News | News Feeds | Subscribe | Submit Free Press Release | For Bloggers | PR Newswire Distribution |

[ Search ]  Search

**News By Tag**
- Investment
- More Tags...

**Industry News**
- Banking
- More Industries...

**News By Place**
- New York City
- New York
- United States
- More Locations...

**Country(s)**
- United States
- Australia
- India
- Hong Kong
- England
- China
- - - -
- More Countries

Industry News

[ All News ]
[ Exclusive News ]

**October 2020**

| We | Tu | Mo | Su | Sa | Fr | Th |
|----|----|----|----|----|----|----|
| 7 | 6 | 5 | 4 | 3 | 2 | 1 |

## SHEARSON LEHMAN
Brothers Investment Banking

# Asia's Alternative Energy Sector Becomes Front-Page News as Shearson Lehman Vows to Invest Millions

Shearson Lehman eyes Asia for its next big renewable energy investment

*By: Shearson Lehman Brothers Investment Banking*

**NEW YORK - Aug. 24, 2020** - *PRLog* -- In a move that the pundits in the energy investment industry have been expecting for a while now, Shearson Lehman – a Lehman Brother company that offers specialized and personalized wealth management solutions and services – has announced that it will soon be turning to he Asian markets for its next set of investments in alternative energy.

Earlier this year, he company announced a $250 million investment in international alterna ive energy, $100 million out of which went into a European company wi h wind turbines opera ions in Asia, Australia and Europe and the other $150 million were invested in a Spanish company for its solar and wind energy projects in Sou h America and Africa.

Best Energy Sector Stocks ›

5 Best Stocks To Invest In ›

Renewable Energy Stocks To Buy ›

Sponsored |

**Spread the Word**

**Listed Under**

**Tag:**
• Investment

**Industry:**
• Banking

**Location:**
• New York City - New York - US

According to company representatives, Shearson Lehman is already vet ing project proposals and negotiating with multiple par ies whose work in wind and solar energy has received praise from industry gurus.

It is expected that the over the next few months, as the effects of the COVID-19 pandemic recede, Shearson Lehman will go through a final round of project selection and negotiations before choosing the projects the company wants to back and announce the magnitude of its investment.

This series of investment decisions spanning over multiple continents is a strategic move by Shearson Lehman evidently aimed at expanding the company's presence in the multi-continental alternative energy markets and may add a new dimension to the company's already impressive portfolio of investment products and services to its prestigious clientele.

Shearson Lehman's clientele has recen ly shown immense interest in his new direction and he Securities Backed Lending (SBL) program in key markets on virtually all continents, including Hong Kong, Indonesia, Latin America, Malaysia, Singapore, Turkey, United Kingdom, among others.

The company aims to secure its investment for Asia's alternative energy projects from its growing portfolio of blue-chip enterprise and individual clients. It is expected hat this new body of investments could also amount to over $150 million.

Speaking about this direction for the company's imminent future, Senior Execu ive Vice President of Shearson Lehman's Wealth Management Division said, "We are headed towards another revolutionary change which requires inves ing into he proper channels to building a better and greater future of tomorrow filled with growth and prosperity."

**Company Contact Information**

Shearson Lehman is a Lehman Brothers company. It is a premier boutique investment banking firm offering direct financing solutions to a global clientele. More details about Shearson Lehman can be found on their business website (https://www.shearsonlehmanbrothers.com) or via email

**Most Viewed**

Rusesabagina Family to Hold Press Conference, Thursday, October 1 - 1860 views

Rapper ALRIGHT puts Antelope Valley on the map auditions for Major Record Label - 1075 views

SpringHill Suites Albuquerque University Area, New Mexico Opens - 751 views

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

"The Central Authority" Movie Wraps Production - 607 views

**Top Daily News**

New Halloween Designs Released - 175 views

Film Director Hezues R and "Suicide Saint" Cast Participate In Upcoming World Mental Health Day Event in NYC - 161 views

Get Business Credit & Financing For Your Business - 150 views

Devontaii Prepares For Release Of New Single "Brown Sugar Thang" - 145 views

Remediation Products, Inc. Petitioner Vs. Innovative Environmental Technologies, Inc. Patent Owner - 87 views

**PTC News**

Whitechapel Holdings, Provides Update on PPE Website Launch - 696 views

Journey Medical Corp Kicks Off "Journey with the Experts" Educational Initiative with Rania Agha, MD - 566 views

Batman, Shadowhunters, Bruce Campbell Last Fan Standing Among New Wizard World Virtual Experiences - 200 views

Aug 24, 2020 News

